B1 (Official Form 1) (4/13)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>*Mlynski, Steven* | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*NONE* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *9661* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*300 South Stone Avenue*<br>*La Grange, IL*  ZIPCODE *60525* | Street Address of Joint Debtor (No. & Street, City, and State):  ZIPCODE |
| County of Residence or of the<br>Principal Place of Business: *Cook* | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*SAME*  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *SAME*  ZIPCODE | |

**Type of Debtor** (Form of organization)

(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**

(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**

(Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☒ Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests:

_____

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

_____

**Tax-Exempt Entity**

(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**

- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici al Form 3B.

**Check all applicable boxes:**

- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/13)                                                                              FORM B1, Page   2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Steven Mlynski** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years**          (If more than two, attach additional sheet)

| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**          (If more than one, attach additional sheet)

| Name of Debtor:<br>*Preferred Financial Services* | Case Number:<br>*14-16982* | Date Filed:<br>*May 5, 2014* |
|---|---|---|
| District:<br>*Northern District of Illinois* | Relationship:<br>*Officer* | Judge:<br>*Pamela S. Hollis* |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports<br>(e.g., forms 10K and 10Q) with the Securities and Exchange<br>Commission pursuant to Section 13 or 15(d) of the Securities<br>Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | Exhibit B<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>**X**<br><u>                              </u> *10/13/2014*<br>Signature of Attorney for Debtor(s)                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

<u>                                                        </u>
(Name of landlord that obtained judgment)

<u>                                                        </u>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13)                                                                                    FORM B1, Page    3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Steven Mlynski** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Steven Mlynski*
Signature of Debtor

**X**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*10/13/2014*
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

**Signature of Attorney***

**X** */s/ Jeff Whitehead*
Signature of Attorney for Debtor(s)

*Jeff Whitehead*
Printed Name of Attorney for Debtor(s)

*Law Office of Jeff Whitehead*
Firm Name

*700 W Van Buren*
Address

*Suite 1506*

*Chicago, IL  60607*

*312-648-0473*
Telephone Number

*10/13/2014*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**ADDITIONAL PENDING BANKRUPTCY CASES FILED BY ANY SPOUSE, PARTNER OR AFFILIATE OF THIS DEBTOR**

| Name of Debtor:<br>*Credit Card Relief Inc.* | Case Number:<br>*14-16981* | Date Filed:<br>*May 5, 2014* |
|---|---|---|
| District:<br>*Northern District of Illinois* | Relationship:<br>*Officer* | Judge:<br>*Janet S Baer* |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Steven Mlynski*                                          Case No.

                                                                    (if known)

_____
                        Debtor(s)


# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒   1. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐   2. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐   3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐     4.  I am not required to receive a credit counseling briefing because of:     *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐     Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐     Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐     Active military duty in a military combat zone.

☐     5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     */s/ Steven Mlynski*

Date:     *10/13/2014*

B6 Summary (Official Form 6 - Summary) (12/13)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re *Steven Mlynski*

Case No.

Chapter **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $    750,000.00 | | |
| B-Personal Property | *Yes* | *3* | $    174,675.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $   2,832,405.13 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $         0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *242* | | $   6,370,233.68 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *3* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      4,805.11 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      7,057.34 |
| TOTAL | | *256* | $    924,675.00 | $   9,202,638.81 | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Steven Mlynski*

Case No.

Chapter    **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ |
| Average Expenses (from Schedule J, Line 22) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

FORM B6A (Official Form 6A) (12/07)

In re _Steven Mlynski_ _____,    Case No._____
    Debtor(s)                                                                        (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _Residence at 300 South Stone Avenue, LaGrange, IL 60525. Purchased in 2001 for $856,000.00. Three bedroom, four bathrooms with detached garage._ | _Fee Simple_ | | _$750,000.00_ | _$750,000.00_ |
| No continuation sheets attached | | **TOTAL $** **(Report also on Summary of Schedules.)** | _750,000.00_ | |

B6B (Official Form 6B) (12/07)

In re **_Steven Mlynski_**_____,   Case No. _____

Debtor(s)   (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | _Cash_<br>_Location: In debtor's possession_ | | $250.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking Account_<br>_Location: Bank of America_<br><br>_Checking Account_<br>_Location: Chase Bank.  Held jointly with_<br>_non-filing spouse._ | | $250.00<br><br><br>$75.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | _Basic Household Goods_<br>_Location: In debtor's possession_ | | $2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | _Basic Wearing Apparel_<br>_Location: In debtor's possession_ | | $1,000.00 |
| 7.  Furs and jewelry. | | _Costume Jewelry_<br>_Location: In debtor's possession_ | | $100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | _Term Life Insurance Policy.  No cash_<br>_surrender value._ | | $0.00 |

Page ___1___ of ___3___

In re **Steven Mlynski**                                                         ,          Case No. _____
　　　　　　　　　　Debtor(s)                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *Location: Protective Life.* | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *IRA*<br>*Location: Chase Bank* | | *$140,000.00* |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *Shares in Preferred Financial Solutions Inc.*<br><br>*Debtor owns 24% of company.  Company has approximately $2,500.000.00 in debt. Company's receivables and equipment are pledged as security to BMO Harris bank. Company filed for chapter 7 bankruptcy in May 2014.*<br>*Location: In debtor's possession*<br><br>*Shares of Maranna Inc.  Company has approximately $350,000.00 in debt and no receivables.*<br>*Location: In debtor's possession* | | *$0.00*<br><br><br><br><br><br><br><br>*$0.00* |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

In re **Steven Mlynski** ,                                      Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | 2011 BMW 750 Li xDrive Sedan Location: In debtor's possession | | $30,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office Equipment Location: In debtor's possession | | $500.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

**Total** ➡         $174,675.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _Steven Mlynski_____,    Case No. _____
                    Debtor(s)                                                        (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Residence at 300 South Stone Avenue | 735 ILCS 5/12-901 | $ 15,000.00 | $ 750,000.00 |
| Cash | 735 ILCS 5/12-1001(b) | $ 250.00 | $ 250.00 |
| Checking Account | 735 ILCS 5/12-1001(b) | $ 75.00 | $ 75.00 |
| Checking Account | 735 ILCS 5/12-1001(b) | $ 250.00 | $ 250.00 |
| Basic Household Goods | 735 ILCS 5/12-1001(b) | $ 2,500.00 | $ 2,500.00 |
| Basic Wearing Apparel | 735 ILCS 5/12-1001(a) | $ 1,000.00 | $ 1,000.00 |
| Costume Jewelry | 735 ILCS 5/12-1001(a) | $ 100.00 | $ 100.00 |
| IRA | 735 ILCS 5/12-1006 | $ 140,000.00 | $ 140,000.00 |
| Office Equipment | 735 ILCS 5/12-1001(d) | $ 500.00 | $ 500.00 |

Page No. __1__ of __1__

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Steven Mlynski_ _____,        Case No. _____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *4651*<br><br>*Creditor # : 1*<br>*BMO Harris*<br>*PO Box 6201*<br>*Carol Stream IL 60197* | X | *2010 to 2014*<br><br>*Residence at 300 South Stone Avenue*<br><br>Value: *$ 750,000.00* | | | | *$ 2,100,000.00* | *$ 2,032,306.00* |
| Account No: *4651*<br><br>*Representing:*<br>*BMO Harris* | | *BMO Harris*<br>*141 West Jackson Blvd*<br>*Chicago IL 60604*<br><br>Value: | | | | | |

_1_   continuation sheets attached

|  |  |  |
|---|---|---|
| Subtotal $<br>(Total of this page) | $ 2,100,000.00 | $ 2,032,306.00 |
| Total $<br>(Use only on last page) |  |  |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re _Steven Mlynski_ _____,   Case No. _____
                 **Debtor(s)**                                                  **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No. _4651_  Representing:  BMO Harris | | US Small Business Administrati 409  3rd Street SW Washington DC 20416  Value: | | | | | |
| Account No. _9846_  Creditor # : 2 BMW Bank of North America PO Box 78066 Phoenix AZ 85062 | X | 2010 to Present  Purchase Money Security  2010 BMW 750 Li xDrive Sedan  Value: $ 30,000.00 | | | | $ 50,099.13 | $ 20,099.13 |
| Account No. _6213_  Creditor # : 3 Chase Home Finance PO Box 24696 Columbus OH 43224 | X | 2008 to Present  Mortgage  Residence at 300 South Stone Avenue  Value: $ 750,000.00 | | | | $ 595,182.00 | $ 0.00 |
| Account No. _1615_  Creditor # : 4 Chase Home Finance PO Box 24696 Columbus OH 43224 | X | 2006 to Present  Mortgage  Residence at 300 South Stone Avenue  Value: $ 750,000.00 | | | | $ 87,124.00 | $ 0.00 |
| Account No:  | | Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal $ (Total of this page) | $ 732,405.13 | $ 20,099.13 |
|---|---|---|---|
| | Total $ (Use only on last page) | $ 2,832,405.13 | $ 2,052,405.13 |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/13)

In re Steven Mlynski _____ ,     Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Steven Mlynski_ ,                                    Case No. _____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** **Aaron Guss** **413 Othello Dr** **Hampton GA 30228** | | | **2005** **Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No: **Creditor # : 2** **Aaron Jackson** **5775 Preserve Circle** **Alpharetta GA 30005** | | | **2005** **Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No: **Creditor # : 3** **Aaron Johnson** **510 Ashland Manor Drive** **Lawrenceville GA 30045** | | | **2005** **Alleged violation of GDAA** | | X | X | **$ 5,000.00** |

_241_ continuation sheets attached

Subtotal $    **$ 15,000.00**

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related)

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,          Case No. _____
                        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 4<br>Abreian Lawrence<br>6579 Valley Hill Dr. P.O. Box<br>Mableton GA 30126 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 5<br>Adam Newman<br>PO Box 908<br>Claxton GA 30417 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 6<br>Adrienne Flournoy<br>402 Gross Lake Pkwy<br>Covington GA 30016 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 7<br>Aimee Green<br>100 Leochlyn Place Apt. 801<br>Bonaire GA 31005 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 8<br>Alan Board<br>105 Brumby Road<br>Flintstone GA 30725 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _1_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                Subtotal $        $ 25,000.00
                                                                  Total $
                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                                      ,          Case No. _____
                    **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 9**<br>**ALAN DENSMORE**<br>**1502 Center Point Road**<br>**Temple GA 30179** | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 10**<br>**ALBERT CHAVOUS**<br>**PO BOX 14745**<br>**Augusta GA 30919** | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 11**<br>**Alberta Brash**<br>**223 Gause St.**<br>**HINESVILLE GA 31313** | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 12**<br>**Alex Gardner**<br>**500 South Macarthur Drive Apt.**<br>**Camilla GA 31730** | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 13**<br>**ALEXANDER GRIFFIN**<br>**793 DIAMOND CIRCLE**<br>**La Fayette GA 30728** | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No.  **2**  of  **241**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00
Total $ |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 14<br>Alexander Stumpf<br>166 Shadybrook Dr.<br>Barnesville GA 30204 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 15<br>Alexander Wilcher<br>1450 Hudson Rd P.O. Box 1349<br>Wadley GA 30477 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 16<br>Alfonso Alvarez<br>P.O. Box 344<br>Colbert GA 30628 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 17<br>ALICE HOWELL<br>2522 TYUS-CARROLLTON RD<br>Carrollton GA 30117 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 18<br>Allan Breiding<br>4803 Old Briar Trail<br>Douglasville GA 30135 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No.  _3_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal $          $ 25,000.00

                                        Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                              ,        Case No. _____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 19 <br> Alphonso Canty <br> 101 Highpoint Crossing <br> Powder Springs GA 30127 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 20 <br> Alton Jarrett <br> 1233 Well House Walk <br> Stone Mountain GA 30088 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 21 <br> Alvin McRoyal <br> 1605 Vinebrook Terrace NW <br> Kennesaw GA 30144 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 22 <br> ALYSON LEVY <br> 1076 AMSTERDAM AVE <br> Atlanta GA 30306 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 23 <br> Amanda Bryant <br> 133 Fischer Spur <br> Newnan GA 30265 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __4__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    | $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
           **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 24<br>Amanda Mills<br>121 West Stewart Ave.<br>Lyons GA 30436 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 25<br>Amanda Watson<br>1767 Mountain Creek Church Rd.<br>Monroe GA 30656 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 26<br>Amber Johnson<br>510 Ashland Manor Drive<br>Lawrenceville GA 30045 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 27<br>Amiel Whyte<br>700 Lilly Glen Ln<br>Stockbridge GA 30281 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 28<br>AMY BRANNEN<br>2791 M.P. MARTIN ROAD<br>Brooklet GA 30415 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _5_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ |  |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No._____
          **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 29 <br> Amy Parker <br> 1718 Brandy Woods TR. <br> Conyers GA 30013 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 30 <br> Amy Rosko <br> 3320 Stewart Rd. <br> Monroe GA 30655 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 31 <br> Ana Young <br> 1943 Utah St <br> Savannah GA 31404 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 32 <br> ANDRE MEIER <br> 2801 TONY DR <br> Lawrenceville GA 30044 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 33 <br> Angela Beasley <br> 3 Yarbrough Place <br> Hinesville GA 31313 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __6__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,      Case No._____
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 34 <br> ANGELA LIAKAKIS <br> 125 ROCKWOOD LANE <br> Fayetteville GA 30215 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 35 <br> Angela Morgan <br> 5036 Club Vista Point <br> Stone Mountain GA 30088 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 36 <br> Angela Osbey <br> 2615 Holcomb Spring Dr. <br> Alpharetta GA 30022 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 37 <br> Angela Whitlock <br> 4788 Chafin Point Ct. <br> Snellville GA 30039 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 38 <br> Angelica Castro <br> 803 Bright Morning Way <br> Stockbridge GA 30281 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __7__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,  Case No. _____
            **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 39<br>Angelo Lewis<br>2524 E Kensington Dr.<br>Augusta GA 30906 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 40<br>ANGIE JOHNSON-WHITEN<br>641 BLAIR RD<br>Mount Airy GA 30563 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 41<br>Anissa Johnson<br>516 James Ridge Lane<br>Stockbridge GA 30281 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 42<br>Anita Adams<br>6428 Church St.   Apt 14<br>Riverdale GA 30274 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 43<br>Anita Bowden<br>611 Old Wheat St. NE<br>Atlanta GA 30312 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __8__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  | $ 25,000.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Steven Mlynski_                                                    ,        Case No. _____
          **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 44** <br> **Anita Mims** <br> **3814 Tommy Lee Cook Rd** <br> **Newnan GA 30263** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 45** <br> **Anita Ritchey** <br> **2530 Gateview Ct.** <br> **Cumming GA 30040** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 46** <br> **Ann Mitchell** <br> **3550 Clack Rd.** <br> **Madison GA 30650** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 47** <br> **Anna Batazhan** <br> **430 Mountainview Dr.** <br> **Covington GA 30016** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 48** <br> **ANNE HENDERSON-BRIGMAN** <br> **900 LEGACY PARK DRIVE, APT. 12** <br> **Lawrenceville GA 30044** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. ___9___ of ___241___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                            Subtotal $                  $ 25,000.00

                                                               Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No. _____

**Debtor(s)**                                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 49**<br>**Anne Hollingsworth**<br>**3906 Cornell Blvd. SW**<br>**Atlanta GA 30331** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 50**<br>**Anne Peurifoy**<br>**1599 Rehoboth Rd.**<br>**Griffin GA 30224** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 51**<br>**Annette Partridge**<br>**425 Wesley Park Dr.**<br>**Jonesboro GA 30238** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 52**<br>**Annette Shaw**<br>**1211 Saint Andrews Dr.**<br>**Auburn GA 30011** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 53**<br>**Annette Stewart**<br>**1944 S. Court St**<br>**Quitman GA 31643** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __10__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                         $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,   Case No._____
       **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 54** <br> **Annie Hall** <br> **900 Oregano Ct SE** <br> **Conyers GA 30094** | | | **2005** <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 55** <br> **Annie Wylene Martin** <br> **P. O. Box 191** <br> **Douglas GA 31534** | | | **2005** <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 56** <br> **Anthony Egnew** <br> **216 Odyssey Turn** <br> **Conyers GA 30012** | | | **2005** <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 57** <br> **Anthony Jenkins** <br> **816 Evergreen Dr** <br> **Monroe GA 30655** | | | **2005** <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 58** <br> **Anthony Midgett** <br> **5007 Registry Ct.** <br> **Kennesaw GA 30152** | | | **2005** <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __11__ of __241__ continuation sheets attached to Schedule of                    Subtotal $    $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims

                                                                      Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Steven Mlynski_____,    Case No._____
                    **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 59 <br> ANTHONY WRIGHT <br> 707 CHESTNUT HILL DR <br> Marietta GA 30064 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 60 <br> Antonio Benitez <br> 1822 Patterson Park Dr. <br> Lawrenceville GA 30044 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 61 <br> Antonio Bowden <br> 611 Old Wheat St. NE <br> Atlanta GA 30312 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 62 <br> Antonio Clark <br> 1406 Dogwood Circle <br> West Point GA 31833 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 63 <br> APRIL CHAVOUS <br> PO BOX 14745 <br> Augusta GA 30919 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _12_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,   Case No._____
                          **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: <br> Creditor # : 64 <br> Arthur Ferguson <br> 465 Lake Trace <br> Fairburn GA 30213 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 65 <br> Arturo Cooper <br> 3516 Pecos Lane <br> Norcross GA 30092 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 66 <br> ASHEBIR ARAYA <br> 2413 roosevelt highway <br> Atlanta GA 30337 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 67 <br> Ashraf Mohamed <br> 833 Spindletop Way <br> Stockbridge GA 30281 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 68 <br> Austin McQueen <br> 50 Emily Trace <br> Covington GA 30016 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _13_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                              ,       Case No. _____
**Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 69<br>Autley Salahuddin<br>2128 Stoneview Dr.<br>Lithia Springs GA 30122 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 70<br>AVIS JENKINS<br>1723 Cumberland Valley Dr.<br>Smyrna GA 30080 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 71<br>Baldemar Martinez<br>583 Harris Beamer Rd.<br>Calhoun GA 30701 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 72<br>BARBARA DELKE<br>4350 EARNEY ROAD<br>Woodstock GA 30188 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 73<br>BARBARA HULSEY<br>475 BANKHEAD HWY<br>Winder GA 30680 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **14** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 74**<br>**BARBARA MILAM**<br>**4516 HEDINGHAM LANE**<br>**Columbus GA 31907** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 75**<br>**Barbara Snellings**<br>**838 Buckner Rd**<br>**Junction City GA 31812** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 76**<br>**BARBARA WILLIS**<br>**3575 MORGAN ROAD**<br>**Hephzibah GA 30815** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 77**<br>**Baxter Lee**<br>**3535 Lenox Dr**<br>**Valdosta GA 31605** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 78**<br>**Beena Wilson**<br>**3395 Wellbrook Dr.**<br>**Loganville GA 30052** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |

Sheet No. __15__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                            ,          Case No. _____
          **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 79<br>Benesch<br>1 American Square<br>Suite 2300<br>Indianapolis IN 46282 | X | | 2013<br>Attorney Fees | | | | Unknown |
| Account No:<br>Creditor # : 80<br>Bernard Howard<br>688 Wren Walk<br>Stone Mountain GA 30087 | | | 2005<br>Alleged violation of GDAA | X | X | | $ 5,000.00 |
| Account No:<br>Creditor # : 81<br>Bernard Small<br>3857 Mercer St.<br>Macon GA 31204 | | | 2005<br>Alleged violation of GDAA | X | X | | $ 5,000.00 |
| Account No:<br>Creditor # : 82<br>Bernice Branch<br>50 Buck Creek Dr<br>Carrollton GA 30117 | | | 2005<br>Alleged violation of GDAA | X | X | | $ 5,000.00 |
| Account No:<br>Creditor # : 83<br>Bernice McLean<br>3203 Lenox Rd NE Apt 7<br>Atlanta GA 30320 | | | 2005<br>Alleged violation of GDAA | X | X | | $ 5,000.00 |

Sheet No. 16 of 241 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 20,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re **Steven Mlynski**                                                                    ,            Case No. _____
                    **Debtor(s)**                                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 84**<br>**Bernice Russell**<br>**51 Dunnoman Dr.**<br>**Savannah GA 31419** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 85**<br>**Bernice Wosk**<br>**3355 McDaniel Road # 5406**<br>**Duluth GA 30096** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 86**<br>**Bertalan Lovasz**<br>**313 Pine Needle Trail**<br>**Villa Rica GA 30180** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 87**<br>**Beth Ketchum**<br>**4168 Clark Circle**<br>**Acworth GA 30102** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 88**<br>**BETHANY HENRY**<br>**551 CALDWELL RD.**<br>**Zebulon GA 30295** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __17__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,     Case No._____
          **Debtor(s)**              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 89 <br> Bethenta Terrell <br> PO Box 13 <br> Leesburg GA 31763 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 90 <br> Betty Johnson <br> 85 Thorn Thicket Way <br> Rockmart GA 30153 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 91 <br> Betty Stone <br> 114 Dogwood Circle <br> Tallapoosa GA 30176 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 92 <br> Beverly Hilley <br> 941 Harrington Bend Rd. <br> Calhoun GA 30701 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 93 <br> Bill Rigdon <br> 3275 Embry Downs Court <br> Atlanta GA 30340 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __18__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         **Subtotal $**     **$ 25,000.00**

         **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,        Case No. _____
              **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: **Creditor # : 94** Bill Sandstrom 281 Sommerbrook Rd. Braselton GA 30517 | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 95** BILLY BASS 4201 HD ATHA RD Covington GA 30014 | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 96** Billy Holcomb 4753 Hartwell Drive Douglasville GA 30135 | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 97** Blanca Horan 12409 Largo Dr Apt 17 Savannah GA 31419 | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 98** Blessing Iyileh 375 Laurenton Circle Lawrenceville GA 30044 | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __19__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_                                          ,        Case No. _____
            **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 99<br>Bobbie Bivens<br>1953 Slaisbury Way<br>Hinesville GA 31313 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 100<br>BOBBY BRAND<br>1326 WHOOPING CREEK CHURCH RD<br>Carrollton GA 30116 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 101<br>BOBBY VICKERS<br>553 MT. TABOR CHURCH RD<br>DALLAS GA 30157 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 102<br>BONANZA EPPS<br>4257 E CHAPEL HILL ROAD<br>Douglasville GA 30135 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 103<br>Bonita Thrash<br>1210 Lora Smith Rd.<br>Newnan GA 30265 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __20__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,        Case No. _____
         **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 104 <br> BOOKER HARPER <br> 174 Sprtsman Club Rosd <br> Leesburg GA 31763 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| **Account No:** <br> Creditor # : 105 <br> BRAD MOORE <br> 2434 WOODLAND DR N.W. <br> Kennesaw GA 30152 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| **Account No:** <br> Creditor # : 106 <br> BRAD SHIPMAN <br> 266 GADDIS RD <br> Canton GA 30115 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| **Account No:** <br> Creditor # : 107 <br> BRADY BURNS <br> 148 RED BIRD RD <br> Tifton GA 31794 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| **Account No:** <br> Creditor # : 108 <br> Brandi Cunningham <br> 104 Grimes Rd. <br> Milledgeville GA 31061 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _21_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 109*<br>*Brenda Bagley*<br>*4195 Briarwood Dr.*<br>*Macon GA 31204* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 110*<br>*Brenda Burrell*<br>*10556 Almosa Ln*<br>*Jonesboro GA 30238* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 111*<br>*BRENDA FRYE*<br>*PO Box 694*<br>*Danielsville GA 30633* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 112*<br>*Brenda Rairigh*<br>*716 Crooked Creek Dr.*<br>*Dahlonega GA 30533* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 113*<br>*BRENDA SANDERS*<br>*1412 ALTA VISTA DR*<br>*Columbus GA 31907* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |

Sheet No. __22__ of __241__ continuation sheets attached to Schedule of                              **Subtotal $**          $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims                                                              **Total $**
                                                                       (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                       Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re <u>Steven Mlynski</u>                                              ,        Case No. _____
              **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 114 <br> Brenda Sellars <br> 229 Highway 49 Lot F <br> Macon GA 31211 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 115 <br> BRENDA SZURMINSKI <br> 3815 LANDING TERRACE <br> Loganville GA 30052 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 116 <br> Brenda Yancey <br> 1930 Daffodil Dr. <br> Acworth GA 30102 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 117 <br> Brent Ratliff <br> 2612 Bay Road <br> Blackshear GA 31516 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 118 <br> BRIAN HENDERSON <br> 6045 GRANT FORD ROAD <br> Gainesville GA 30506 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __23__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,      Case No. _____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 119*<br>*Brian Kennedy*<br>*5656 Hunters Chase Dr.*<br>*Lithonia GA 30038* | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |
| Account No:<br>*Creditor # : 120*<br>*BRIDGET GIVEN*<br>*2507 Waterford Lane*<br>*Woodstock GA 30118* | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |
| Account No:<br>*Creditor # : 121*<br>*Brittany Taylor*<br>*96 Eastanollee School Road*<br>*Eastanollee GA 30538* | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |
| Account No:<br>*Creditor # : 122*<br>*Bruce Flippins*<br>*654 Georgetown Ct*<br>*Jonesboro GA 30236* | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |
| Account No:<br>*Creditor # : 123*<br>*Caleb Collins*<br>*527 Greenfield Dr.*<br>*Statham GA 30666* | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |

Sheet No. __24__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        *$ 25,000.00*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  *Steven Mlynski*                                            ,          Case No. _____
                    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 124 <br> Caleb Mohamed <br> 2350 Brittany Terrace <br> Atlanta GA 30349 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 125 <br> Caliph Nelson <br> 75 Westover Place <br> Covington GA 30016 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 126 <br> Callie Hicks <br> 47 Atwood Dr <br> Rome GA 30165 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 127 <br> CALVIN JACKSON <br> 10 WATERS CT <br> Covington GA 30016 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 128 <br> CALVIN WHITE <br> 908 E. Brookwood PL <br> Valdosta GA 31601 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __25__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 25,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**
_____ ,        Case No. _____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 129** **Camille Brewster** **2955 Stone Crest LN** **Lithonia GA 30038** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 130** **CARI WALTERS** **7049 H RAMBLON CIR** **Fort Stewart GA 31315** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 131** **CARL BEARD** **1365 REGAL HEIGHTS DR** **Lithonia GA 30058** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 132** **CARL DESPAGNI** **2866 TYNEWICK DR NE** **Roswell GA 30075** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 133** **Carl Hatcher** **378 Jenny Cove Rd.** **Cleveland GA 30528** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __26__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                                **Subtotal $**        $ 25,000.00
                                                                                **Total $**
                        (Use only on last page of the completed Schedule F. Report also on Summary of
                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                    ,         Case No. _____
           **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 134 <br> Carl Waldron <br> 2733 Lower Roswell Rd. <br> Marietta GA 30068 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 135 <br> Carlesha Currie <br> 2701 Alandale Dr. <br> Macon GA 31211 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 136 <br> Carlos Highsmith <br> 137 Summer Brooke Dr. <br> Peachtree City GA 30269 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 137 <br> Carlton Hagans <br> 5513 Hood St. <br> Lula GA 30554 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 138 <br> Carlton Westberry <br> 82 Partridge Place <br> Jesup GA 31545 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __27__ of __241__ continuation sheets attached to Schedule of                    **Subtotal $**          $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims                                                      **Total $**
                                   (Use only on last page of the completed Schedule F. Report also on Summary of
                                   Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                    ,          Case No. _____
                           **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 139**<br>**Carlton Yancey**<br>**1930 Daffodil Dr.**<br>**Acworth GA 30102** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 140**<br>**CAROLINE HOWARD**<br>**2249 NORHT BROOK RIDGE**<br>**Kennesaw GA 30152** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 141**<br>**CAROLYN BENITA WILLIAMS**<br>**PO BOX 2453**<br>**Clarkesville GA 30523** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 142**<br>**Carolyn Coker**<br>**4601 Gordon Reynolds SE**<br>**Covington GA 30014** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 143**<br>**CAROLYN DAILEY**<br>**315 DIAMOND DR**<br>**Clarkesville GA 30523** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __28__ of __241__ continuation sheets attached to Schedule of          **Subtotal $**          $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims
                                                                                  **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                    ,          Case No. _____
            **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 144 <br> CAROLYN POWELL <br> 406 WHIPPOORWILL RD <br> Lyons GA 30436 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 145 <br> Carrie Howell <br> 4007 Watkins Glen Dr. <br> Woodstock GA 30189 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 146 <br> Carrie Ogletree <br> 224 Martha Ave NE <br> Atlanta GA 30317 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 147 <br> Casey Kersh <br> PO BOX 5124 <br> Gainesville GA 30504 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 148 <br> Cassandra McCormack <br> 3003 Heart Pine Lane <br> Buford GA 30519 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __29__ of __241__ continuation sheets attached to Schedule of                  Subtotal $     $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims                                  Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,      Case No. _____
**Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 149**<br>**Cassandra Teegarden**<br>**6835 Glenlake Pkwy Apt H**<br>**Atlanta GA 30328** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 150**<br>**Cassie Terrell**<br>**PO Box 13**<br>**Leesburg GA 31763** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 151**<br>**CATHERINE POULTON**<br>**4405 Lake Side Way**<br>**Newnan GA 30265** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 152**<br>**Catherine Worthy**<br>**P.O. Box 252**<br>**Edison GA 39846** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 153**<br>**Cathey Rollins Brooks**<br>**1909 Reeves Ave.**<br>**Nashville GA 31639** | | | *2005*<br>**Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |

Sheet No. __30__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     | $ 25,000.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,        Case No. _____
             **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (*See instructions above.*) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 154 <br> CATHY BINETTI <br> P.O. BOX 1467 <br> Powder Springs GA 30127 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 155 <br> CATHY WOODARD <br> 1377 SHOREHAM DR <br> Atlanta GA 30349 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 156 <br> Cecelia Morell <br> 519 Savanah Town Road <br> Springfield GA 31329 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 157 <br> Celeste Hall <br> 167 Dover Dr. <br> Waverly GA 31565 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 158 <br> CELINA LOCKE <br> 207CHERRY HILL DRIVE <br> Calhoun GA 30701 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __31__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                              ,            Case No. _____
              **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 159<br>CELINA WILLIAMS<br>2160 ROCK QUARRY ROAD<br>Danielsville GA 30633 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 160<br>CHAD ARASHIRO<br>2213 LAKE PARK DR APT G<br>SMYRNA GA 30080 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 161<br>CHADWICK GREEN<br>106 BONAVENTURE PLACE<br>Locust Grove GA 30248 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 162<br>Charlene Gillead<br>1557 Riverwood Ct.<br>Atlanta GA 30349 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 163<br>Charlene Lundy<br>3194 Sandusky Dr.<br>Decatur GA 30032 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __32__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,        Case No. _____
                  **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 164<br>Charles Avery<br>15 Greenwood Dr.<br>Cartersville GA 30120 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 165<br>CHARLES AYERS<br>1073 ANGEL LANE<br>Powder Springs GA 30127 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 166<br>Charles Densford<br>2145 Westwind Dr.<br>Roswell GA 30073 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 167<br>Charles Dupree<br>6128 Valley Green Rd.<br>Lithonia GA 30058 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 168<br>Charles Giles<br>190 Alcovy Crossing Dr<br>Covington GA 30014 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __33__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,     Case No. _____
                        **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** | | | | | | |
| Creditor # : 169<br>Charles Haynes<br>1953 Washington Hwy<br>Elberton GA 30635 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| **Account No:** | | | | | | |
| Creditor # : 170<br>Charles Johnson<br>218 Huffaker Rd.  Apt B<br>Rome GA 30165 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| **Account No:** | | | | | | |
| Creditor # : 171<br>Charles Lundy<br>3194 Sandusky Dr.<br>Decatur GA 30032 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| **Account No:** | | | | | | |
| Creditor # : 172<br>CHARLES MCINTOSH<br>1003 JOE STREET<br>Savannah GA 31401 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| **Account No:** | | | | | | |
| Creditor # : 173<br>CHARLES NICHOLS<br>1412 ANONA PL<br>Woodstock GA 30188 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __34__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
              **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 174**<br>**CHARLES POULTON**<br>**4405 Lake Side Way**<br>**Newnan GA 30265** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 175**<br>**CHARLES ROBERTS**<br>**69 HELEN ROAD**<br>**Covington GA 30016** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 176**<br>**Charles Trollinger**<br>**211 Cobblestone Ln.**<br>**Mcdonough GA 30252** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 177**<br>**CHARLES WILLIAMS**<br>**ROUTE 1 BOX 27**<br>**Pearson GA 31642** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 178**<br>**Charlie Arnold**<br>**1333  Lee Clarkson Rd.**<br>**Chickamauga GA 30707** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __35__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,      Case No._____
                          **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 179 <br> Charlie Bell <br> 279 Pope Hill Cir. <br> Senoia GA 30276 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 180 <br> Charnique Slater <br> 102 Verona St. <br> Warner Robins GA 31088 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:    5132 <br> Creditor # : 181 <br> Chase <br> PO Box 15298 <br> Wilmington DE 19850 | X | 2008 to 2013 <br> Business Line of Credit | | | | $ 99,941.00 |
| Account No:    3113 <br> Creditor # : 182 <br> Chase <br> PO Box 15298 <br> Wilmington DE 19850 | X | 2005 to 2013 <br> Credit Card Purchases | | | | $ 36,352.00 |
| Account No:    3113 <br> Representing: <br><br> Chase | | Michael Fine <br> 131 South Dearborn Street <br> Chicago IL 60604 | | | | |

Sheet No. _36_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 146,293.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
          **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 183<br>Cheryl Mitchell<br>P.O. Box 853  230 Butts St.<br>Wadley GA 30477 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 184<br>Chris Albright<br>5286 Harrison Davisboro Rd<br>Davisboro GA 31018 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 185<br>Chris Branan<br>10 Wisteria Blvd<br>Covington GA 30016 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 186<br>Chris Cruse<br>2081 Elmwood Circle<br>Snellville GA 30078 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 187<br>CHRIS CUNNINGHAM<br>4045 BANUBE CIRCLE<br>Valdosta GA 31605 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __37__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**_____,        Case No._____
         **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 188<br>CHRIS ROWELL<br>78 OAKLAND ST<br>Hartwell GA 30643 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 189<br>CHRISTINA HARRINGTON<br>2491 BARTLEY ROAD<br>Lagrange GA 30240 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 190<br>Christina Hernandez<br>609 Crestview Drive<br>Dalton GA 30721 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 191<br>Christina Hopkins<br>1595 Dunton Green Way<br>Lawrenceville GA 30043 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 192<br>Christina Nitz<br>4350 Autumn Ct.<br>Canton GA 30114 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __38__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,   Case No. _____
                    **Debtor(s)**                                                                 **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 193 <br> Christine Arnold <br> 15101 Birmingham Hwy. <br> Alpharetta GA 30004 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 194 <br> Christine Curry <br> 201 W Ponce De Leon ave. Unit <br> Decatur GA 30030 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 195 <br> Christine Reid <br> PO Box 161 <br> Pelham GA 31779 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 196 <br> CHRISTINE TEETERS <br> 3110 N. MARBLETOP ROAD <br> Chickamauga GA 30707 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 197 <br> CHRISTINE VANDEVENTER <br> 6484 CAMPBELLS WAY <br> Harlem GA 30814 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __39__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re **Steven Mlynski**                                                                ,                    Case No. _____
**Debtor(s)**                                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:**<br>*Creditor # : 198*<br>*Christine Walsh*<br>*3460 Kingsboro Rd. NE   Unit 34*<br>*Atlanta GA 30326* | | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |
| **Account No:**<br>*Creditor # : 199*<br>*CHRISTINE WHITEACRE*<br>*3535 ROSWELL RD. J 4*<br>*Atlanta GA 30305* | | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |
| **Account No:**<br>*Creditor # : 200*<br>*CHRISTOPHER BECKOM*<br>*250 CEDAR HEIGHTS ROAD LOT 25*<br>*Carrollton GA 30116* | | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |
| **Account No:**<br>*Creditor # : 201*<br>*Christopher Evans*<br>*237 Taylors Farm Dr.*<br>*Canton GA 30115* | | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |
| **Account No:**<br>*Creditor # : 202*<br>*Christopher Worthy*<br>*321 Hillcrest St*<br>*Concord GA 30206* | | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | *$ 5,000.00* |

Sheet No. __40__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,          Case No._____
                    **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 203<br>Christy Baez<br>79 jeffco Drive<br>Jefferson GA 30549 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 204<br>CHRISTY HALL<br>105 SHAMROCK CIRCLE<br>Byron GA 31008 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 205<br>Christy McCoy<br>425 Ashly Way<br>Loganville GA 30052 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 206<br>Chuck Ketchum<br>4168 Clark Circle<br>Acworth GA 30102 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 207<br>Cicero Grace<br>1533 Pine St.<br>Marietta GA 30060 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __41__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,    Case No._____
         **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br><br>Creditor # : 208<br>CINDY DAVIS<br>137 SUMER LANE NORTH<br>Douglasville GA 30134 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br>Creditor # : 209<br>Cindy DeAngelis<br>161 Woodland Cir<br>Bremen GA 30110 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br>Creditor # : 210<br>Cindy Thurman<br>712 Pincrest Rd<br>Winder GA 30680 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:   312.<br><br>Creditor # : 211<br>Citicards<br>701 East 60th Street N<br>Sioux Falls SD 57104 | | 1995 to 2013<br>Credit Card Purchases | | | | $ 44,505.11 |
| Account No:   312.<br><br>Representing:<br><br>Citicards | | Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk VA 23515 | | | | |

Sheet No. __42__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal $     $ 59,505.11

                          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____ ,      Case No. _____
**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:<br>*Creditor # : 212*<br>*Clarence Markham*<br>*4716 Brookwood View*<br>*Atlanta GA 30349* | | *2005*<br>*Alleged violation of GDAA* | | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 213*<br>*Clark and Smith Law Firm*<br>*3402 Vineville Avenue Suite A*<br>*Macon GA 31204* | | *2005*<br>*Notice Only* | | | X | X | $ 0.00 |
| Account No:<br>*Creditor # : 214*<br>*CLAUDE SCOTT FISHER*<br>*1604 DEAN MTN RD*<br>*Cleveland GA 30528* | | *2005*<br>*Alleged violation of GDAA* | | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 215*<br>*CLAUDIA JACKSON*<br>*10 WATERS CT*<br>*Covington GA 30016* | | *2005*<br>*Alleged violation of GDAA* | | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 216*<br>*Claudia Sifflet*<br>*1144 Lakefield Walk*<br>*Marietta GA 30064* | | *2005*<br>*Alleged violation of GDAA* | | | X | X | $ 5,000.00 |

Sheet No. __43__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 20,000.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,    Case No._____
           **Debtor(s)**                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 217 <br> CLEAVON BARTON <br> 1386 GRAYMONT DR <br> Atlanta GA 30310 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 218 <br> CLIFTON PULLIAM <br> 427 Misty Cove <br> Clarkesville GA 30523 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 219 <br> Clinton Hicks <br> 245 Bethel Church Rd. NE <br> Dalton GA 30721 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 220 <br> CLORESEA WESSON <br> 3045 ABBOTTS POINTE DR <br> Duluth GA 30097 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 221 <br> Columbia Sutton <br> 263 Gulfport Ct. <br> Hampton GA 30028 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __44__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                            Subtotal $          $ 25,000.00

                                            Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____ ,      Case No._____

**Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 222* *Community Tax Relief* *6232 North Pulaski Road* *#300* *Chicago IL 60646* | | | *Notice Only* | | | | *Unknown* |
| Account No: *Creditor # : 223* *Community Tax Relief* | | | | | | | *$ 0.00* |
| Account No: *Creditor # : 224* *Connie Breitenbach* *1240 Ridenour Blvd NW   Apt. 22* *Kennesaw GA 30152* | | | *2005* *Alleged violation of GDAA* | X | X | | *$ 5,000.00* |
| Account No: *Creditor # : 225* *CONNIE BURR* *80 CHERUB LANE* *Sharpsburg GA 30277* | | | *2005* *Alleged violation of GDAA* | X | X | | *$ 5,000.00* |
| Account No: *Creditor # : 226* *Connie Hamilton* *224 Hamilton Hill Lane* *Pearson GA 31642* | | | *2005* *Alleged violation of GDAA* | X | X | | *$ 5,000.00* |

Sheet No. __45__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | *$ 15,000.00* |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re **Steven Mlynski**                                                                    ,          Case No. _____
                        **Debtor(s)**                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 227 <br> Connie Johnson <br> 501 Jarrett Ct. <br> McDonough GA 30253 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 228 <br> Copeland Gilpin <br> 2876 Pacifica Ives Court <br> Snellville GA 30039 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 229 <br> Copilevitz and Canter, LLC <br> 310 West 20th Street, Suite 30 <br> Kansas City MO 64108 | | | 2005 <br> Attorney Fees | | X | X | |
| Account No: <br> Creditor # : 230 <br> CORA ROBINSON <br> 5650 HUNTERS FOREST LANE <br> Atlanta GA 30349 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 231 <br> Coreen Davis <br> 536 Broad Head Point <br> Suwanee GA 30024 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __46__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 20,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
            **Debtor(s)**                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 232<br>Corey Ford<br>6110 Cedar Crest Rd. Suite 350<br>Acworth GA 30101 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 233<br>COREY LEWIS<br>11739 SAWGRASS CT<br>FAYETTEVILLE GA 30215 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 234<br>CORNELIUS WOODARD<br>1377 SHOREHAM DR<br>Atlanta GA 30349 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 235<br>Cory Watson Crowder and Degaris<br>2131 Magnolia Avenue<br>Birmingham AL 35205 | | 2005<br>Notice Only | | X | X | $ 0.00 |
| Account No:<br>Creditor # : 236<br>Cory Watson Crowder and Degaris<br>2131 Magnolia Avenue<br>Birmingham AL 35205 | X | Notice Only | | | | Unknown |

Sheet No. __47__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 15,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 237<br>Craig Bowie<br>4432 Beaver Tree St.<br>Loganville GA 30052 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 238<br>CRAIG NEWTON<br>635 Wynne Street<br>Chester GA 31012 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 239<br>Cristi Hatcher<br>378 Jenny Cove Rd.<br>Cleveland GA 30528 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 240<br>Crystal Leach<br>4154 Crowder Drive<br>Kennesaw GA 30152 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 241<br>Curtis Burrell<br>10556 Almosa Ln<br>Jonesboro GA 30238 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __48__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                    ,          Case No. _____

　　　　　　　**Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 242<br>CURTIS SOUTH<br>295 DAY RD<br>Bowdon GA 30108 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 243<br>CURTISS SOUTH<br>295 DAY RD<br>Bowdon GA 30108 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 244<br>Cynthia Hall<br>398 Hwy 87 N.<br>Cochran GA 31014 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 245<br>CYRENA LINDHORST<br>278 SUNNYSIDE DRIVE<br>Box Springs GA 31801 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 246<br>DALE KING<br>112 EDGEWATER WAY<br>Peachtree City GA 30269 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __49__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____ ,        Case No._____
        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 247<br>DANA JOHNSON<br>4892 RAVEN PLACE<br>Marietta GA 30066 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 248<br>DANIEL COLLIER<br>123 JOHNSON RD EXT<br>Locust Grove GA 30248 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 249<br>DANIEL LAVELLE<br>80 HELEN LANE<br>Stockbridge GA 30281 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 250<br>DANIEL SHIELDS<br>6 Brown Place<br>Fort Stewart GA 31315 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 251<br>Daniel Sorrow<br>119 Woodlands Drive<br>Jackson GA 30233 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __50_ of __241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                          ,          Case No. _____
         **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 252 <br> Danielle Chadwick <br> 1176 MasonLee Ave. <br> Loganville GA 30052 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 253 <br> DANNIAL COHEN <br> 3034 STEEPLECHASE <br> Alpharetta GA 30004 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 254 <br> DARLEEN WODZENSKI <br> 1331 PINE SHADOWS DR <br> DALLAS GA 30132 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 255 <br> Darlene Jackson <br> 7141 Rhodes St. <br> Lithonia GA 30058 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 256 <br> DARLENE JONES <br> 78 OAKLAND ST <br> Hartwell GA 30643 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __51__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
          **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 257 <br> DARLENE MEIER <br> 2801 TONY DR <br> Lawrenceville GA 30044 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 258 <br> Darlene Sanders <br> 2569 Dana Dr. <br> Gainesville GA 30507 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 259 <br> DARLIA MINARD <br> 199 Dodd Drive <br> Summerville GA 30747 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 260 <br> DARRELL LONG <br> 157 ROSEWOOD DR <br> Dawsonville GA 30534 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 261 <br> Darren Cooter <br> 404 Glenn St. <br> La Fayette GA 30728 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __52__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal $ | $ 25,000.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                    ,        Case No. _____
                **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 262 <br> D'Arri Moore <br> 550 Wilkerson Rd. <br> Rex GA 30273 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 263 <br> Darryl Crenshaw <br> 4846 Haymarket Trail <br> Decatur GA 30035 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 264 <br> Darryl Kerr <br> 3514 Granite Way <br> Augusta GA 30907 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 265 <br> Dave Ramoutar <br> 3098 Leyland Ct. <br> Decatur GA 30034 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 266 <br> David Ballew <br> 184 Olympia Dr. <br> Newnan GA 30265 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __53__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                          ,          Case No. _____
         **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 267** David Barrett 127 Bertha Gragg Rd. Alto GA 30510 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 268** David Browne 5350 Redfield Way Flowery Branch GA 30542 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 269** David Carr 4006 Fairview Dr. Columbus GA 31907 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 270** David Cash 868 River Rd. Monticello GA 31064 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 271** DAVID CURRY 1052 JOHN LOWERY ROAD Dublin GA 31021 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No.  54  of  241  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                              ,          Case No. _____
            **Debtor(s)**                                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 272<br>David Hilley<br>941 Harrington Bend Rd.<br>Calhoun GA 30701 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 273<br>David Krich<br>5632 Nacoochee St.<br>Lula GA 30554 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 274<br>David Krueger<br>6308 Westpoint Road<br>Lagrange GA 30240 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 275<br>DAVID LOCKE<br>207CHERRY HILL DRIVE<br>Calhoun GA 30701 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 276<br>DAVID MARX<br>4014 SUNHILL COURT<br>Woodstock GA 30189 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __55__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                     $ 25,000.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re __Steven Mlynski_____,     Case No._____
            **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 277 <br> DAVID MCKAIG <br> 1940 PEACH STREET <br> Rossville GA 30741 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 278 <br> DAVID MITCHELL <br> 1377 JOHN W. BREEDLOVE RD <br> Monroe GA 30656 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 279 <br> David Ritchey <br> 2530 Gateview Ct. <br> Cumming GA 30040 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 280 <br> David Shuler <br> 30 Artie Court <br> Oxford GA 30054 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 281 <br> David Teague <br> 5850 Swan Walk <br> Sugar Hill GA 30518 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __56__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,      Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: *Creditor # : 282 Dawn Sifflet 1144 Lakefield Walk Marietta GA 30064* | | *2005 Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: *Creditor # : 283 DEADRA FEARS 4041 U.S. Hwy 37 Camilla GA 31730* | | *2005 Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: *Creditor # : 284 Debbie Joyner 208 Seines Landing Road D Springfield GA 31329* | | *2005 Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: *Creditor # : 285 DEBBIE WILLIAMS ROUTE 1 BOX 27 Pearson GA 31642* | | *2005 Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: *Creditor # : 286 Debora Ledford 5004 Peach Mtn Circle Gainesville GA 30507* | | *2005 Alleged violation of GDAA* | | X | X | $ 5,000.00 |

Sheet No. __57__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $           $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** ,                                         Case No. _____
      **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 287<br>DEBORAH BANKS<br>2311 NORTHPLACE WAY<br>Smyrna GA 30080 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 288<br>Deborah Branan<br>10 Wisteria Blvd<br>Covington GA 30016 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 289<br>DEBORAH BREWER<br>308 MEADOWRIDGE DR<br>Warner Robins GA 31093 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 290<br>Deborah Folarin<br>1216 Bradford Park Ln<br>Auburn GA 30011 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 291<br>Deborah Garner<br>2020 Pheasant Creek St.<br>Augusta GA 30907 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **58** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,          Case No. _____
              **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 292 <br> Deborah Glenn <br> 812 W. 20th Ave <br> Cordele GA 31015 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 293 <br> DEBORAH GLOVER <br> 3226 VALLEY VIEW STREET <br> Powder Springs GA 30127 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 294 <br> DEBORAH HOYMAN <br> 160 OAK STREET #G <br> Roswell GA 30075 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 295 <br> DEBORAH JACKSON <br> 1447 EAGLE TRACE <br> Jonesboro GA 30238 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 296 <br> Deborah Smith <br> 238 Arbour Way <br> Suwanee GA 30024 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __59__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,            Case No._____
              **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 297<br>DEBRA FISHER<br>1604 DEAN MTN RD<br>Cleveland GA 30528 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 298<br>DEBRA HOLZER<br>105 ABINGDON WAY<br>Atlanta GA 30328 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 299<br>Debra Long<br>116 E Shaw St.<br>Rincon GA 31326 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 300<br>Debra Porter<br>503 West Church St.<br>Fort Valley GA 31030 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 301<br>Delbra Thomas<br>5337 Golfcrest Circle<br>Stone Mountain GA 30088 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __60__ of __241__ continuation sheets attached to Schedule of                    Subtotal $         | $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims                                                         Total $         |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                              ,          Case No._____
         **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 302<br>Deloris Lewis<br>105 Bay Street<br>Claxton GA 30417 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 303<br>Delpha Smith<br>221 Hennon Dr. NW<br>Rome GA 30165 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 304<br>Denise Baughman<br>1627 Dewey Rose Rd.<br>Dewy Rose GA 30634 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 305<br>Dennis Sanders<br>2569 Dana Dr.<br>Gainesville GA 30507 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 306<br>Derek Mikulskis<br>20 Berkley Place<br>Sharpsburg GA 30277 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _61_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
           **Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 307<br>Derek Scott<br>2434 Skyline Ridge Dr.<br>Lithia Springs GA 30122 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 308<br>Deric Godfrey<br>1022 Bacon Rd<br>Hinesville GA 31313 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 309<br>Derick Hamilton<br>458 Wearscross Road, Lot 7<br>Lagrange GA 30240 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 310<br>DERRICK KENT<br>727 MOROSGO DRIVE NE APT.#20<br>Atlanta GA 30324 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 311<br>Desiree Denmark<br>504 E. Cherokee Court<br>Woodstock GA 30188 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __62__ of __241__ continuation sheets attached to Schedule of            **Subtotal $** | $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims

                                                **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
         **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:<br>*Creditor # : 312*<br>*Dewayne Newman*<br>*9213 Jimmy Lee Circle*<br>*Jonesboro GA 30238* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 313*<br>*Diana Miller*<br>*120 Lakeview Ct.*<br>*Temple GA 30179* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 314*<br>*Diana Sikes*<br>*213 Fairlane Drive*<br>*Rossville GA 30741* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 315*<br>*DIANE BRAND*<br>*1326 WHOOPING CREEK CHURCH RD*<br>*Carrollton GA 30116* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 316*<br>*DIANE MCCLENDON*<br>*343 WELDON RD*<br>*Forsyth GA 31029* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |

Sheet No. __63__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
                  **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 317<br>Diane McCord<br>44 Rooney Rd SW.<br>Rome GA 30165 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 318<br>Diane Roberts<br>106 Hamilton Dr.<br>Jefferson GA 30549 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 319<br>DONALD BAGLEY<br>230 FLORA AVE<br>Rome GA 30161 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 320<br>DONALD CAPE<br>121 QUAIL PLACE NE<br>Milledgeville GA 31061 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 321<br>Donald Joyner<br>208 Seines Landing Road D<br>Springfield GA 31329 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __64__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                    ,        Case No. _____
        **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 322**<br>**DONNA BOGGS**<br>**404 STREAMVIEW LANE**<br>**Stockbridge GA 30281** | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No:<br>**Creditor # : 323**<br>**DONNA HINES**<br>**3941 CREST DR**<br>**HEPHZIBAH GA 30815** | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No:<br>**Creditor # : 324**<br>**DONNA MANRING**<br>**319 WEATHER STONE PLACE**<br>**Woodstock GA 30188** | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No:<br>**Creditor # : 325**<br>**DONNA MCDANIEL**<br>**912 CARSWELL AVENUE**<br>**Waycross GA 31503** | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No:<br>**Creditor # : 326**<br>**DONNA MITCHELL**<br>**1377 JOHN W. BREEDLOVE RD**<br>**Monroe GA 30656** | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |

Sheet No. __65__ of __241__ continuation sheets attached to Schedule of                    Subtotal $          **$ 25,000.00**
Creditors Holding Unsecured Nonpriority Claims                                                      Total $
                                                      (Use only on last page of the completed Schedule F. Report also on Summary of
                                                      Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,          Case No. _____
              **Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 327 <br> DOROTHY FLETCHER <br> 343 CARLTON SEITZ ROAD <br> Dahlonega GA 30533 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 328 <br> Dorothy McKinzie <br> 2047 Ashton Way <br> Bainbridge GA 39819 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 329 <br> Dorothy Yarbrough <br> 3144 Hidden Pass <br> Gainesville GA 30506 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 330 <br> Douglas Elkins <br> 1589 Creek Mill Trace <br> Lawrenceville GA 30044 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 331 <br> Douglas Martin <br> P. O. Box 191 <br> Douglas GA 31534 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __66__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 25,000.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                              ,                    Case No. _____

**Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 332 <br> DRUSILLA ELIZABETH BERRIAN <br> 209 EAST HALE STREET <br> Augusta GA 30901 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 333 <br> Dustin Brackett <br> 286 Brindle Rd. <br> Resaca GA 30735 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 334 <br> Dustin Cavanah <br> 117 Exley Rd. S <br> Rincon GA 31326 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 335 <br> Dwayne Shy <br> 425 Kenridge Pkwy <br> Decatur GA 30032 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 336 <br> Dwight Friday <br> 900 Legacy Park Dr Apt 2135 <br> Lawrenceville GA 30043 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __67__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 337**<br>**Earnestine Jackson**<br>**1002 C Logan Store Road**<br>**Smithville GA 31787** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 338**<br>**EARNESTINE SMITH**<br>**3081 Bentley Dr.**<br>**Upatoi GA 31829** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 339**<br>**EDDIE LOPEZ**<br>**1216 WOODBURN COURT**<br>**Columbus GA 31907** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 340**<br>**Eddie Wells**<br>**564 Martin Luther King Dr.**<br>**Millen GA 30442** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 341**<br>**Eddie Woodruff**<br>**137 Howard Perdue Rd.**<br>**Jackson GA 30233** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __68__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                   ,        Case No. _____
             **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 342**<br>**Edna Whitehead**<br>**1142 Holly Circle**<br>**Forest Park GA 30297** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 343**<br>**Edward Delcroix**<br>**2640 Conley Drive**<br>**Cumming GA 30040** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 344**<br>**Edward Dixon**<br>**6401 Tree Crest Pkwy Apt. 6401**<br>**Decatur GA 30035** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 345**<br>**Edward Mitchell**<br>**942 Hubbard**<br>**Atlanta GA 30310** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 346**<br>**Elaine Allmon**<br>**15 Preston Dr.**<br>**Summerville GA 30747** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __69__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                      Subtotal $          $ 25,000.00

                                                                        Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,     Case No._____
      **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  Creditor # : 347  ELAINE HENDRY  1090 MCDANIEL MILL RD  Conyers GA 30094 | | 2005  Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:  Creditor # : 348  ELAINE REECE  304 AMY BLVD  Temple GA 30179 | | 2005  Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:  Creditor # : 349  ELIAS HARDGE  979 PARK GATE PLACE  Stone Mountain GA 30083 | | 2005  Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:  Creditor # : 350  Elijah Powell  2220 E. Victory Dr; Apt. #24  Savannah GA 31404 | | 2005  Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:  Creditor # : 351  Elizabeth Edwards  1133 Causey Rd.  Knoxville GA 31050 | | 2005  Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __70__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
                    **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 352<br>Elizabeth Folsome<br>5 Holiday Ct<br>Savannah GA 31419 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 353<br>ELIZABETH LEWIS<br>11739 SAWGRASS CT<br>FAYETTEVILLE GA 30215 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 354<br>ELIZABETH MARTIN<br>214-2ND AVE<br>Rochelle GA 31079 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 355<br>ELLA JOHNSON<br>1123 WEST SHORE DR<br>Riverdale GA 30296 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 356<br>Elmyra Hammett<br>235 James Allen Place<br>Temple GA 30179 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _71_ of _241_ continuation sheets attached to Schedule of                          **Subtotal $** | $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims

                                                                                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No. _____
           **Debtor(s)**                                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 357<br>Elodie Ilunga<br>4338 E. Poncdeleon Ave.  Apt A<br>Clarkston GA 30021 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 358<br>Eloise George<br>503 Mt. Moriah St.<br>Eastman GA 31023 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 359<br>Emanuel King<br>2382 Old Fountain RD<br>Lawrenceville GA 30045 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 360<br>Embry McCray<br>9135 Loxford<br>Lithia Springs GA 30122 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 361<br>EMMA BALDWIN<br>1134 E CHURCH ST<br>Monroe GA 30655 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _72_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,      Case No. _____
           **Debtor(s)**                                                                       **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 362 <br> Emolyn Rodefer <br> 2008 Smith Dr. <br> Kennesaw GA 30144 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 363 <br> Eric Cleveland <br> 4001 William Bridge Rd. <br> Toccoa GA 30577 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 364 <br> ERIC RUNYON <br> 1756 DEAN CIRCLE <br> Marietta GA 30067 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 365 <br> Erich Seipp <br> 284 Carrington Way <br> Canton GA 30115 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 366 <br> Ester Dunson <br> 107 Willowcreek Rd. <br> Lagrange GA 30241 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __73__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**         **$ 25,000.00**

                                                     **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
           **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 367<br>ESTON PRICE<br>1182 DEER RUN TRAIL<br>Claxton GA 30417 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 368<br>Ethan Davis<br>2240 Wildcat Cliffs Way<br>Lawrenceville GA 30043 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 369<br>Ethel Finnie<br>2899 Panthersville Rd. Apt E<br>Decatur GA 30034 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 370<br>EUGENE LEWIS<br>306 S. HUDSON ST (IP.O> BOx 39<br>Plains GA 31780 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 371<br>Eva Stokes<br>5021 Mulberry Way<br>Loganville GA 30052 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __74__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

          Subtotal $        $ 25,000.00

          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,      Case No. _____
       **Debtor(s)**                                                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 372<br>Everett Bivens<br>1953 Slaisbury Way<br>Hinesville GA 31313 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 373<br>Evonne Dean<br>401 Hickory Walk SW<br>Marietta GA 30064 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 374<br>Ezekial Logan<br>1102 Harbor Pt. Pkwy.<br>Atlanta GA 30350 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 375<br>FANNIE VINYARD<br>1827 SUSAN DR<br>Dalton GA 30720 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 376<br>Felix Bobian<br>4180 Hopkins Bluff Way<br>Duluth GA 30096 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _75_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                       **Subtotal $**     $ 25,000.00

                                       **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No._____
              **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 377<br>Felix Lindsey<br>402 Frank Cook Road<br>Cochran GA 31014 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 378<br>FERNANDO MELO<br>7285 HWY 129 N<br>Cleveland GA 30528 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 379<br>Flordeliza Stroud<br>155 Grove Creek Dr.<br>Locust Grove GA 30248 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 380<br>FLORENCE KERSTING<br>2025 PEACHTREE RD NE; APT 615<br>Atlanta GA 30309 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 381<br>FRANCES WHITE<br>908 E. Brookwood PL<br>Valdosta GA 31601 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __76__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 382<br>Frank Peterson<br>940 13th Ave.<br>Augusta GA 30901 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 383<br>Frankie Ward<br>2005 Lake Point Dr.<br>Stone Mountain GA 30088 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 384<br>FRED AJIERO<br>P.O. BOX 2122<br>Smyrna GA 30081 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 385<br>Fred Lockhart<br>1836 Penrose Ct<br>Powder Springs GA 30127 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 386<br>Fred Stroud<br>155 Grove Creek Dr.<br>Locust Grove GA 30248 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __77__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re __Steven Mlynski_____ ,        Case No._____
        **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 387<br>Fred Sutton<br>263 Gulfport Ct.<br>Hampton GA 30028 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 388<br>Gail Bing-Brooks<br>14 Victoria Court<br>Pooler GA 31322 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 389<br>Gail Howard<br>688 Wren Walk<br>Stone Mountain GA 30087 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 390<br>Gail Mincey<br>312 Mincey Ln.<br>Baxley GA 31513 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 391<br>GARRY RAY<br>2335 PRICE DR<br>Macon GA 31206 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __78__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**        $ 25,000.00

                                                    **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____,      Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 392 Gary Barta 612 Northwoods Lake Ct., Apt. Duluth GA 30096 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 393 GARY KING 112 EDGEWATER WAY Peachtree City GA 30269 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 394 Gary Shaw 1211 Saint Andrews Dr. Auburn GA 30011 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 395 Gary Thurman 712 Pincrest Rd Winder GA 30680 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 396 GARY TSEGAI 4119 BRENDA DRIVE Decatur GA 30035 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __79__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No. _____
**Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:<br>Creditor # : 397<br>Gary Wheeler<br>251 Poplar Springs Rd.<br>Nashville GA 31639 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 398<br>Gary Wilson<br>17 Lakeside Dr.<br>Rincon GA 31326 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 399<br>Gayla Mathis<br>2867 Kathryn Circle<br>Atlanta GA 30331 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 400<br>GENA BASS<br>4201 HD ATHA RD<br>Covington GA 30014 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 401<br>GEOFFREY BEEBE<br>522 IOWA AVE<br>Warner Robins GA 31093 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __80__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  **Creditor # : 402** **GEOFFREY WALTERS** **7049 H RAMBLON CIR** **Fort Stewart GA 31315** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:  **Creditor # : 403** **GEORGE ASHISON** **3149 SWALLOW DR** **Marietta GA 30066** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:  **Creditor # : 404** **GERALD BOYTE** **346 Mountain View Trail** **Dahlonega GA 30533** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:  **Creditor # : 405** **Gerald Carter** **1005 Lawyers Ln.** **Columbus GA 31906** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:  **Creditor # : 406** **Gerald Hassell** **3585 Mt. Vernon Ct.** **Lawrenceville GA 30044** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __81__ of __241__ continuation sheets attached to Schedule of                                    **Subtotal $**          $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims
                                                                                              **Total $**
                                                      (Use only on last page of the completed Schedule F. Report also on Summary of
                                                      Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 407<br>Gerrit Palmer<br>80 Micheal Ryan Dr.<br>Covington GA 30016 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 408<br>GINA CLOUD<br>220 Westwind Dr.<br>Ball Ground GA 30107 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 409<br>Ginger Ragsdale<br>12 Boones Ridge Dr S.E.<br>Acworth GA 30102 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 410<br>Gladys Reid<br>933 Greenvill St.<br>Lagrange GA 30241 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 411<br>Glenda O'Donoghue<br>5316 Cayuga Ct.<br>Lithonia GA 30038 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __82__ of __241__ continuation sheets attached to Schedule of                    **Subtotal $**              $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims

                                                                         **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
                     **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State.<br>H--Husband<br>W--Wife<br>J--Joint<br>C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 412<br>Glenda St. Clair<br>#8 Wilkins St.<br>Rome GA 30165 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 413<br>Glenn Byars<br>6989 HWY 81 SW<br>Monroe GA 30656 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 414<br>Gloria Grant<br>348 Langshire Drive<br>Mcdonough GA 30253 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 415<br>GLORIA KNIGHT<br>2815 OCEAN VALLEY ROAD<br>Atlanta GA 30349 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 416<br>Gloria Lewis<br>2108 Alabama Ave<br>Savannah GA 31404 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __83__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 417 <br> Gloria Pettis <br> 101 Adrian Dr. <br> Stockbridge GA 30281 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 418 <br> Gloria Worthy <br> 358 Robert Taylor Rd. <br> Lagrange GA 30240 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 419 <br> Greg Smith <br> 341 JD Garnto Rd <br> Wrightsville GA 31096 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 420 <br> Greg Sullivan <br> 211 Harvey Rd. <br> Covington GA 30016 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 421 <br> GREGORY CLOER <br> 4108 BARBARA DR <br> Marietta GA 30066 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __84__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  <u>Steven Mlynski</u>                                           ,        Case No. _____
                              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: **Creditor # : 422** **GREGORY MODEST** **5571 PANOLA PLACE** **Lithonia GA 30058** | | **2005** **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 423** **Guernica Cleveland** **4001 William Bridge Rd.** **Toccoa GA 30577** | | **2005** **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 424** **Guy Bienaime** **354 Cobblestone Ct.** **Hampton GA 30228** | | **2005** **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 425** **H. Robin Speering** **P.O. Box 6943 27B Hodgson Dr.** **Athens GA 30604** | | **2005** **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 426** **Hamilton Partners** **300 Park Boulevard Suite 500** **Itasca IL 60143** | | **2005** **Rent for Commercial Lease** | | X | X | $ 0.00 |

Sheet No. <u>85</u> of <u>241</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 20,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,     Case No. _____
                            **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 427<br>Harold Carter<br>42 Chipping Ct.<br>Riverdale GA 30274 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 428<br>HAROLD STONE<br>1287 WAVERLY DRIVE<br>Forest Park GA 30297 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 429<br>HATTIE CAMP<br>3247 HOLLYDALE DRIVE<br>Atlanta GA 30311 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 430<br>HAYWARD DAILEY<br>315 DIAMOND DR<br>Clarkesville GA 30523 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 431<br>HEATHER JONES<br>40 HOLDER ST<br>Temple GA 30179 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __86__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_                                              ,          Case No. _____
              **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 432**<br>**HEATHER SWINDLE**<br>**1030 WHISTLING SWAN PL**<br>**Marietta GA 30066** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 433**<br>**Helen Spadafora**<br>**1807 Hickory St.**<br>**Conyers GA 30013** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 434**<br>**Helena Rabb**<br>**1806 Clearwater Dr.**<br>**Marietta GA 30067** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 435**<br>**Hellen Miller**<br>**4886 Cline Rd. SW**<br>**Resaca GA 30735** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 436**<br>**Henry Bishop**<br>**2424 Hwy 305**<br>**Midville GA 30441** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __87__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____,     Case No. _____
        **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 437**<br>**Henry Boateng**<br>**4629 Elmridge Ct.**<br>**Stone Mountain GA 30083** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No:<br>**Creditor # : 438**<br>**Henry Brown**<br>**170 Arnold Rd**<br>**Hampton GA 30228** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No:<br>**Creditor # : 439**<br>**HENRY BURDETTE**<br>**1940 TANGLEWOOD DRIVE**<br>**Elberton GA 30635** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No:<br>**Creditor # : 440**<br>**HENRY DAVIS**<br>**805 MAPLE STREET**<br>**Fort Valley GA 31030** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No:<br>**Creditor # : 441**<br>**HENRY EASTMAN**<br>**300 EASTWOOD FOREST**<br>**Covington GA 30014** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |

Sheet No. __88__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                             Subtotal $     **$ 25,000.00**

                                              Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
         **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 442** HILDA KELLEY 105 MOBLEY STREET GRIFFIN GA 30223 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 443** Hilton Wood 151 Oak Drive Hawkinsville GA 31036 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 444** HOLLY BURMAN 6180 FIELDSTONE DR Douglasville GA 30134 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 445** Holly Roebuck 2202 Burt Creek Rd. Dawsonville GA 30534 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 446** HORACE MCCLENDON 343 WELDON RD Forsyth GA 31029 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _89_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,      Case No. _____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 447 <br> *Hue Wu* <br> *604 Rayella Dr.* <br> *Stockbridge GA 30281* | | *2005* <br> *Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 448 <br> *HUGH (KENT) VARNADOE* <br> *520 PHILLIP CAUSEY RD* <br> *Doerun GA 31744* | | *2005* <br> *Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 449 <br> *Hull Barrett PC* <br> *PO Box 1564* <br> *Augusta GA 30903* | | *2005* <br> *Notice Only* | | X | X | $ 0.00 |
| Account No: <br> Creditor # : 450 <br> *Hurt Stolz, PC* <br> *345 West Hancock Avenue* <br> *Athens GA 30601* | | *2005* <br> *Notice Only* | | X | X | $ 0.00 |
| Account No: <br> Creditor # : 451 <br> *Isom Jackson* <br> *302 Grant Park Pl. SE* <br> *Atlanta GA 30315* | | *2005* <br> *Alleged violation of GDAA* | | X | X | $ 5,000.00 |

H--Husband
W--Wife
J--Joint
C--Community

Sheet No. __90__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 15,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____,     Case No. _____
        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 452<br>Iva Griggs<br>64 Candler Rd SE<br>Atlanta GA 30317 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 453<br>Ivory Holliday<br>2051 E. Lotus Point Dr.<br>Lithia Springs GA 30122 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 454<br>Jack McCord<br>44 Rooney Rd SW.<br>Rome GA 30165 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 455<br>Jack Nitz<br>4350 Autumn Ct.<br>Canton GA 30114 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 456<br>JACKIE BUCHANAN<br>21920 GEORGIA HIGHWAY 100<br>FRANKLIN GA 30217 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __91__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____,     Case No. _____
                         **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 457**<br>**JACKIE EPPS**<br>**4257 E CHAPEL HILL ROAD**<br>**Douglasville GA 30135** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 458**<br>**Jacqueline Means**<br>**2766 Green Marsh Ct.**<br>**Decatur GA 30034** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 459**<br>**Jacob Montes**<br>**85 Settlers Mill Run**<br>**Hiram GA 30141** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 460**<br>**Jacqueline Curtis**<br>**3374 N. Court**<br>**Ellenwood GA 30294** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 461**<br>**Jacqueline Isbell**<br>**930 Brookdale Dr.**<br>**Atlanta GA 30344** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __92__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No. _____
                          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 462**<br>**Jacqueline Smith**<br>**412 Providence Chruch Rd**<br>**Newnan GA 30263** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 463**<br>**JACQUELYN CAPE**<br>**121 QUAIL PLACE NE**<br>**Milledgeville GA 31061** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 464**<br>**James Allen**<br>**71 Brooke Dr.**<br>**Dallas GA 30157** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 465**<br>**James Cavanah**<br>**117 Exley Rd. S**<br>**Rincon GA 31326** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 466**<br>**JAMES DAVIS**<br>**137 SUMER LANE NORTH**<br>**Douglasville GA 30134** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. __93__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | **Subtotal $** | $ 25,000.00 |
|---|---|---|
|  | **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ ,                                     Case No._____
        **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 467 <br> JAMES DEGEN <br> 2632 Raymond Avenue <br> Augusta GA 30904 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 468 <br> James Dunson <br> 107 Willowcreek Rd. <br> Lagrange GA 30241 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 469 <br> James Fleischman <br> 365 Potts Cir. <br> Roopville GA 30170 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 470 <br> James Henderson <br> 8273 Meridian Dr. <br> Riverdale GA 30274 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 471 <br> JAMES KELLEY <br> 105 MOBLEY STREET <br> GRIFFIN GA 30223 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __94__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 25,000.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
          **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 472 <br> JAMES MANRING <br> 319 WEATHER STONE PLACE <br> Woodstock GA 30188 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 473 <br> James McKissac <br> 100 -B Claymore Drive <br> Marietta GA 30060 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 474 <br> James McMillan <br> 37 A Ensign Rd. <br> Forsyth GA 31029 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 475 <br> JAMES ROBINSON <br> 5650 HUNTERS FOREST LANE <br> Atlanta GA 30349 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 476 <br> James Smith <br> 645 W Bonacre Rd. <br> Cataula GA 31804 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __95__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ |  |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____,                    Case No. _____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 477<br>James Sprankel<br>1593 Winndale Rd.<br>Dallas GA 30157 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 478<br>James Stroud<br>903 Windward Ct.<br>Winder GA 30680 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 479<br>James Sullivan<br>337 Terrace Dr.<br>Smyrna GA 30082 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 480<br>James Taylor<br>1181 Forest Glen<br>Jonesboro GA 30238 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 481<br>James Walker<br>10 Five Knoch Drive<br>Bremen GA 30110 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __96__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_                                                    ,        Case No._____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 482<br>James Wilcox<br>820 S Main St.<br>Surrency GA 31563 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 483<br>Jamie Williams<br>230 Woodhue Forest Ln.<br>College Park GA 30349 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 484<br>JANE CHAFFIN<br>165 WEST FOREST DR<br>Covington GA 30016 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 485<br>JANE DAVIS<br>2660 COLD SPRING TRAIL<br>Marietta GA 30064 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 486<br>JANE KUEBELBECK<br>19012 GARDNER DR<br>Alpharetta GA 30004 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _97_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,       Case No._____
           **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 487<br>Janet Wilson<br>17 Lakeside Dr.<br>Rincon GA 31326 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 488<br>Janice Booth<br>7250 Campbellton Rd  Apt 711<br>Atlanta GA 30331 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 489<br>Janice Casper<br>316 Phillips St.<br>Lawrenceville GA 30045 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 490<br>Janice Mays<br>1312 Karen Ln.<br>Thomson GA 30824 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 491<br>Janice Poole<br>453 Valley Rd<br>Byron GA 31008 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __98__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** , Case No._____
       **Debtor(s)**                                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 492<br>JANICE QUIGGLE<br>PO BOX 1803<br>THOMASVILLE GA 31799 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 493<br>Janice Turner<br>4696 St. James Way<br>Decatur GA 30035 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 494<br>Janice Walker<br>5802 Blueridge Dr<br>Columbus GA 39107 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 495<br>Janice Wheeler<br>251 Poplar Springs Rd.<br>Nashville GA 31639 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 496<br>Janna Lockhart<br>2218 Honey Bee Circle Dr.<br>Griffin GA 30224 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. __99__ of __241__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**_____ ,        Case No._____
            **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 497 JAROD JOHNSON 4866 BROWN BRANCH RD Blackshear GA 31516 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 498 Jason Davis 536 Broad Head Point Suwanee GA 30024 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 499 Jason Howell 131 Pine Cir. Monroe GA 30655 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 500 Jean Herrick 1177 Primrose Cir. Greenville GA 30222 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 501 Jeanette Bell 64 Sword Ln Clayton GA 30525 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **100** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ |  |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re **Steven Mlynski**                                                                    ,          Case No. _____
           **Debtor(s)**                                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 502 <br> JEANNIE CORLEY <br> 109 Thomas Street <br> Griffin GA 30224 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 503 <br> Jeffery Lovelady <br> 593 Glen Rd. <br> Hiawassee GA 30546 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 504 <br> JEFFREY CLIFTON <br> 1417 WHITFIELD PARK CIRCLE <br> Savannah GA 31406 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 505 <br> JEFFREY DEMERS <br> 1156 Harview Dr SW <br> Lilburn GA 30047 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 506 <br> JEFFREY GIVEN <br> 2507 Waterford Lane <br> Woodstock GA 30118 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **101** of  **241**  continuation sheets attached to Schedule of                                            **Subtotal $**                    $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims

                                                                             **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____,      Case No._____
          **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 507<br>Jeffrey Miller<br>3260 Valley Bin Road<br>College Park GA 30349 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 508<br>Jemal Hashim<br>2628 NE Express Way #L2<br>Atlanta GA 30345 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 509<br>JENNIE EMORY<br>1474 BAILEY AVE<br>Macon GA 31204 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 510<br>Jennifer Burchett<br>889 Buck Blvd.<br>Calhoun GA 30701 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 511<br>Jennifer Holmes<br>5607 Cherokee Ave<br>Savannah GA 31406 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _102_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         **Subtotal $**         **$ 25,000.00**

                                              **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 512<br>Jennifer Lowenstain Coido<br>3164 Parfait Place<br>Acworth GA 30101 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 513<br>Jennifer Munford<br>2448 Hillsdale Dr.<br>Macon GA 31206 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 514<br>Jennifer Page<br>155 McKibben St.<br>Jackson GA 30233 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 515<br>JENNIFER POSEY<br>RT 2 BOX 121-B<br>Ludowici GA 31316 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 516<br>Jennifer Thomas<br>3444 Pate Brook Ct.<br>Snellville GA 30078 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _103_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,        Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 517 <br> JENNIFER UNVERSAW <br> 101 STANDARD CT <br> Ringgold GA 30736 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 518 <br> Jennifer Waddell <br> 142 Ozora Rd. <br> Loganville GA 30052 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 519 <br> JENNY COLLIER <br> 123 JOHNSON RD EXT <br> Locust Grove GA 30248 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 520 <br> JENNY JOYCE-BARBINE <br> 3920 Wakefield Drive <br> Flowery Branch GA 30542 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 521 <br> JENNY PRICE <br> 1182 DEER RUN TRAIL <br> Claxton GA 30417 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No._104_ of _241_ continuation sheets attached to Schedule of        **Subtotal $**        **$ 25,000.00**
Creditors Holding Unsecured Nonpriority Claims                              **Total $**
                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,      Case No._____
              **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 522 <br> Jeremiah Carter <br> 135 Benjamin Drive <br> Athens GA 30606 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 523 <br> JERRY BATES <br> P O BOX 528 <br> Clermont GA 30527 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 524 <br> JERRY MABRY <br> 4125 Hickory Dr. <br> Powder Springs GA 30127 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 525 <br> JERRY REECE <br> 304 AMY BLVD <br> Temple GA 30179 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 526 <br> Jerry Ross <br> 127 Deann Dr <br> Hinesville GA 31313 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _105_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,      Case No._____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 527 <br> JERVIS COWAN <br> 74 TRINA AVE <br> Kennesaw GA 30144 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 528 <br> Jessica Harrison <br> 4115 N. Highway 123 <br> Toccoa GA 30577 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 529 <br> Jessica Johnson <br> 462 Crestmont Lane <br> Canton GA 30114 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 530 <br> JILL SPILLIARDS <br> 790 STILLBROOK DR <br> Monroe GA 30655 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 531 <br> Jim Bowen <br> 154 Westshore Dr. <br> Americus GA 31719 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _106_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal $ | $ 25,000.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No. _____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 532<br>Jim Tangires<br>1620 Pirkle Rd.<br>Norcross GA 30093 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 533<br>Jimmy Bowers<br>P.O. Box 1203<br>La Fayette GA 30728 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 534<br>JIMMY GRAHAM<br>PO BOX 312070<br>Atlanta GA 31131 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 535<br>JIMMY HOWARD<br>2249 NORHT BROOK RIDGE<br>Kennesaw GA 30152 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 536<br>JIMMY NUTT<br>162 N. WHITE OAK DRIVE<br>Chatsworth GA 30705 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _107_ of _241_ continuation sheets attached to Schedule of          Subtotal $          $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims

                                                                                         Total $
                                        (Use only on last page of the completed Schedule F. Report also on Summary of
                                        Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                          ,          Case No._____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: Creditor # : 537 Jimmy Pope P. O. Box 234 Glenwood GA 30428 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 538 Jo Ann O'Neal 65 Line Lane Chickamauga GA 30707 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 539 JOANN BRANNEN 301 WASHINGTON AVENUE Savannah GA 31405 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 540 Joanne Corona 29 Rosemont Drive Rome GA 30161 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 541 Joanne Moss-Walker 1191 Bonnie Lane Stapleton GA 30823 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **108** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re __Steven Mlynski_____ ,        Case No._____
        **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 542 <br> Joanne Woodruff <br> 137 Howard Perdue Rd. <br> Jackson GA 30233 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 543 <br> Joe Harris <br> 2231 Cook St <br> Thomaston GA 30286 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 544 <br> JOE SANDERS <br> 1412 ALTA VISTA DR <br> Columbus GA 31907 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 545 <br> Joe Young <br> 1938 Cimmaron Street <br> Savannah GA 31405 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 546 <br> Joel Davis <br> 2789 Joyce Ave. <br> Decatur GA 30032 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _109_ of _241_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                             **Subtotal $**         **$ 25,000.00**

                                             **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,      Case No._____
            **Debtor(s)**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 547 Joel Ray Smith 238 Arbour Way Suwanee GA 30024 | | Alleged violation of GDAA | | | | |
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 548 John Bidek 2218 Honey Bee Circle Dr. Griffin GA 30224 | | Alleged violation of GDAA | | | | |
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 549 JOHN COCKING 2909 GRAY HWY Macon GA 31211 | | Alleged violation of GDAA | | | | |
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 550 John Coker 4601 Gordon Reynolds SE Covington GA 30014 | | Alleged violation of GDAA | | | | |
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 551 John Dunn 1193 Upper Salem Church Rd Jasper GA 30143 | | Alleged violation of GDAA | | | | |

Sheet No. _110_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal $      $ 25,000.00
                                                        Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,     Case No. _____
                    **Debtor(s)**                                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: *Creditor # : 552* *John Edwards* *334 Alderman Trace* *Austell GA 30168* | | *2005* *Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: *Creditor # : 553* *John Henderson* *880 Chapel Hill Drive* *Lawrenceville GA 30045* | | *2005* *Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: *Creditor # : 554* *JOHN LINDHORST* *278 SUNNYSIDE DRIVE* *Box Springs GA 31801* | | *2005* *Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: *Creditor # : 555* *JOHN MAIER* *3220 MOORSTEAD WAY* *Cumming GA 30041* | | *2005* *Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No: *Creditor # : 556* *John O'neal* *121 Twelve Oaks Dr.* *Lagrange GA 30241* | | *2005* *Alleged violation of GDAA* | | X | X | $ 5,000.00 |

Sheet No. _111_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No. _____
           **Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 557<br>John Pridemore<br>7555 Palmetto Way<br>Riverdale GA 30274 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 558<br>John Wells<br>334 Knottingham Dr.<br>Athens GA 30606 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 559<br>JOHNNY BOYD<br>1716 HWY 19 SOUTH<br>Dublin GA 31021 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 560<br>Johnny Turner<br>307 Glouchester Dr.<br>Locust Grove GA 30248 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 561<br>Jolon Chadwick<br>1176 MasonLee Ave.<br>Loganville GA 30052 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _112_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                               **Subtotal $**          $ 25,000.00

                                               **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,       Case No._____
            **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 562<br>JOLYNDA BURDETTE<br>1940 TANGLEWOOD DRIVE<br>Elberton GA 30635 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 563<br>Jones Walker LLP<br>1819 Fifth Avenue N, Suite 110<br>Birmingham AL 35203 | | | 2005<br>Attorney Fees | | X | X | |
| Account No:<br>Creditor # : 564<br>JONNIA SMITH<br>4208 WOODFARE LANE<br>Kennesaw GA 30152 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 565<br>Jorge Montoya<br>5537 Charmaine Bd.<br>Norcross GA 30071 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 566<br>Jose Angel<br>1047 Lakeview Drive<br>Jonesboro GA 30236 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _113_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                      **Subtotal $**            $ 20,000.00

                                                      **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                    ,          Case No. _____
            **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 567<br>JOSEPH BARBOUR<br>2160 ROCK QUARRY RD<br>Danielsville GA 30633 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 568<br>Joseph Dugan<br>6203 D Jones Rd. PO Box 1295<br>Flowery Branch GA 30542 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 569<br>Joseph Gutzweiler<br>1145 Old Roswell Rd.<br>Roswell GA 30076 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 570<br>Joseph Lockey<br>637 Walker<br>Waycross GA 31503 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 571<br>Joseph Martin<br>155 Woodbridge Dr.<br>Dallas GA 30157 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **114** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,        Case No. _____
**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 572 <br> JOSEPHUS WILLIS <br> 3575 MORGAN ROAD <br> Hephzibah GA 30815 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 573 <br> Joyce Barron <br> 4146 Wilbur Dr. <br> Columbus GA 31909 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 574 <br> JOYDINE HARMON <br> 4032 EVELYN DR <br> Powder Springs GA 30127 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:    4615 <br> Creditor # : 575 <br> JP Morgan Chase <br> PO Box 33035 <br> Louisville KY 40232 | | 2006 to 2013 <br> Business Loan | | | | $ 100,000.00 |
| Account No:    4615 <br> Representing: <br> JP Morgan Chase | | Michael Fine <br> 131 South Dearborn Street <br> Chicago IL 60604 | | | | |

Sheet No. **115** of   **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 115,000.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____ ,          Case No. _____
              **Debtor(s)**                                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 576<br>Juanita Holmes<br>209 Remington Ct<br>Dallas GA 30132 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 577<br>Judith Cundy<br>599 Plantation Dr.<br>Rincon GA 31326 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 578<br>Judith Pearson<br>1137 Tamarock Trail<br>Forest Park GA 30297 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 579<br>Judy Freeman<br>4673 Duncan Bridge Rd.<br>Cleveland GA 30528 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 580<br>Judy Goss<br>4784 Shannon Rd<br>Loganville GA 30052 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _116_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,      Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 581<br>Judy Shurtleff<br>3416 Dunnington Ct.<br>Augusta GA 30909 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 582<br>Julian Brewster<br>2955 Stone Crest LN<br>Lithonia GA 30038 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 583<br>Julie Branham<br>6981 Redbone Way<br>Lithonia GA 30038 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 584<br>Julie Evans<br>237 Taylors Farm Dr.<br>Canton GA 30115 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 585<br>Julie Mathis<br>1419 Summit Trl<br>Hiawassee GA 30546 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _117_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal $       $ 25,000.00

                                      Total $
(Use only on last page of the completed Schedule F. Report on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
            **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 586**<br>*Justin Powell*<br>*121 Bower Ct.*<br>*Winder GA 30680* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 587**<br>*KABBA FATTY*<br>*9116 Ashton Rd.*<br>*Jonesboro GA 30238* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 588**<br>*Kamia Mance Atkinson*<br>*2534 Meadow Brook Ct.*<br>*Lithonia GA 30058* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 589**<br>*Karen Chambley*<br>*516 Abbington Lane*<br>*Douglasville GA 30134* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 590**<br>*KAREN HALL*<br>*4 NEST DR NW*<br>*Rome GA 30165* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |

Sheet No. _118_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**_____ ,     Case No._____
          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 591**<br>**Karen Ray**<br>**5676 Mountain Park Way**<br>**Douglasville GA 30135** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 592**<br>**Karin Agnetti**<br>**4698 Liberty Square Dr.**<br>**Acworth GA 30101** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 593**<br>**Karl Kessler**<br>**2720 Walker Street**<br>**Columbus GA 31903** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 594**<br>**Kasey Rideout**<br>**2202 Burt Creek Rd.**<br>**Dawsonville GA 30534** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 595**<br>**Katherine Albert**<br>**36 Poole Bridge Ct.**<br>**Hiram GA 30141** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. **119** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal $          **$ 25,000.00**

                                       Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re __Steven Mlynski_____ ,     Case No. _____
          **Debtor(s)**                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 596 <br> Katherine Ingram <br> 6083 Twin Creeks Ct. <br> Riverdale GA 30296 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 597 <br> Katherine Mauldin <br> 3300 Hutchinson Rd. A4 <br> Cumming GA 30040 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 598 <br> KATHERINE SANDERS <br> 107 WILSON AVENUE <br> ROME GA 30161 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 599 <br> KATHERINE SHIELDS <br> 6 Brown Place <br> Fort Stewart GA 31315 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 600 <br> Kathleen Card <br> 5626 Yeager Ridge Dr. <br> Douglasville GA 30135 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _120_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                        Subtotal $        $ 25,000.00

                        Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,     Case No. _____
　　　　　　**Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 601 <br> Kathleen Luna  Wren <br> 110 Lexington Parke Dr. <br> Woodstock GA 30189 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 602 <br> Kathryn Smith <br> Route 10, Box 42 <br> Morris GA 39867 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 603 <br> Kathy Clifton <br> 4219 Twin River Dr. <br> Gainesville GA 30504 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 604 <br> KATHY RAMSEY <br> 1216 WOODBURN COURT <br> Columbus GA 31907 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 605 <br> Katrina Denson <br> 4002 Mansion Dr. <br> Marietta GA 30062 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **121** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,        Case No._____
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** | | | 2005 | | | | $ 5,000.00 |
| Creditor # : 606 Keesha White 137 Cardinal Lane Jonesboro GA 30238 | | | Alleged violation of GDAA | | X | X | |
| **Account No:** | | | 2005 | | | | $ 5,000.00 |
| Creditor # : 607 Keisha Bannister 137 Barron Ct Gray GA 31032 | | | Alleged violation of GDAA | | X | X | |
| **Account No:** | | | 2005 | | | | $ 5,000.00 |
| Creditor # : 608 Keith Ransom 724 Twin Brooks Court Marietta GA 30067 | | | Alleged violation of GDAA | | X | X | |
| **Account No:** | | | 2005 | | | | $ 5,000.00 |
| Creditor # : 609 KEITH RICHARDSON 1904 SUMMERWIND DR. Jonesboro GA 30236 | | | Alleged violation of GDAA | | X | X | |
| **Account No:** | | | 2005 | | | | $ 5,000.00 |
| Creditor # : 610 Kelley Conn 504 E Cherokee Court Woodstock GA 30118 | | | Alleged violation of GDAA | | X | X | |

Sheet No. _122_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 25,000.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
             **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 611 <br> KELLIE MAY <br> 4830 LIBERTY PLAZA <br> Acworth GA 30101 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 612 <br> KELLY COTTON <br> 74 HUNTINGTON CT <br> Newnan GA 30265 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 613 <br> KELLY THOMASON <br> 651 WILLIAMS RD <br> Dallas GA 30132 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 614 <br> Kelwyn Thomas <br> 3995 James Lake Dr. <br> Conley GA 30288 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 615 <br> Kendarlin McMillan <br> 37 A Ensign Rd. <br> Forsyth GA 31029 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _123_ of _241_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,      Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 616<br>Kendrick Sanu<br>112 Grove Drive<br>Maysville GA 30558 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 617<br>Kenee Anderson<br>P.O. Box 1253<br>Columbus GA 31902 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 618<br>Kenneth Jones<br>3376 Macedonia Rd.<br>Powder Springs GA 30127 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 619<br>Kenneth Macauley<br>3832 Holland Dr.<br>Snellville GA 30039 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 620<br>Kenneth Marion<br>3014 Lia Hills Dr.<br>Norcross GA 30071 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _124_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,     Case No._____
          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 621**<br>**Kenneth Miller**<br>**120 Lakeview Ct.**<br>**Temple GA 30179** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 622**<br>**Kenneth Postell**<br>**290 Stallsworth Rd.**<br>**Mcdonough GA 30252** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 623**<br>**Kennie Taylor**<br>**1181 Forest Glen**<br>**Jonesboro GA 30238** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 624**<br>**KERRY GRIFFIN**<br>**3961 SCOTT DR**<br>**Forest Park GA 30297** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 625**<br>**Kesha Knighton**<br>**20 Shiver Ln**<br>**Covington GA 30016** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _125_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,    Case No._____
　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 626**<br>*Kevin Lynn*<br>*649 Hamden Dr.*<br>*Evans GA 30809* | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 627**<br>*Kevin Mcelreath*<br>*181 Ingram Rd*<br>*Danielsville GA 30633* | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 628**<br>*Kevin Rea*<br>*470 Williamson Street*<br>*Marietta GA 30060* | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 629**<br>*Kevin Taylor*<br>*96 Eastanollee School Road*<br>*Eastanollee GA 30538* | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 630**<br>*KEYRA BARNHOUSE*<br>*27 Happy Robin Ct.*<br>*Dawsonville GA 30534* | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No._126_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,     Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 631<br>Keysha Porte<br>1105 Pleasant Oak Court<br>Lawrenceville GA 30044 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 632<br>KIM RICHARDSON<br>36 ST. PAUL CHURCH RD<br>Colquitt GA 39837 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 633<br>KIMBERLY BARNES<br>P O BOX 528<br>Clermont GA 30527 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 634<br>Kimberly Barrett<br>127 Bertha Gragg Rd.<br>Alto GA 30510 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 635<br>Kimberly Hill<br>544 Zoie Ln<br>Palmetto GA 30268 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _127_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,      Case No. _____
        **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 636** **KIMBERLY RUNYON** **1756 DEAN CIRCLE** **Marietta GA 30067** | | | *2005* **Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No: **Creditor # : 637** **KIMBERLY THOMPSON** **3915 Dawn Dr.** **Kennesaw GA 30144** | | | *2005* **Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No: **Creditor # : 638** **Kristie Avery** **15 Greenwood Dr.** **Cartersville GA 30120** | | | *2005* **Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No: **Creditor # : 639** **Kyle Milroy** **37 White Oak Dr.** **Cartersville GA 30121** | | | *2005* **Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |
| Account No: **Creditor # : 640** **Lacosta Webb** **584 cody johnson rd** **Sparta GA 31087** | | | *2005* **Alleged violation of GDAA** | | *X* | *X* | $ 5,000.00 |

Sheet No. _128_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           **Subtotal $**      $ 25,000.00

                                                  **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
          **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:<br><br>Creditor # : 641<br>Lamar Hancock<br>5750 Charlie B Johnson Rd<br>Hogansville GA 30230 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 642<br>Lamar Wright<br>509 Judy Ann Dr.<br>Hahira GA 31632 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 643<br>Lara Collins<br>527 Greenfield Dr.<br>Statham GA 30666 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 644<br>LARRY JONES<br>4171 KEHELEY RD NE<br>Marietta GA 30066 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 645<br>LARRY LAMB<br>6055 Sunhill Grange Rd.<br>Davisboro GA 31018 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _129_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____,          Case No. _____

**Debtor(s)**                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 646<br>Larry Lambert<br>6342 Emerald Trail<br>Acworth GA 30102 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 647<br>Larry Morris<br>1907 Treelodge Parkway<br>Lithia Springs GA 30122 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 648<br>Larry Pearson<br>1137 Tamarock Trail<br>Forest Park GA 30297 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 649<br>LARRY STEPHENS<br>PO BOX 806<br>Lilburn GA 30048 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 650<br>Larry Webb<br>6934 Crest Highway<br>Molena GA 30258 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _130_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
                        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 651 <br> Larry Young <br> 97 Nalley Drive <br> Jasper GA 30143 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 652 <br> Laura Millsaps <br> 40 Dank Rd. <br> Jasper GA 30143 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 653 <br> LAURA SCHNELLBACHER <br> 6603 TreeSummit Parkway <br> Duluth GA 30096 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 654 <br> Laura Weaver <br> 109 Abbatis Rd Unit 5658 <br> Ellijay GA 30540 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 655 <br> Lavon Morell <br> 519 Savanah Town Road <br> Springfield GA 31329 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _131_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 25,000.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____,     Case No._____
                    **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 656 <br> LAWONIA BAGLEY <br> 230 FLORA AVE <br> Rome GA 30161 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 657 <br> LAWRENCE (ED) WILSON <br> 3712 Wild Meadow Cir <br> Valdosta GA 31605 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 658 <br> Lawrence Scott <br> 50 Snapdragon Lane <br> Covington GA 30014 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 659 <br> Lawrence Thomas <br> 5337 Golfcrest Circle <br> Stone Mountain GA 30088 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 660 <br> Lennette Upshaw <br> 9805 Ivey Ridge Circle <br> Jonesboro GA 30238 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _132_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No. _____
      **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 661 <br> Lenora Purdie <br> 2529 St. Paul Dr. SW <br> Atlanta GA 30331 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 662 <br> Lenora Van Pelt <br> 3468 Johnson Hill Dr. <br> Valdosta GA 31606 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 663 <br> LEONARD MORANO <br> 2312 Azalea Dr <br> Valdosta GA 31602 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 664 <br> Leopoldo Corona <br> 29 Rosemont Drive <br> Rome GA 30161 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 665 <br> LERA MCKINNIS-TSEGAI <br> 4119 BRENDA DRIVE <br> Decatur GA 30035 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _133_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                **Subtotal $**     **$ 25,000.00**

                                                **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                    ,        Case No. _____
                          **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 666 LESA BELCHER 118 Chase Court NE Calhoun GA 30701 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 667 LESLIE JOHNSON 4866 BROWN BRANCH RD Blackshear GA 31516 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 668 Leslie Walker 10 Five Knoch Drive Bremen GA 30110 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 669 Lester Flowers 3053 Rockview Dr. Loganville GA 30052 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 670 LEVIN CAMP 4125 ZOAR CHURCH RD Snellville GA 30039 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. 134 of 241 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,         Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: <br> Creditor # : 671 <br> Lewis Dempsey <br> 120 35A Williams Blvd. <br> Albany GA 31705 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 672 <br> Lewis Hudson <br> 255 Wagon Wheel Trail <br> Senoia GA 30276 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 673 <br> LI QUANTOR RAY <br> 2335 PRICE DR <br> Macon GA 31206 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 674 <br> Lidia Stover <br> 55 Ashley Pointe Dr. <br> Hiram GA 30141 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 675 <br> LILIA MELO <br> 7285 HWY 129 N <br> Cleveland GA 30528 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _135_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 676<br>Lillie Brown<br>1496 Oakland Ave<br>Macon GA 31204 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 677<br>LINDA CASSADY<br>3783 GA HIGHWAY 33 NORTH<br>Sylvester GA 31791 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 678<br>Linda Damiani<br>1914 Barrington Oaks Place<br>Roswell GA 30075 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 679<br>Linda Dewees<br>475 Fitzgerald PL.<br>Atlanta GA 30349 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 680<br>LINDA GAMMON<br>5184 ARBOR LANE<br>Lilburn GA 30047 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _136_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____,   Case No._____

**Debtor(s)**                                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 681 <br> Linda Lovasz <br> 313 Pine Needle Trail <br> Villa Rica GA 30180 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 682 <br> Linda Ogilvie <br> 55 w Knight Dr. <br> Carrollton GA 30116 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 683 <br> LINDA PEEPLES <br> P.O. Box  345 <br> Royston GA 30662 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 684 <br> Linda Rendon <br> 2662 Herndon Rd. <br> Lawrenceville GA 30043 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 685 <br> Linda Stevens <br> 935 Old 41 Hwy <br> Milner GA 30257 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _137_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                   $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,   Case No. _____
            **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 686 <br> Linda Yashinski <br> 3329 Country Creek Dr. NW <br> Kennesaw GA 30152 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 687 <br> LINDSAY FRADY <br> 5605 Oconee ST <br> Lula GA 30554 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 688 <br> Lindsey Hammons <br> 3535 Roswell Road A-3 <br> Atlanta GA 30305 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 689 <br> Lisa Brooks <br> 527 Pointe South Drive <br> Savannah GA 31410 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 690 <br> Lisa Cooperman <br> 3345 Trails End Rd. <br> Roswell GA 30075 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **138** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Steven Mlynski_____ ,        Case No. _____
              **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: **Creditor # : 691** *Lisa Jenkins 816 Evergreen Dr Monroe GA 30655* | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 692** *LISA STEEVES 6625 HWY 53 E; STE: 410-96 Dawsonville GA 30534* | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 693** *Lloyd Watson 1767 Mountain Creek Church Rd. Monroe GA 30656* | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 694** *Lonette Henderson 8273 Meridian Dr. Riverdale GA 30274* | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 695** *Lonnie Poole 453 Valley Rd Byron GA 31008* | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _139_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   | $ 25,000.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                          ,          Case No. _____
           **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 696** **LONNY PROSSER** **1963 BRUSHY MTN RD** **Rockmart GA 30153** | | H--Husband W--Wife J--Joint C--Community | | | | |
| | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 697** **Lorenzo Dickey** **4000 Ryegate Ct.** **Conyers GA 30094** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 698** **Loretta Johnson** **960 Fellowship Rd** **Fairburn GA 30213** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 699** **Lori Guss** **413 Othello Dr** **Hampton GA 30228** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 700** **Lori Lambert** **6342 Emerald Trail** **Acworth GA 30102** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. **140** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                              ,        Case No. _____
                      **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 701<br>LORRIE DEMERS<br>1156 Harview Dr SW<br>Lilburn GA 30047 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 702<br>Lucas O'Neal<br>65 Line Lane<br>Chickamauga GA 30707 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 703<br>Lucia Chan<br>413 Atlantic Drive<br>Saint Simons Island GA 31522 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 704<br>Luis Barboza<br>5350 Garvey Dr.<br>Fairburn GA 30213 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 705<br>LYDIA HARPER<br>174 Sprtsman Club Rosd<br>Leesburg GA 31763 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **141** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,   Case No._____
          **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:<br>*Creditor # : 706*<br>*LYNDA BEARD*<br>*1365 REGAL HEIGHTS DR*<br>*Lithonia GA 30058* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 707*<br>*LYNN NOVOSEL*<br>*328 DOUBLEGATE DRIVE*<br>*Bonaire GA 31005* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 708*<br>*MABLE STEWARD*<br>*2929 LANDRUM DR SW K-77*<br>*Atlanta GA 30311* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 709*<br>*MADELYN CUMBY*<br>*126 Highway 520*<br>*Cusseta GA 31805* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 710*<br>*Major Carson*<br>*10329 Wisteria Ln*<br>*Jonesboro GA 30238* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |

Sheet No. **142** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                    ,        Case No. _____
              **Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 711**<br>**Manor Gilmer**<br>**635 Beulah Ln**<br>**Thomson GA 30824** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 712**<br>**Marcia Gilmer**<br>**635 Beulah Ln**<br>**Thomson GA 30824** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 713**<br>**Marcie Gardner**<br>**500 South Macarthur Drive Apt.**<br>**Camilla GA 31730** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 714**<br>**MARCY RUBEN**<br>**10170 WYNDHAM CT**<br>**Suwanee GA 30024** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 715**<br>**MARGIE POWELL**<br>**69 HELEN ROAD**<br>**Covington GA 30016** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. **143** of **241** continuation sheets attached to Schedule of            Subtotal $            $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims                                                Total $
                                      (Use only on last page of the completed Schedule F. Report also on Summary of
                                      Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,   Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 716<br>MARIA DEL PILAR MC COMMON<br>4209 PENTWORTH LN<br>Kennesaw GA 30144 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 717<br>Maria Jones<br>1766 York Rd.<br>Canton GA 30114 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 718<br>MARIANNE AYERS<br>1073 ANGEL LANE<br>Powder Springs GA 30127 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 719<br>Marie Fleischman<br>365 Potts Cir.<br>Roopville GA 30170 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 720<br>Marie Livingston<br>PO Box 232<br>Eastanollee GA 30538 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _144_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 721 <br> MARIEL POTTS <br> 137 STOCKBRIDGE DR <br> Savannah GA 31419 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 722 <br> Marilia Casey <br> 6851 Roswell Rd., Unit M 11 <br> Atlanta GA 30328 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 723 <br> MARIO SIMMONS <br> 3670 EMILY WAY <br> COLLEGE PARK GA 30349 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 724 <br> Maritza Elkins <br> 1589 Creek Mill Trace <br> Lawrenceville GA 30044 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 725 <br> Marjorie Breiding <br> 4803 Old Briar Trail <br> Douglasville GA 30135 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _145_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,       Case No. _____
              **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 726<br>MARJORIE COCKING<br>2909 GRAY HWY<br>Macon GA 31211 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 727<br>Marjorie Huot<br>2107 Club Lake Parkway<br>Lawrenceville GA 30044 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 728<br>Marjorie O'Connell<br>35 Hickory Knoll Trial<br>Kennesaw GA 30152 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 729<br>Mark Charles<br>456 Bridgestone Ln.<br>Douglasville GA 30134 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 730<br>MARK DELKE<br>4350 EARNEY ROAD<br>Woodstock GA 30188 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _146_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,          Case No. _____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 731 Mark Johnson 1504 Marigold Dr. Bethlehem GA 30620 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 732 MARK KUEBBELBECK 19012 GARDNER DR Alpharetta GA 30004 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 733 MARK MCCOMMON 4209 PENTWORTH LN Kennesaw GA 30144 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 734 Mark Pope 182 Grandiflora Dr Mcdonough GA 30253 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 735 MARK SKIDMORE 157 Smith Path Hiram GA 30141 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **147** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 25,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                           ,         Case No. _____
**Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 736 <br> Mark Stovall <br> 12161 Highway 301 South #37 <br> Statesboro GA 30458 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 737 <br> Mark Williams <br> 7204 Meadow Circle <br> Atlanta GA 30349 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 738 <br> Marketta Harris <br> 6098 Hunter Ridge Cir. <br> Columbus GA 31907 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 739 <br> Marsha McCleery <br> 485 Baldwin Rd. <br> Rockmart GA 30153 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 740 <br> MARTHA CUNNINGHAM <br> 4045 BANUBE CIRCLE <br> Valdosta GA 31605 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **148** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                          ,            Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 741<br>Martha Hudson<br>255 Wagon Wheel Trail<br>Senoia GA 30276 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 742<br>Martin Brown<br>300 Oak Park Sq.<br>Atlanta GA 30349 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 743<br>Marvin Brooks<br>1909 Reeves Ave.<br>Nashville GA 31639 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 744<br>Marvin Kerr (Deceased)<br>623 Glendale Forest Dr.<br>Woodstock GA 30189 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 745<br>Mary Allen<br>71 Brooke Dr.<br>Dallas GA 30157 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **149** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,      Case No. _____
           **Debtor(s)**                                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 746** <br> **MARY ANN LAWTON** <br> **1563 BASCOM ROAD** <br> **Sylvania GA 30467** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 747** <br> **MARY CAPPIELLO-DINGWALL** <br> **3045 BINGHAMPTON LANE** <br> **LAWRENCEVILLE GA 30044** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 748** <br> **Mary Carter** <br> **135 Benjamin Drive** <br> **Athens GA 30606** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 749** <br> **Mary Dupree** <br> **6128 Valley Green Rd.** <br> **Lithonia GA 30058** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: <br> **Creditor # : 750** <br> **Mary Long** <br> **1994 Highway 82** <br> **Statham GA 30666** | | *2005* <br> **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _150_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                  ,          Case No. _____
         **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 751<br>Mary McCallum<br>173 New Rosedale NE<br>Armuchee GA 30105 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 752<br>Mary Mills<br>5605 Ryan Way<br>Flowery Branch GA 30542 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 753<br>MARY PARKER<br>205 S SYCAMORE<br>Rome GA 30165 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 754<br>Mary Ruff<br>P. O. BOX 561<br>Louisville GA 30434 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 755<br>Mary Williams<br>201 Parkstone Way<br>Marietta GA 30066 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _151_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____,     Case No._____
        **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 756<br>Matt McCall<br>47 Wade McCall Rd.<br>Denton GA 31532 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 757<br>Matthew Howell<br>4007 Watkins Glen Dr.<br>Woodstock GA 30189 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 758<br>Mattie Carter<br>42 Chipping Ct.<br>Riverdale GA 30274 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 759<br>Maurice Braddy<br>12875 Dolphin Point<br>Hampton GA 30228 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 760<br>Maurice Dunaway<br>P.O. Box 178<br>Eden GA 31307 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _152_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,        Case No. _____

       **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 761 <br> Mavis Mignott <br> 168 Babbling Brook Dr. <br> Mcdonough GA 30252 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 762 <br> Max St. Clair <br> #8 Wilkins St. <br> Rome GA 30165 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 763 <br> MAXWELL WEBB <br> 1606 SHADOWBROOK DR <br> Acworth GA 30102 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 764 <br> Melane Dubois <br> 4198 Forturne Pointe <br> Atlanta GA 30349 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 765 <br> Melanie Bryson <br> 62 Lamar St. <br> Ringgold GA 30736 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _153_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                        **Subtotal $**       **$ 25,000.00**

                                           **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,          Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 766<br>MELANIE CLIFTON<br>1417 WHITFIELD PARK CIRCLE<br>Savannah GA 31406 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 767<br>Melanie Ranger<br>580 E. Lake Dr.<br>Marietta GA 30062 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 768<br>Melanie Ranger<br>PO Box 6464<br>Marietta GA 30065 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 769<br>Melinda Bell<br>2394 Old Rex Morrow Road<br>Ellenwood GA 30294 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 770<br>Melinda Bomar<br>127 Bomer Lane<br>La Fayette GA 30728 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _154_ of _241_ continuation sheets attached to Schedule of              Subtotal $              $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims
                                                                                  Total $
                                          (Use only on last page of the completed Schedule F. Report also on Summary of
                                          Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Steven Mlynski_____,        Case No. _____
                    **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 771**<br>**Melinda Farmer**<br>**449 Gene Bell Rd**<br>**Monroe GA 30655** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 772**<br>**Melinda George**<br>**1695 Lakeview Circle**<br>**Gainesville GA 30501** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 773**<br>**Melisa Bryan**<br>**110 Hazel Wood Dr.**<br>**Mount Airy GA 30563** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 774**<br>**Melisha Junco**<br>**80 Newnan Lakes Blvd. Apt 125**<br>**Newnan GA 30263** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 775**<br>**MELISSA BOYD**<br>**1716 HWY 19 SOUTH**<br>**Dublin GA 31021** | | | 2005<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _155_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  |  $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                      ,          Case No. _____
                    **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:<br>Creditor # : 776<br>Melissa Wilbanks<br>5519 Hood St.<br>Lula GA 30554 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 777<br>Melton Gardner<br>4202 Medford Lane<br>Tifton GA 31793 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 778<br>Melvin Burchett<br>889 Buck Blvd.<br>Calhoun GA 30701 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 779<br>Meredith Azar<br>170 Wynfield Dr.<br>Covington GA 30016 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 780<br>Merland Felton<br>5973 Village Green Dr. Lot 82<br>Macon GA 31206 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _156_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                    ,              Case No. _____
          **Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 781 <br> Merry Lynn <br> 649 Hamden Dr. <br> Evans GA 30809 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 782 <br> Michael Bradley <br> 534 Old Monticello Road <br> Milledgeville GA 31061 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 783 <br> Michael Bruce <br> 2805 Lower Fayetteville <br> Newnan GA 30265 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 784 <br> Michael Carter <br> 4218 Wyndham Park Dr <br> Decatur GA 30034 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 785 <br> MICHAEL FOREMAN <br> 5535 ELDERBERRY LN <br> Flowery Branch GA 30542 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **157** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  **Steven Mlynski**                                                                 ,          Case No._____
      **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: Creditor # : 786 MICHAEL HOWELL 2522 TYUS-CARROLLTON RD Carrollton GA 30117 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 787 Michael Hughes 1935 Williams Dr. Augusta GA 30906 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 788 Michael Johnson 519 Lee Drive Thomson GA 30824 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 789 Michael Johnson 462 Crestmont Lane Canton GA 30114 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 790 Michael Kirby PO BOX 767072 Roswell GA 30076 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **158** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| Subtotal $ | $ 25,000.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 791<br>Michael McCoy<br>425 Ashly Way<br>Loganville GA 30052 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 792<br>Michael Pickett<br>5879 Sable Chase Lane<br>Atlanta GA 30301 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 793<br>MICHAEL PURKEY<br>126 ASHMORE COURT S.E.<br>Calhoun GA 30701 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 794<br>MICHAEL SCHNELLBACHER<br>6603 TreeSummit Parkway<br>Duluth GA 30096 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 795<br>Michael Seckinger<br>1217 Munro Ave<br>Columbus GA 31906 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _159_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____,  Case No._____
          **Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 796<br>MICHAEL THOMASON<br>651 WILLIAMS RD<br>Dallas GA 30132 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 797<br>Michael Wooten<br>62 Rocking Chair Lane<br>Chickamauga GA 30707 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 798<br>MICHEL HAACK<br>6289 SHALLOW CREEK LANE<br>Douglasville GA 30135 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 799<br>Michele Chodnicki<br>1850 Jerry Hall Rd<br>Statesboro GA 30461 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 800<br>Michele Tuten<br>117 Gar Rd.<br>Twin City GA 30471 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _160_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                ,          Case No. _____
           **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 801<br>Mike Cowger<br>6506 US Highway 41 North<br>Hahira GA 31632 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 802<br>Miladys Espinoza<br>2615 4th Ave.<br>Columbus GA 31904 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 803<br>Mohammad Aljundi<br>4048 St George Walk<br>Hiram GA 30141 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 804<br>Monica Delcroix<br>2640 Conley Drive<br>Cumming GA 30040 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 805<br>Monica Gichuhi<br>4913 Lightwood Ct. NW<br>Acworth GA 30102 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **161** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Steven Mlynski_____,        Case No._____
            **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 806<br>Mozelle Hawkins<br>P.O. Box 104<br>Gillsville GA 30543 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 807<br>Nadestra Benson<br>412 Chicamauga Ct.<br>Loganville GA 30052 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 808<br>Nakita Williams<br>2839 DaVinci Blvd<br>Decatur GA 30034 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 809<br>NAME<br>STREET_1<br>CITY STATE ZIP | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 810<br>Nancy McRoyal<br>1605 Vinebrook Terrace NW<br>Kennesaw GA 30144 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _162_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         **Subtotal $**          $ 25,000.00
                            **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,     Case No. _____
            **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 811<br>Nancy Sanders<br>Route 1 Box 1980<br>Newton GA 39870 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 812<br>NATHANIEL HANDY<br>ROUTE 1 BOX 194<br>Morris GA 39867 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 813<br>Ndiaye Guisse<br>2800 Camp Creek Parkway Apt. H<br>Atlanta GA 30337 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 814<br>NEAL THOMPSON<br>328 MOCK ST<br>Sylvania GA 30467 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 815<br>Neng Moua<br>818 Low Falls Ct.<br>Jefferson GA 30549 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **163** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 25,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,            Case No._____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:<br>Creditor # : 816<br>Neville Grant<br>276 Upper Riverdale Rd.   apt13<br>Jonesboro GA 30236 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 817<br>Neville Riley<br>5458 Forest East Ln<br>Stone Mountain GA 30088 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 818<br>NEZEL LAWTON<br>1563 BASCOM ROAD<br>Sylvania GA 30467 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 819<br>NICHOLAS BAKER<br>318 NEW ECHOTA WAY<br>Woodstock GA 30189 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 820<br>NICHOLAS DEIGNAN<br>155 Nancy Dr<br>Marietta GA 30067 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _164_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                      ,          Case No. _____
                      **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 821 <br> Nick Azar <br> 170 Wynfield Dr. <br> Covington GA 30016 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 822 <br> NICK MORRIS <br> 5605 Oconee ST <br> Lula GA 30554 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 823 <br> Nicole Coon <br> 82 Patricia Terrace <br> Grayson GA 30017 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 824 <br> Nidia Bowie <br> 4432 Beaver Tree St. <br> Loganville GA 30052 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 825 <br> Nikke Postell <br> 290 Stallsworth Rd. <br> Mcdonough GA 30252 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. 165  of   241  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                    ,          Case No. _____
                        **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:<br>Creditor # : 826<br>NINA MCNIEL<br>155 Condra Rd.<br>Ringgold GA 30736 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 827<br>Niwonna Jones<br>2318 Paul Avenue   NW<br>Atlanta GA 30318 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 828<br>Noah Fordham<br>4354 Forest Road<br>Columbus GA 31907 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 829<br>Noel Espinoza<br>2615 4th Ave.<br>Columbus GA 31904 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 830<br>NORMA HAMILTON<br>12590 SILVER FOX CT<br>Roswell GA 30075 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. 166 of  241 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No._____
            **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 831 <br> NORMAN BROWN <br> 1968 DAVIS ROAD <br> Davisboro GA 31018 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 832 <br> Norman Herrick <br> 1177 Primrose Cir. <br> Greenville GA 30222 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 833 <br> Norris Henry <br> 1151 Dunlap Rd <br> Milledgeville GA 31061 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 834 <br> Omnisure Group LLC <br> 440 North Wells Street <br> Chicago IL 60654 | X | | 2011 <br> Business Loan | | X | X | $ 128,435.57 |
| Account No: <br> Representing: <br> Omnisure Group LLC | | | Markoff Law LLC <br> 29 North Wacker Drive <br> Suite 550 <br> Chicago IL 60606 | | | | |

Sheet No. _167_ of _241_ continuation sheets attached to Schedule of                Subtotal $ | $ 143,435.57
Creditors Holding Unsecured Nonpriority Claims

                                                          Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____,   Case No. _____
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 835<br>Orlando Melendez<br>1105 Lake Knoll Dr.<br>Lilburn GA 30047 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 836<br>Owoahene Boachie<br>6166 Ridge Way<br>Douglasville GA 30135 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 837<br>PAMELA BEECH<br>36 RED FOX TRAIL<br>Kingston GA 30145 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 838<br>Pamela Blevins<br>330 Merchants Dr.<br>Dallas GA 30132 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 839<br>Pamela Braswell<br>201 Wood Duck Way<br>Springfield GA 31329 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _168_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____ ,        Case No. _____
                **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 840**<br>**PAMELA BURNS**<br>**148 RED BIRD RD**<br>**Tifton GA 31794** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 841**<br>**PAMELA GRIFFIN**<br>**793 DIAMOND CIRCLE**<br>**La Fayette GA 30728** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 842**<br>**Pamela Robertson**<br>**24102 Plantation Dr.**<br>**Atlanta GA 30324** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 843**<br>**Pamela Samlal**<br>**515 Huntington Dr.**<br>**Alpharetta GA 30004** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 844**<br>**Papa Guisse**<br>**2800 Camp Creek Parkway Apt. H**<br>**Atlanta GA 30337** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _169_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
          **Debtor(s)**                                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 845<br>Particia Board<br>105 Brumby Road<br>Flintstone GA 30725 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 846<br>Pat Nelson<br>75 Westover Place<br>Covington GA 30016 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 847<br>PATRICE CURRY<br>1052 JOHN LOWERY ROAD<br>Dublin GA 31021 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 848<br>Patrice Lewis<br>6467 River Run Road<br>Riverdale GA 30274 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 849<br>Patricia Coleman<br>1145 Mount Gilead Rd.<br>Tennille GA 31089 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _170_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                   **Subtotal $**          **$ 25,000.00**

                                                   **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,        Case No. _____
               **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 850**<br>**PATRICIA HENDERSON**<br>**6045 GRANT FORD ROAD**<br>**Gainesville GA 30506** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 851**<br>**Patricia Maxon**<br>**207 Buck Creek Circle**<br>**Griffin GA 30224** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 852**<br>**PATRICIA PURKEY**<br>**126 ASHMORE COURT S.E.**<br>**Calhoun GA 30701** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 853**<br>**PATRICIA TAYLOR**<br>**1353 Litchfield court**<br>**Snellville GA 30078** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 854**<br>**Patricia Winfrey**<br>**131 Bond Lake Drive**<br>**Ellenwood GA 30294** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. **171** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal $          $ 25,000.00
                                                      Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,        Case No. _____
                **Debtor(s)**                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 855**<br>**Patrick Cox**<br>**1621 Old Alabama Rd.**<br>**Austell GA 30168** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 856**<br>**PATRICK O'NEILL**<br>**2646 HILL CT**<br>**Duluth GA 30096** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 857**<br>**PATSY DENSMORE**<br>**1502 Center Point Road**<br>**Temple GA 30179** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 858**<br>**Paul Beaver**<br>**8889 Ochil Lane**<br>**Winston GA 30187** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 859**<br>**PAUL BEQUETTE**<br>**1 ANDERSON STREET**<br>**Fort Stewart GA 31315** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. **172** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                           $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                    ,          Case No. _____
                        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 860 <br> PAUL CARTER <br> 7646 Granite Drive <br> Douglasville GA 30134 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 861 <br> Paul Folsome <br> 5 Holiday Ct <br> Savannah GA 31419 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 862 <br> PAUL HAMILTON <br> 12590 SILVER FOX CT <br> Roswell GA 30075 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 863 <br> PAUL KEELEY <br> 114 BOY SCOUT COURT <br> Augusta GA 30909 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 864 <br> Paul Yashinski <br> 3329 Country Creek Dr. NW <br> Kennesaw GA 30152 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **173** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                    ,        Case No. _____
               **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 865 <br> PAULETTE JONES <br> 682 IVES WAY <br> Lilburn GA 30047 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 866 <br> Paylink <br> 150 North Wacker Drive Suite 2 <br> Chicago IL 60606 | X | | 2005 <br> Business Loan | | X | X | Unknown |
| Account No: <br> Representing: <br> Paylink | | | Paylink Payment Plans <br> 300 South Wacker Drive <br> Suite 2250 <br> Chicago IL 60606 | | | | |
| Account No: <br> Creditor # : 867 <br> Peggy Davis <br> 2789 Joyce Ave. <br> Decatur GA 30032 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 868 <br> Peggy Sandstrom <br> 281 Sommerbrook Rd. <br> Braselton GA 30517 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. 174 of 241 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 15,000.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
        **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 869<br>PETER BATTERSBY<br>115 OAK ST; SUITE 202 B<br>Roswell GA 30075 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 870<br>Peter Gathore<br>4913 Lightwood Ct. NW<br>Acworth GA 30102 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 871<br>Peter Junco<br>80 Newnan Lakes Blvd. Apt 125<br>Newnan GA 30263 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 872<br>Phillip Nolan<br>103 Buckeye Circle<br>Sylvester GA 31791 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 873<br>PHILLIP STRANGE<br>1021 WOODRIDGE DR<br>Atlanta GA 30339 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _175_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,          Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: <br> Creditor # : 874 <br> Phillip Waddell <br> 142 Ozora Rd. <br> Loganville GA 30052 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 875 <br> Phyllis Wilcher <br> 1450 Hudson Rd P.O. Box 1349 <br> Wadley GA 30477 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 876 <br> Pierre Innocent <br> 1025 Northwest 129th Street <br> Miami FL 33168 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 877 <br> Ponder Braswell <br> 201 Wood Duck Way <br> Springfield GA 31329 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 878 <br> Priscilla Epps <br> 4400 Martin Rd. <br> Blakely GA 39823 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **176** of **241** continuation sheets attached to Schedule of          Subtotal $          $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims

                                                                                      Total $
                                              (Use only on last page of the completed Schedule F. Report also on Summary of
                                              Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** ,                                      Case No. _____
       **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 879<br>Quill Osbey<br>2615 Holcomb Spring Dr.<br>Alpharetta GA 30022 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 880<br>Rachael Browne<br>5350 Redfield Way<br>Flowery Branch GA 30542 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 881<br>Rachel Newsome<br>41 Mill Creek Estates<br>Statesboro GA 30461 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 882<br>Radiya Mohamed<br>833 Spindletop Way<br>Stockbridge GA 30281 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 883<br>Ragnhild Bucht<br>417 Bradford St.  NW<br>Gainesville GA 30501 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **177** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No._____
                          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 884 RALPH BLESSING 2705 Due West Rd Dallas GA 30157 | | Alleged violation of GDAA | | | | |
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 885 Randall Melton 2818 Jack Bryant Circle Gainesville GA 30507 | | Alleged violation of GDAA | | | | |
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 886 Randy Veal 367 Arthur Storey Rd. Newnan GA 30263 | | Alleged violation of GDAA | | | | |
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 887 RANIA MARX 4014 SUNHILL COURT Woodstock GA 30189 | | Alleged violation of GDAA | | | | |
| Account No: | | 2005 | | X | X | $ 5,000.00 |
| Creditor # : 888 Rayfield Hudson 105 42nd St. Washington GA 30673 | | Alleged violation of GDAA | | | | |

Sheet No. _178_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,        Case No. _____

**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 889*<br>*Reginald Batts*<br>*72 P.O. Box*<br>*Tifton GA 31793* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 890*<br>*REGINALD LOWE*<br>*8048 BIRCH WALK DR*<br>*Riverdale GA 30274* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 891*<br>*REGINALD MOORE*<br>*2804 MACON RD*<br>*Griffin GA 30224* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 892*<br>*Rekitta McCain*<br>*6240 Walker Rd*<br>*Riverdale GA 30296* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 893*<br>*RENE WOLFE*<br>*111 ELM DRIVE*<br>*Lagrange GA 30240* | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |

Sheet No. **179** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
                        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 894<br>Reta Brown<br>170 Arnold Rd<br>Hampton GA 30228 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:    None<br>Creditor # : 895<br>RevShare<br>32836 Wolf Store Road<br>Temecula CA 92592 | X | | 2013<br>Business Dispute | | | | $ 60,000.00 |
| Account No:    None<br>Representing:<br>RevShare | | | McCarthy Burgess and Wolff<br>26000 Cannon Road<br>Bedford OH 44146 | | | | |
| Account No:<br>Creditor # : 896<br>Rhonda Gay<br>4632 Christi Ct.<br>Lithonia GA 30038 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 897<br>Rhonda Roell-Taylor<br>165 1st Street<br>Macon GA 31201 | | | 2005<br>Notice Only | | X | X | $ 0.00 |

Sheet No. _180_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 70,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
                      **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 898<br>*RICHARD BEECH*<br>*36 RED FOX TRAIL*<br>*Kingston GA 30145* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 899<br>*Richard Blevins*<br>*330 Merchants Dr.*<br>*Dallas GA 30132* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 900<br>*Richard Butler*<br>*151 Cherokee Trail*<br>*Cochran GA 31014* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 901<br>*Richard Coleman*<br>*1145 Mount Gilead Rd.*<br>*Tennille GA 31089* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 902<br>*Richard Dennis*<br>*2034 Regestry Place*<br>*Hampton GA 30228* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No._181_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,   Case No._____
    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: Creditor # : 903 RICHARD HARRINGTON 2491 BARTLEY ROAD Lagrange GA 30240 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 904 RICHARD RUBEN 10170 WYNDHAM CT Suwanee GA 30024 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 905 Rick Damiani 1914 Barrington Oaks Place Roswell GA 30075 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 906 Rick Murrell P.O. Box 865 Barnesville GA 30204 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 907 RICK WHALEY P O Box 403 Oakwood GA 30566 | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _182_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
        **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 908 Rickey Gaines 6436 Alpine Rd. Rex GA 30273* | | | *2005 Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No: *Creditor # : 909 Rickey Rodefer 2008 Smith Dr. Kennesaw GA 30144* | | | *2005 Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No: *Creditor # : 910 Ricky Clems 1043 Hartwell St. Atlanta GA 30314* | | | *2005 Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No: *Creditor # : 911 RICKY POTTS 137 STOCKBRIDGE DR Savannah GA 31419* | | | *2005 Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No: *Creditor # : 912 Rita Milroy 37 White Oak Dr. Cartersville GA 30121* | | | *2005 Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |

Sheet No. _183_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 913<br>Robby Richards<br>P.O. Box 2345<br>Carrollton GA 30112 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 914<br>ROBERT BALDWIN<br>1134 E CHURCH ST<br>Monroe GA 30655 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 915<br>ROBERT BARBINE<br>3920 Wakefield Drive<br>Flowery Branch GA 30542 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 916<br>Robert Branch<br>50 Buck Creek Dr<br>Carrollton GA 30117 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 917<br>Robert Cooperman<br>3345 Trails End Rd.<br>Roswell GA 30075 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _184_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                               Subtotal $        $ 25,000.00

                               Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____,       Case No._____
**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 918<br>Robert Doom<br>7250 Campbelton Rd. Apt. 902<br>Atlanta GA 30331 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 919<br>Robert Farmer<br>449 Gene Bell Rd<br>Monroe GA 30655 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 920<br>ROBERT JUHL<br>1525 Station Center Blvd. Apt.<br>Suwanee GA 30024 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 921<br>Robert Mallory<br>255 Stonewall Apt 5<br>Fayetteville GA 30215 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 922<br>Robert Maus<br>4650 Brittany Dr.<br>Evans GA 30809 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _185_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re __Steven Mlynski_____ ,        Case No._____
**Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 923<br>Robert McCormick<br>105 Winter Ct.<br>Perry GA 31069 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 924<br>Robert Mitchell<br>3550 Clack Rd.<br>Madison GA 30650 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 925<br>Robert Neal<br>39 Cherry Cove<br>Dallas GA 30157 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 926<br>Robert Peurifoy<br>1599 Rehoboth Rd.<br>Griffin GA 30224 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 927<br>ROBERT STOCK<br>RT 4 BOX 1775<br>Hawkinsville GA 31036 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _186_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,   Case No._____
             **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 928 <br> ROBERT THORPE <br> PO BOX 7253 <br> Atlanta GA 30357 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 929 <br> Robert Welch <br> 4221 Hasty Lane <br> Austell GA 30106 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 930 <br> Robert Winfrey <br> 131 Bond Lake Drive <br> Ellenwood GA 30294 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 931 <br> Robert Young <br> 1943 Utah St <br> Savannah GA 31404 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 932 <br> Robert Zimmerman <br> 217 Green Oak Dr. <br> Savannah GA 31419 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _187_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No. _____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 933<br>ROBERTA HARDEN<br>2312 ALASKA ST<br>Savannah GA 31404 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 934<br>ROBIN MORANO<br>2312 Azalea Dr<br>Valdosta GA 31602 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 935<br>Rocco Leach<br>4154 Crowder Drive<br>Kennesaw GA 30152 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 936<br>Rodrigo Chan<br>413 Atlantic Drive<br>Saint Simons Island GA 31522 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 937<br>Roger Brown<br>2725 Sardis Dr.<br>Buford GA 30519 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _188_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 938<br>Roger Williams<br>399 Waburn Walk<br>Dallas GA 30132 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 939<br>RONALD BARNES<br>3780 Ferncliff Rd<br>Snellville GA 30039 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 940<br>Ronald Bey<br>PO Box 161941<br>Atlanta GA 30321 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 941<br>RONALD CHAFFIN<br>165 WEST FOREST DR<br>Covington GA 30016 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 942<br>Ronald Kearse<br>2721 Vernon Dr. N.<br>Augusta GA 30906 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _189_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Steven Mlynski_____,    Case No. _____
          **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 943 <br> RONALD MCNAIR <br> 1563 EASTERN SUNRISE LANE <br> Decatur GA 30034 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 944 <br> Ronald Means <br> 2766 Green Marsh Ct. <br> Decatur GA 30034 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 945 <br> Ronald Rairigh <br> 716 Crooked Creek Dr. <br> Dahlonega GA 30533 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 946 <br> Ronald Smith <br> 412 Providence Chruch Rd <br> Newnan GA 30263 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 947 <br> Ronald Zipf <br> 200 Thomas St. <br> Odum GA 31555 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _190_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                              ,        Case No. _____
                          **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 948**<br>**Ronnie Snellings**<br>**838 Buckner Rd**<br>**Junction City GA 31812** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 949**<br>**RONY KACHOUH**<br>**5261 PINNACLE POINT CT**<br>**Norcross GA 30071** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 950**<br>**ROOSEVELT JACKSON**<br>**1077 Glendale Drive, Right Sid**<br>**East Point GA 30344** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 951**<br>**Rosa Aguirre**<br>**5350 Garvey Dr.**<br>**Fairburn GA 30213** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 952**<br>**Rosa Jackson**<br>**302 Grant Park Pl. SE**<br>**Atlanta GA 30315** | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _191_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 953 <br> Rosalinda Poe <br> 5631 North Lake Dr. <br> Lake City GA 30260 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 954 <br> Rosalyn McCrary <br> 3353 Peachtree Corners Cir.  # <br> Norcross GA 30092 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 955 <br> Rosetta Baker <br> 2302 Old Lower River Rd. <br> Douglasville GA 30135 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 956 <br> Roxanna Gabaldon <br> 501 Summit Dr. <br> Albany GA 31707 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 957 <br> ROXANNE MARTIN <br> 1750 BRIARWOOD RD  APT GG-12 <br> Atlanta GA 30329 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _192_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**            $ 25,000.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____,      Case No._____
        **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 958<br>ROY MURPHY<br>1027 ELROD ST<br>Cornelia GA 30531 | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 959<br>Roy Pettis<br>101 Adrian Dr.<br>Stockbridge GA 30281 | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 960<br>ROYAL HALL<br>P.O. BOX 112<br>Tunnel Hill GA 30755 | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 961<br>Ruby Andrews<br>3014 Pine Manoro Ct.<br>Atlanta GA 30316 | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 962<br>Ruby Baxter<br>157 Water Tank Rd<br>Dallas GA 30132 | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. **193** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                        ,          Case No._____
            **Debtor(s)**                                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 963**<br>**Rudolph Brown**<br>**356 McCook Cir NW**<br>**Kennesaw GA 30144** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 964**<br>**Rudolph Macon**<br>**217 Walter Way**<br>**Stone Mountain GA 30083** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 965**<br>**Russell Bell**<br>**6350 Wellsley Dr.**<br>**Riverdale GA 30296** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 966**<br>**RUSSELL POWELL**<br>**406 WHIPPOORWILL RD**<br>**Lyons GA 30436** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 967**<br>**Ruth Wilson**<br>**119 Old Doerun Rd.**<br>**Moultrie GA 31768** | | **2005**<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. **194** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_                                                          ,         Case No._____
              **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 968 RYAN KRAMER 2335 HUNTINGTON DR Loganville GA 30052** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 969 Salud Hernandez 609 Crestview Drive Dalton GA 30721** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 970 SAM PARKER 205 S SYCAMORE Rome GA 30165** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 971 SAMANTHA WHITLEY 702 IVES WAY Lilburn GA 30047** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 972 Samuel Chester 25 Papershell Dr. Fort Valley GA 31030** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _195_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Steven Mlynski_____ ,          Case No._____
           **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 973<br>Samuel Freeman<br>3932 David Dr.<br>Forest Park GA 30297 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 974<br>Sandra Argo<br>1144 Branch Rd.<br>Baxley GA 31513 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 975<br>Sandra Fryer<br>300 Fincherville Rd<br>Jackson GA 30233 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 976<br>Sandra Moore<br>407 Rose Creek Pl<br>Woodstock GA 30189 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 977<br>Sandra Sosa<br>401 Mill Creek Rd.<br>Rocky Face GA 30740 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _196_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski _____ ,        Case No. _____
         **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 978*<br>*Sandy Dobbs*<br>*173 Cedar Creek Crossing*<br>*Cedartown GA 30125* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 979*<br>*Sara Cash*<br>*868 River Rd.*<br>*Monticello GA 31064* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 980*<br>*Sarah Allen*<br>*108 Arbor Shade Dr.*<br>*Jesup GA 31546* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 981*<br>*Sarah Dorsch*<br>*30 Fenwick Pl NE*<br>*Atlanta GA 30328* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |
| Account No:<br>*Creditor # : 982*<br>*Sarah Fisher*<br>*P.O. Box 16444*<br>*Savannah GA 31416* | | | *2005*<br>*Alleged violation of GDAA* | | X | X | $ 5,000.00 |

Sheet No. 197  of   241  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Steven Mlynski_____ ,          Case No._____
                    **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 983 <br> Scott Brooks <br> 527 Pointe South Drive <br> Savannah GA 31410 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 984 <br> Scott Mackey <br> 115 New Farm Dr. <br> Locust Grove GA 30248 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 985 <br> Scott Perdue <br> 210 Nashport Lane <br> Dawsonville GA 30534 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 986 <br> Scottie Johnson <br> 38 Camelot Dr. <br> Cartersville GA 30121 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br><br> Creditor # : 987 <br> Sean Baughman <br> 1627 Dewey Rose Rd. <br> Dewy Rose GA 30634 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _198_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal $          $ 25,000.00
                                                    Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,      Case No. _____
           **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 988<br>SEAN HAMMOND<br>1641 HWY 52 ALT. APT. B<br>Chatsworth GA 30705 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 989<br>Seconda Stroud<br>903 Windward Ct.<br>Winder GA 30680 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 990<br>SERENITY KINES<br>277 ROCKINGHAM DR<br>Loganville GA 30052 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 991<br>Sergey Batazhan<br>430 Mountainview Dr.<br>Covington GA 30016 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 992<br>SERIGNE GOUMBALA<br>PO BOX 831086<br>STONE MOUNTAIN GA 30083 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **199** of **241** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 25,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____,     Case No. _____
                    **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 993 <br> Shane Miller <br> 1600 Alexander Dr Apt 201 <br> Canton GA 30114 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 994 <br> Shaneka Holmes <br> 4158 Mountain Glen Trce <br> Snellville GA 30039 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 995 <br> Shanna Curtis <br> 3374 N. Court <br> Ellenwood GA 30294 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 996 <br> SHANNON LARSON <br> 800 Sycamore Lane  #202 <br> Woodstock GA 30188 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 997 <br> SHANNON ZERANGUE <br> 158 BALDWIN COURT <br> Newnan GA 30263 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **200** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,     Case No. _____
            **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 998 <br> Sharolette Rogers <br> 520 Fling Rd <br> Lagrange GA 30240 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 999 <br> SHARON BICKNELL <br> 722 MUIRFIELD DR <br> Winder GA 30680 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1000 <br> Sharon Herbert <br> PO Box 2187 <br> Mcdonough GA 30253 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1001 <br> SHARON LONG <br> 157 ROSEWOOD DR <br> Dawsonville GA 30534 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1002 <br> Sharon Taylor <br> 1910 Cornerstone Pass <br> Conyers GA 30012 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **201** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** ,                                    Case No. _____
             **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1003<br>SHEILA JEFFREY<br>180 FIELDVIEW LN<br>Covington GA 30016 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1004<br>Sheila Kerr<br>623 Glendale Forest Dr.<br>Woodstock GA 30189 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1005<br>SHEILA SKIDMORE<br>157 Smith Path<br>Hiram GA 30141 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1006<br>Sheila Vanenburg<br>1531 Fairhaven Dr.<br>Riverdale GA 30296 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1007<br>SHELBY BOYTE<br>346 Mountain View Trail<br>Dahlonega GA 30533 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _202_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                        ,          Case No. _____
          **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1008 <br> Shelby McCleery <br> 138 Cliffview Dr <br> Rockmart GA 30153 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1009 <br> Sheleina Griggs <br> 64 Candler Rd SE <br> Atlanta GA 30317 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1010 <br> Shelia Tilley <br> 1935 Williams Dr. <br> Augusta GA 30906 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1011 <br> Sheri Veal <br> 367 Arthur Storey Rd. <br> Newnan GA 30263 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1012 <br> Sherley Wilson <br> 1877 Don Juan Lane <br> Decatur GA 30032 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **203** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____,        Case No. _____
          **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1013<br>SHERON DAVID<br>13354 MARRYWOOD DR<br>Alpharetta GA 30004 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1014<br>Sherry Dunaway<br>5861 Hwy 100<br>Summerville GA 30747 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1015<br>SHERRY MOORE<br>2804 MACON RD<br>Griffin GA 30224 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1016<br>SHERRY WILSON<br>3712 Wild Meadow Cir<br>Valdosta GA 31605 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1017<br>Shilena Smith<br>341 JD Garnto Rd<br>Wrightsville GA 31096 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **204** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,       Case No._____
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1018<br>Shirley Bowers<br>P.O. Box 1203<br>La Fayette GA 30728 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1019<br>Shirley Cheeley<br>3232 Deer Pause Ln.<br>Decatur GA 30034 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1020<br>Shirley Cobb<br>79 Holley Lane<br>Griffin GA 30223 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1021<br>Shumba Soanes<br>4399 Yellow Rose Dr.<br>Austell GA 30106 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1022<br>Sidney Allen<br>108 Arbor Shade Dr.<br>Jesup GA 31546 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

H--Husband
W--Wife
J--Joint
C--Community

Sheet No. _205_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| Subtotal $ | $ 25,000.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,      Case No. _____
       **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** | | **2005** | | X | X | **$ 5,000.00** |
| *Creditor # : 1023* *Sim Bunleang* *2107 Club Lake Parkway* *Lawrenceville GA 30044* | | **Alleged violation of GDAA** | | | | |
| **Account No:** | | **2005** | | X | X | **$ 5,000.00** |
| *Creditor # : 1024* *SONJI GREEN* *106 BONAVENTURE PLACE* *Locust Grove GA 30248* | | **Alleged violation of GDAA** | | | | |
| **Account No:** | | **2005** | | X | X | **$ 5,000.00** |
| *Creditor # : 1025* *Sonnia Ramos* *740 Sidney Marcus BLVD* *Atlanta GA 30324* | | **Alleged violation of GDAA** | | | | |
| **Account No:** | | **2005** | | X | X | **$ 5,000.00** |
| *Creditor # : 1026* *SONYA THOMPSON* *328 MOCK ST* *Sylvania GA 30467* | | **Alleged violation of GDAA** | | | | |
| **Account No:** | | **2005** | | X | X | **$ 5,000.00** |
| *Creditor # : 1027* *Son-Ye Kim* *364 Vista Lake Terrace* *Suwanee GA 30024* | | **Alleged violation of GDAA** | | | | |

Sheet No. _206_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         **$ 25,000.00**

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No. _____
　　　　　**Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1028 <br> STACEY BARNES <br> 3780 Ferncliff Rd <br> Snellville GA 30039 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1029 <br> STACEY BEQUETTE <br> 1 ANDERSON STREET <br> Fort Stewart GA 31315 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1030 <br> Stacey Wooten <br> 62 Rocking Chair Lane <br> Chickamauga GA 30707 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1031 <br> Stacy Harkins <br> 733 Watkins Farm Rd. <br> Nicholson GA 30565 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1032 <br> Stan Ledford <br> 5004 Peach Mtn Circle <br> Gainesville GA 30507 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _207_ of _241_ continuation sheets attached to Schedule of          Subtotal $          $ 25,000.00
Creditors Holding Unsecured Nonpriority Claims

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,      Case No._____
                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1033** **Stanley Cooper** **P.O. Box 1264** **Conley GA 30288** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1034** **Stanley Lewis** **6467 River Run Road** **Riverdale GA 30274** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1035** **STANLEY POSEY** **RT 2 BOX 121-B** **Ludowici GA 31316** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1036** **Stephen Amoah** **782 Lynnfield Dr.** **Lawrenceville GA 30045** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1037** **Stephen Aniambossou** **1725 Lincoln Trace Circle** **Smyrna GA 30080** | | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _208_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No._____
               **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1038<br>STEPHEN EDWARDS<br>247 VILLAGE DR<br>Mcdonough GA 30253 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1039<br>STEPHEN JONES<br>40 HOLDER ST<br>Temple GA 30179 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1040<br>STEPHEN TEETERS<br>3110 N. MARBLETOP ROAD<br>Chickamauga GA 30707 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1041<br>Steve Atkins<br>312 Wexford Way<br>Hinesville GA 31313 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1042<br>Steve Garner<br>2020 Pheasant Creek St.<br>Augusta GA 30907 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No._209_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ |  |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,          Case No. _____

                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1043<br>STEVE TUCK<br>2791 M.P. MARTIN ROAD<br>Brooklet GA 30415 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1044<br>STEVE WODZENSKI<br>1331 PINE SHADOWS DR<br>DALLAS GA 30132 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1045<br>STEVEN EVANS<br>16 N. Pine Place<br>Villa Rica GA 30180 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1046<br>STEVEN HENSON<br>188 NORTHSIDE DR<br>Toccoa GA 30577 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1047<br>Steven Herron<br>8085 Chapman Terrace<br>Mcdonough GA 30252 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _210_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 25,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re **Steven Mlynski**_____,  Case No._____
           **Debtor(s)**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1048<br>Steven Reeves<br>262 Village Dr.<br>Mcdonough GA 30253 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1049<br>Stinson Wakuk<br>269 Napa Drive<br>Augusta GA 30909 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1050<br>Sulaiman Lawal<br>355 Rippling Brook Pl<br>Palmetto GA 30268 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1051<br>Susan Juhasz<br>4149 Deer Springs Way<br>Gainesville GA 30506 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1052<br>Susan Martin<br>155 Woodbridge Dr.<br>Dallas GA 30157 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _211_ of _241_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                    **Subtotal $**        **$ 25,000.00**

                                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                              ,          Case No._____
                    **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1053 <br> SUSAN PADGETT <br> 1287 WAVERLY DRIVE <br> Forest Park GA 30297 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1054 <br> Susan Perdue <br> 210 Nashport Lane <br> Dawsonville GA 30534 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1055 <br> Susan Pope <br> P. O. Box 234 <br> Glenwood GA 30428 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1056 <br> Suzanne Buchanan <br> 210 Walnut Road <br> Jasper GA 30143 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1057 <br> Sydonie James <br> 604 Eagle Springs Way <br> Stone Mountain GA 30083 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **212** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,     Case No. _____
             **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1058 <br> Sylvia Welch <br> 4221 Hasty Lane <br> Austell GA 30106 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1059 <br> Tamara Johnson <br> 1504 Marigold Dr. <br> Bethlehem GA 30620 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1060 <br> Tammy Carter <br> 235 Singley Rd. <br> Jackson GA 30233 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1061 <br> TAMMY DALTON <br> 975 Old Wildcat Bridge Road <br> Danielsville GA 30633 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1062 <br> TAMMY EVANS <br> 16 N. Pine Place <br> Villa Rica GA 30180 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _213_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** ,                                                    Case No. _____
                   **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1063<br>Tammy Ferraiuolo<br>135 Haley Rd.<br>Jackson GA 30233 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1064<br>Tammy James<br>3372 Dewberry Rd NW A<br>Acworth GA 30101 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1065<br>Tammy Robertson<br>1108 Walden Crossing Dr.<br>Canton GA 30115 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1066<br>Tammy Shiver<br>323 Morton Rd.<br>Gray GA 31032 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1067<br>Tangela Mallory<br>255 Stonewall Apt 5<br>Fayetteville GA 30215 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **214** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 25,000.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                              ,          Case No. _____
                    **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1068**<br>**TANYA FITZGERALD**<br>**2721 COLQUITT HWY**<br>**Colquitt GA 39837** | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 1069**<br>**Tarece Johnson**<br>**3585 Mt. Vernon Ct.**<br>**Lawrenceville GA 30044** | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 1070**<br>**TEDA FATTY**<br>**9116 Ashton Rd.**<br>**Jonesboro GA 30238** | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 1071**<br>**Terence McMillian**<br>**2787 Appaloosa Run**<br>**Ellenwood GA 30294** | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No:<br>**Creditor # : 1072**<br>**Teresa Bradberry**<br>**296 Mcginnis Chandler Rd.**<br>**Commerce GA 30530** | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |

Sheet No. **215** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Steven Mlynski_____ ,        Case No._____
       **Debtor(s)**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1073 <br> TERESA DEGEN <br> 2632 Raymond Avenue <br> Augusta GA 30904 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1074 <br> Terrell Worthy <br> 358 Robert Taylor Rd. <br> Lagrange GA 30240 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1075 <br> Terrence Knighton <br> 20 Shiver Ln <br> Covington GA 30016 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1076 <br> Terry Blackmon <br> 3363 Fayetteville Rd SE <br> Atlanta GA 30316 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1077 <br> TERRY DALTON <br> 975 Old Wildcat Bridge Road <br> Danielsville GA 30633 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _216_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,   Case No._____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 1078<br>Terry Nails<br>1239 Lecounte RD SW<br>Townsend GA 31331 | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No:<br><br>Creditor # : 1079<br>THAD RICHARDSON<br>36 ST. PAUL CHURCH RD<br>Colquitt GA 39837 | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No:<br><br>Creditor # : 1080<br>Thelma Wright<br>509 Judy Ann Dr.<br>Hahira GA 31632 | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No:<br><br>Creditor # : 1081<br>Theo Coido<br>3164 Parfait Place<br>Acworth GA 30101 | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |
| Account No:<br><br>Creditor # : 1082<br>THEODORE FOURNILLIER<br>1584 LONGMONT DR<br>Lawrenceville GA 30044 | | *2005*<br>*Alleged violation of GDAA* | | *X* | *X* | $ 5,000.00 |

Sheet No. _217_ of ___241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No. _____
                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1083 <br> THERESA FOERSTER <br> 6162 LOLLIS CRK HWY <br> Flowery Branch GA 30542 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1084 <br> Theresa Golson <br> 1753 Rhonda Lane <br> Stone Mountain GA 30087 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1085 <br> Therese Tangires <br> 1620 Pirkle Rd. <br> Norcross GA 30093 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1086 <br> THOMAS CAMP <br> 3247 HOLLYDALE DRIVE <br> Atlanta GA 30311 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1087 <br> Thomas Davis <br> 1440 Perryman Rd. <br> Hartsfield GA 31756 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _218_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal $ | $ 25,000.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,       Case No._____
                    **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1088<br>THOMAS HALL<br>105 SHAMROCK CIRCLE<br>Byron GA 31008 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1089<br>Thomas Horton<br>4623 Burnt Fork circle<br>Douglasville GA 30135 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1090<br>Thomas Long<br>116 E Shaw St.<br>Rincon GA 31326 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1091<br>THOMAS MINARD<br>199 Dodd Drive<br>Summerville GA 30747 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1092<br>Thomas White<br>30 Camden Way<br>Fairburn GA 30213 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _219_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                    $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,        Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1093<br>Tiahra Chandler<br>1501 Cathy St.<br>Savannah GA 31415 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1094<br>Tiffany Brown<br>2725 Sardis Dr.<br>Buford GA 30519 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1095<br>Tim Dogins<br>559 Simonton Oak Lane<br>Lawrenceville GA 30045 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1096<br>TIMOTHY COTTON<br>74 HUNTINGTON CT<br>Newnan GA 30265 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1097<br>Timothy Cundy<br>599 Plantation Dr.<br>Rincon GA 31326 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _220_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,        Case No._____

**Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1098 <br> TIMOTHY DAVIS <br> 2660 COLD SPRING TRAIL <br> Marietta GA 30064 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1099 <br> TIMOTHY LARSON <br> 800 Sycamore Lane  #202 <br> Woodstock GA 30188 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1100 <br> Timothy McCallum <br> 173 New Rosedale NE <br> Armuchee GA 30105 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1101 <br> Timothy McCormack <br> 3003 Heart Pine Lane <br> Buford GA 30519 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1102 <br> Timothy Snow <br> 1900 Glenn Club Dr.  Apt 314 <br> Stone Mountain GA 30087 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _221_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ___ $ 25,000.00

Total $ ___

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                              ,        Case No. _____
                        **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1103<br>Timothy Ware<br>PO Box 1215<br>Albany GA 31701 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1104<br>TIMOTHY ZERANGUE<br>158 BALDWIN COURT<br>Newnan GA 30263 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1105<br>Tina Green<br>384 Scuffleboro Rd.<br>Eatonton GA 31024 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1106<br>Tina Krueger<br>6308 Westpoint Road<br>Lagrange GA 30240 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1107<br>Todd Lockaby<br>164 Jeremiah Way<br>Dallas GA 30132 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. 222 of 241 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No._____
              **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1108 <br> Todd McCleery <br> 138 Cliffview Dr <br> Rockmart GA 30153 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1109 <br> TODD OSGOOD <br> 6484 CAMPBELLS WAY <br> Harlem GA 30814 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1110 <br> TODD SPILLIARDS <br> 790 STILLBROOK DR <br> Monroe GA 30655 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1111 <br> Tom Smith <br> Route 10, Box 42 <br> Morris GA 39867 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1112 <br> Tommie Hudgens <br> 218 Bluebird Ln. <br> Perry GA 31069 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _223_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                          Subtotal $        $ 25,000.00
                                                                          Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                                      ,        Case No._____
             **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1113<br>Tommie Mosby<br>8003 Brodick Lane<br>Lithia Springs GA 30122 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1114<br>TOMMY KNIGHT<br>2815 OCEAN VALLEY ROAD<br>Atlanta GA 30349 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1115<br>TONGIA ISHMAN<br>1517 QUEEN ELIZABETH DR<br>Locust Grove GA 30248 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1116<br>TONI SWEAT<br>3810 NARCISSUS TRAIL<br>Millwood GA 31552 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1117<br>Tony Bradberry<br>296 Mcginnis Chandler Rd.<br>Commerce GA 30530 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **224** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_ _____ ,        Case No. _____
        **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1118 <br> Tony Hall <br> P.O Box 402 <br> Pembroke GA 31321 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1119 <br> TONY MCDANIEL <br> 912 CARSWELL AVENUE <br> Waycross GA 31503 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1120 <br> Tori Hobby <br> 120 Wiggins Rd <br> Brunswick GA 31523 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1121 <br> TRACEY BOHANNAN <br> 6398 OLD SHADBURN FERRY ROAD <br> Buford GA 30518 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1122 <br> Traci Stelley <br> 340 Heatherwood Dr <br> Auburn GA 30011 | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _225_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**                                    ,          Case No. _____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1123 TRACY CLOER 4108 BARBARA DR Marietta GA 30066** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1124 Tracy Davis 31 Fling Rd. Lagrange GA 30240** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1125 TROY DRUDGE PO BOX 535 Waycross GA 31502** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1126 Tuesday Hammontree 1663 Bethany Rd. Jasper GA 30143** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1127 Tyrone Fannin 1017 Barton St Apt A Lagrange GA 30241** | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _226_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,        Case No._____
              **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1128** Valarie Gendron 1459 Raintree Dr. Apt #J Roswell GA 30076 | | | **2005** **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1129** Valencia Axson 820 Scranton Rd Apt 509 Brunswick GA 31525 | | | **2005** **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1130** Valerie Warren PO Box 5428 Macon GA 31208 | | | **2005** **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1131** Van Heflin 35 Wood Circle Villa Rica GA 30180 | | | **2005** **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1132** Van Pham PO Box 556 Montezuma GA 31063 | | | **2005** **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _227_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re **Steven Mlynski** _____,  Case No. _____
          **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1133 <br> Vanessa Bruce <br> 95 Headrick Lane <br> Ringgold GA 30736 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1134 <br> Vasily Petrenko <br> 3965 Chasatee Dr. <br> Duluth GA 30097 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1135 <br> VERA CALDWELL <br> 14 TUMLIN DR <br> Rome GA 30161 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1136 <br> Veronica Baker <br> 2145 Stockbridge Dr. <br> Atlanta GA 30316 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1137 <br> VERONICA MAIER <br> 3220 MOORSTEAD WAY <br> Cumming GA 30041 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **228** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  **Steven Mlynski**                                                        ,          Case No._____
              **Debtor(s)**                                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1138<br>Victoria Johnson<br>218 Huffaker Rd.   Apt B<br>Rome GA 30165 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1139<br>Vijaya Venkatesh<br>5065 Tahoe Pines Way<br>Alpharetta GA 30005 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1140<br>VINCENT MIDDLETON<br>2020 Howell Mill Road NW Ste C<br>Atlanta GA 30318 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1141<br>VINCENT RIZZI<br>2303 WALDEN CROSSING DR<br>Canton GA 30115 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1142<br>Virgie Anderson<br>2701 Lee Street<br>Brunswick GA 31520 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **229** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**_____,      Case No._____
              **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 1143<br>Virgil Logan<br>121 Hillview Rd.<br>Tunnel Hill GA 30755 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 1144<br>Virginia Lewis<br>266 Shearouse Rd.<br>Guyton GA 31312 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 1145<br>Vorcie Holt<br>PO Box 17573<br>Atlanta GA 30316 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 1146<br>W. ANTHONY CARY<br>4193 CAREY TOWN RD<br>Royston GA 30662 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br><br>Creditor # : 1147<br>Walle Shonekan<br>5489 Sweet Springs Dr.<br>Powder Springs GA 30127 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **230** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  Steven Mlynski                                                    ,        Case No. _____
                **Debtor(s)**                                                               (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1148<br>WANDA (JAN) VICKERS<br>553 MT. TABOR CHURCH RD<br>DALLAS GA 30157 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1149<br>Wanda Crowder<br>130 Valley Circle<br>Carrollton GA 30117 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1150<br>Wanda George<br>3650 Ashford Dunwoody Rd NE #1<br>Atlanta GA 30319 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1151<br>Wanda Memory<br>4392 Saxon<br>Hephzibah GA 30815 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1152<br>Wanda Spurlin<br>1103 Colbert Hollow Road<br>Rock Spring GA 30739 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _231_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,    Case No._____
           **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1153**<br>*Wanda Webb*<br>*535 Rehoboth Rd*<br>*Bowman GA 30624* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 1154**<br>*Wanda Young*<br>*97 Nalley Drive*<br>*Jasper GA 30143* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 1155**<br>*Waverly Kelly*<br>*3635 Munich Dr.*<br>*Augusta GA 30906* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 1156**<br>*Wavers Smith*<br>*802 Alta Ct.*<br>*Lithonia GA 30058* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No:<br>**Creditor # : 1157**<br>*WAYNE MARTIN*<br>*479 ASKA RD*<br>*Blue Ridge GA 30513* | | | *2005*<br>**Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _232_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Steven Mlynski_____ ,          Case No._____
            **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | |
| Creditor # : 1158<br>Wendy Holcomb<br>4753 Hartwell Drive<br>Douglasville GA 30135 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: | | | | | | |
| Creditor # : 1159<br>Wendy Mathis Crossing<br>PO Box 73631<br>Newnan GA 30271 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:     None | | 2014<br>Accounting Services | | | | $ 6,000.00 |
| Creditor # : 1160<br>West Accounting Service<br>9 Lakeside Lane<br>Barrington IL 60010 | | | | | | |
| Account No: | | | | | | |
| Creditor # : 1161<br>Westin Lee<br>428 Mountain View Drive<br>Dahlonega GA 30533 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: | | | | | | |
| Creditor # : 1162<br>WILBUR HINES<br>3941 CREST DR<br>HEPHZIBAH GA 30815 | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _233_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 26,000.00 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,     Case No._____
             **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1163<br>WILEY GAMMON<br>5184 ARBOR LANE<br>Lilburn GA 30047 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1164<br>Wilhelmenia Green<br>140 Breakwater Way<br>Fayetteville GA 30214 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1165<br>Will Partridge<br>425 Wesley Park Dr.<br>Jonesboro GA 30238 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1166<br>Willard Barnett<br>375 Ralph McGill Blvd. NE, #12<br>Atlanta GA 30312 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1167<br>William Anderton<br>2155 Highland Gate Dr.<br>Cumming GA 30040 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No._234_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 25,000.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____ ,          Case No._____
                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1168** *William Bond 184 Huston Dr.  NW Lawrenceville GA 30044* | | H--Husband W--Wife J--Joint C--Community *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1169** *William Bryant 133 Fischer Spur Newnan GA 30265* | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1170** *William Clifton 4219 Twin River Dr. Gainesville GA 30504* | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1171** *WILLIAM CUMBY 126 Highway 520 Cusseta GA 31805* | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1172** *William Franklin 1145 Hall Memorial NW Resaca GA 30735* | | *2005* **Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _235_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,      Case No. _____
                              **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1173 William Fryer 300 Fincherville Rd Jackson GA 30233 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 1174 William Harrison 4115 N. Highway 123 Toccoa GA 30577 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 1175 William Lewis 266 Shearouse Rd. Guyton GA 31312 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 1176 WILLIAM MCCAIN 15 FAWN VIEW TRAIL EUHARLEE GA 30145 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: Creditor # : 1177 William Ogilvie 55 w Knight Dr. Carrollton GA 30116 | | | 2005 Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _236_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No. _____
            **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 1178<br>William Pacifico<br>1214 Treat Creek Parkway<br>Lawrenceville GA 30043 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1179<br>WILLIAM PEEPLES<br>500 Windy Hill Road<br>Royston GA 30662 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1180<br>William Pinkney<br>194 Ashley Trace Dr<br>Locust Grove GA 30428 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1181<br>William Ray<br>5676 Mountain Park Way<br>Douglasville GA 30135 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No:<br>Creditor # : 1182<br>William Smith<br>61 Sherry Ct.<br>Chickamauga GA 30707 | | | 2005<br>Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. _237_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Steven Mlynski_____,        Case No._____
                    **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1183 William Spadafora 1807 Hickory St. Conyers GA 30013** | | **2005 Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1184 WILLIAM STAMM 5232 AUDUBON PLACE Norcross GA 30093** | | **2005 Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1185 William Stevens 935 Old 41 Hwy Milner GA 30257** | | **2005 Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1186 WILLIAM SWINDLE 1030 WHISTLING SWAN PL Marietta GA 30066** | | **2005 Alleged violation of GDAA** | | X | X | $ 5,000.00 |
| Account No: **Creditor # : 1187 William Syx 622 Blackwater Ridge Canton GA 30114** | | **2005 Alleged violation of GDAA** | | X | X | $ 5,000.00 |

Sheet No. _238_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re  _Steven Mlynski_____,        Case No. _____
                    **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | *2005* | | *X* | *X* | $ 5,000.00 |
| *Creditor # : 1188* *William Worthan* *1725 Hampton Pass* *Douglasville GA 30134* | | | *Alleged violation of GDAA* | | | | |
| Account No: | | | *2005* | | *X* | *X* | $ 5,000.00 |
| *Creditor # : 1189* *Williams Hutchinson* *3569 Hopkins Ct.* *Powder Springs GA 30127* | | | *Alleged violation of GDAA* | | | | |
| Account No: | | | *2005* | | *X* | *X* | $ 5,000.00 |
| *Creditor # : 1190* *Willie Barnes* *318 Delane Dr.* *Dallas GA 30157* | | | *Alleged violation of GDAA* | | | | |
| Account No: | | | *2005* | | *X* | *X* | $ 5,000.00 |
| *Creditor # : 1191* *Willie Cummings* *7128 Old Winfield Rd.* *Appling GA 30802* | | | *Alleged violation of GDAA* | | | | |
| Account No: | | | *2005* | | *X* | *X* | $ 5,000.00 |
| *Creditor # : 1192* *Willie Lawrence* *3696 Wisteria Ln.* *Atlanta GA 30331* | | | *Alleged violation of GDAA* | | | | |

Sheet No. _239_ of _241_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**        $ 25,000.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski**  ,                                                    Case No. _____
                    **Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1193 <br> Willie Smiley <br> 3815 Village Dr. <br> Atlanta GA 30331 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1194 <br> Willie White <br> 1732 S. Timark Dr. <br> Macon GA 31206 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1195 <br> Yevgeniy Semenikhin <br> 975 Windhaven Drive <br> Alpharetta GA 30005 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1196 <br> Yolanda Talbott <br> 523 Ledbetter Rd. <br> Villa Rica GA 30180 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |
| Account No: <br> Creditor # : 1197 <br> Yvonne DeLay <br> 102 Park Circle <br> Woodstock GA 30188 | | | 2005 <br> Alleged violation of GDAA | | X | X | $ 5,000.00 |

Sheet No. **240** of **241** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 25,000.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re **Steven Mlynski** _____ ,   Case No. _____
      **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 1198**<br>**Zaneta Scott**<br>**50 Snapdragon Lane**<br>**Covington GA 30014** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No:<br>**Creditor # : 1199**<br>**Zelalem Taye**<br>**1558 Great Shoals Circle**<br>**Lawrenceville GA 30045** | | | **2005**<br>**Alleged violation of GDAA** | | X | X | **$ 5,000.00** |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. **241** of **241** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | **$ 10,000.00** |
| **Total $**<br>(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related | **$ 6,370,233.68** |

In re _Steven Mlynski_ _____ / Debtor     Case No. _____

                                                                        (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re _Steven Mlynski_ _____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| Mary Dybas<br>300 South Stone Avenue<br>La Grange IL  60525 | Chase Home Finance<br>PO Box 24696<br>Columbus OH  43224<br><br>Chase Home Finance<br>PO Box 24696<br>Columbus OH  43224 |
| Dakich and Associates<br>9425 North Meridian Street<br>Suite 161<br>Indianapolis IN  46260 | Cory Watson Crowder and Degaris<br>2131 Magnolia Avenue<br>Birmingham AL  35205 |
| Daniel Yuska<br>11825 Creekstone Way<br>Zionsville IN  46077 | BMO Harris<br>PO Box 6201<br>Carol Stream IL  60197<br><br>Cory Watson Crowder and Degaris<br>2131 Magnolia Avenue<br>Birmingham AL  35205 |
| Jeff Whitehead<br>79 West Monroe Street<br>Suite 1020<br>Chicago IL  60603 | Cory Watson Crowder and Degaris<br>2131 Magnolia Avenue<br>Birmingham AL  35205 |
| Jeffery N Brooks<br>8905 Hunt Club Road<br>Zionsville IN  46077 | Benesch<br>1 American Square<br>Suite 2300<br>Indianapolis IN  46282<br><br>Cory Watson Crowder and Degaris<br>2131 Magnolia Avenue<br>Birmingham AL  35205<br><br>RevShare<br>32836 Wolf Store Road<br>Temecula CA  92592 |

B6H (Official Form 6H) (12/07)

In re **Steven Mlynski** _____ / Debtor      Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| LaQuetta Pearson<br>612 Moreland Avenue SE<br>Atlanta GA  30316 | Cory Watson Crowder and Degaris<br>2131 Magnolia Avenue<br>Birmingham AL  35205 |
| Larry D Wilson<br>9139 Doubloon Road<br>Indianapolis IN  46268 | Cory Watson Crowder and Degaris<br>2131 Magnolia Avenue<br>Birmingham AL  35205 |
| Maranna Inc.<br>39 South LaSalle Street<br>Suite 1420<br>Chicago IL  60603 | BMW Bank of North America<br>PO Box 78066<br>Phoenix AZ  85062 |
| | Chase<br>PO Box 15298<br>Wilmington DE  19850 |
| | Chase<br>PO Box 15298<br>Wilmington DE  19850 |
| | Omnisure Group LLC<br>440 North Wells Street<br>Chicago IL  60654 |
| | Paylink<br>150 North Wacker Drive Suite 2<br>Chicago IL  60606 |
| Preferred Financial Solutions<br>PO Box 519<br>Zionsville IN  46077 | Benesch<br>1 American Square<br>Suite 2300<br>Indianapolis IN  46282 |
| | BMO Harris<br>PO Box 6201<br>Carol Stream IL  60197 |
| | Cory Watson Crowder and Degaris<br>2131 Magnolia Avenue<br>Birmingham AL  35205 |
| | Omnisure Group LLC<br>440 North Wells Street<br>Chicago IL  60654 |

B6H (Official Form 6H) (12/07)

In re _Steven Mlynski_ _____ / Debtor     Case No. _____
                                                               (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Paylink*<br>*150 North Wacker Drive Suite 2*<br>*Chicago IL  60606* |
| *Preferred Financial Solutions...continued* | *RevShare*<br>*32836 Wolf Store Road*<br>*Temecula CA  92592* |
| *Rhonda Roell-Taylor*<br>*152 New Street #109*<br>*Macon GA  31201* | *Cory Watson Crowder and Degaris*<br>*2131 Magnolia Avenue*<br>*Birmingham AL  35205* |
| *Thomas P Dakich*<br>*9425 North Meridian Street*<br>*Indianapolis IN  46260* | *Cory Watson Crowder and Degaris*<br>*2131 Magnolia Avenue*<br>*Birmingham AL  35205* |

**Fill in this information to identify your case:**

Debtor 1    Steven Mlynski
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    NORTHERN        District of    ILLINOIS

Case number
(If known)    _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:
_____
MM / DD / YYYY

## Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may Include student or homemaker, if it applies. | | |

**Employment status**

Debtor 1: ☑ Employed  ☐ Not employed

Debtor 2 or non-filing spouse: ☐ Employed  ☐ Not employed

**Occupation**

Marketing Consultant — Grant Administator

**Employer's name**

Self Employed — University of Illinois

**Employer's address**

300 South Stone Avenue — 900 South Halsted
Number  Street — Number  Street

La Grange  IL  60525 — Chicago  IL  60607
City  State  ZIP Code — City  State  ZIP Code

**How long employed there?**  1 year — 9 months

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 3100.00 | $ 3866.67 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 3100.00 | $ 3866.67 |

Debtor 1   Steven Mlynski

First Name    Middle Name    Last Name

Case number (if known)_____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|

Copy line 4 here ........................................................ ➔ 4.   $ 3100.00      $ 3866.67

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 620.00 | $ 741.56 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 800.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h. | + $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 620.00      $ 1541.56

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 2480.00      $ 2325.11

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm**<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive**<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income. Specify:** _____ | 8h. | + $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 0.00      $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 2,480.00   +   $ 2,325.11   =   $ 4805.11
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

    Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 4805.11

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

    [✓] No.
    [ ] Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1      Steven Mlynski
              First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name      Last Name

United States Bankruptcy Court for the: NORTHERN _____ District of ILLINOIS

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes. **Does Debtor 2 live in a separate household?**
    ☐ No
    ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 15 | ☐ No  ☑ Yes |
| Daughter | 16 | ☐ No  ☑ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |
|  |  | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 6I).

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 3956.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 1416.34 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| Debtor 1 | Steven Mlynski | | Case number *(if known)* |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | | | **Your expenses** |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ 300.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 250.00 |
| | 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ 400.00 |
| 8. | **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ 100.00 |
| 10. | **Personal care products and services** | 10. | $ 50.00 |
| 11. | **Medical and dental expenses** | 11. | $ 100.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 350.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 25.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ 0.00 |
| | 15b. Health insurance | 15b. | $ 0.00 |
| | 15c. Vehicle insurance | 15c. | $ 110.00 |
| | 15d. Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| | 17c. Other. Specify:_____ | 17c. | $ 0.00 |
| | 17d. Other. Specify:_____ | 17d. | $ 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form B 6I)** | 18. | $ 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a. Mortgages on other property | 20a. | $ 0.00 |
| | 20b. Real estate taxes | 20b. | $ 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Steven Mlynski
_____    Case number (*if known*)_____
First Name        Middle Name        Last Name

---

21.    **Other**. Specify: _____    21.    **+** $_____ 0.00

22.    **Your monthly expenses.** Add lines 4 through 21.
       The result is your monthly expenses.                         22.    $_____ 7057.34

23.    **Calculate your monthly net income.**

       23a.    Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.    $_____ 4805.11

       23b.    Copy your monthly expenses from line 22 above.    23b.    **—** $_____ 7057.34

       23c.    Subtract your monthly expenses from your monthly income.
               The result is your *monthly net income*.    23c.    $_____ -2252.23

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**

       For example, do you expect to finish paying for your car loan within the year or do you expect your
       mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

       ☑ No.
       ☐ Yes.    Explain here:

---

B6 Declaration (Official Form 6 - Declaration) (12/13)

In re _Steven Mlynski_ _____    Case No. _____
                    Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _257_ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _10/13/2014_____        Signature _/s/ Steven Mlynski_ _____
                                                                 _Steven Mlynski_



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

---

## CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER    (See 11.U.S.C. § 110)

I certify that I am a bankruptcy preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Preparer: _____                    Social security No. : _____


Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:



If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.


X_____                    Date: _____


A bankruptcy petition preparer's failure to comply with the provisions of title 11 and  the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: *Steven Mlynski* _____ ,    Case No. _____

Debtor    (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE

*Year to date: $18,500.00*    *Income from employment.*
*Last Year:  ($97,019.00)*    *Income from employment.*
*(AGI)*    *Income from employment.*
*Year before:  $150,000.00*

---

### 2. Income other than from employment or operation of business

None ☒    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None ☐

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Chase Home Finance*<br>*PO Box 24696*<br>*Columbus, OH 43224* | *7/2014*<br>*8/2014*<br>*9/2014* | *$220.00*<br>*$220.00*<br>*$220.00* | *$87,124.00* |
| *Chase Home Finance*<br>*PO Box 24696*<br>*Columbus, OH 43224* | *7/2014*<br>*8/2014*<br>*9/2014* | *$3,968.00*<br>*$3,968.00*<br>*$3,968.00* | *$595,182.00* |
| *Cook County Treasurer*<br>*2121 Euclid Avenue*<br>*Rolling Meadows, IL 60008* | *8/2014* | *$6900.00* | *$0.00* |
| *BMW Bank of North America*<br>*PO Box 78066*<br>*Phoenix, AZ 85062* | *7/2014*<br>*8/2014* | *$779.00*<br>*$779.00* | *$50,099.13* |
| *Internal Revenue Service*<br>*PO Box 7317*<br>*Philadelphia, PA 19101* | *9/2014* | *$5,500.00* | *$0.00.* |

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Omnisure Group LLC vs. Mlynski, et al.;  2014 L 007580* | *Breach of Contract* | *Cook County Circuit Court* | *Pending* |
| *Gregory vs. Preferred Financial Solutions, et al. 11 cv-00422* | *Class action for alleged violation of Georgia Debt Adjustment ACt* | *United States District Court for the Middle District of Georgia* | *Pending* |

| None | |
|---|---|
| ☒ | b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 5. Repossessions, foreclosures and returns

| None | |
|---|---|
| ☒ | List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 6. Assignments and receiverships

| None | |
|---|---|
| ☒ | a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

| None | |
|---|---|
| ☒ | b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 7. Gifts

| None | |
|---|---|
| ☒ | List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 8. Losses

| None | |
|---|---|
| ☒ | List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.) |

## 9. Payments related to debt counseling or bankruptcy

| None | |
|---|---|
| ☐ | List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case. |

Statement of Affairs - Page 3

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Jeff Whitehead*<br>*Address:*<br>*700 W Van Buren*<br>*Suite 1506*<br>*Chicago, IL 60607* | *Date of Payment: 9/2014*<br>*Payor: Steven Mylinski* | *$1,500.00* |

---

**10. Other transfers**

None ☒   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒   b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☐   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| *Chase Bank* | *Steve Mlynski*<br>*300 South Stone Avenue*<br>*LaGrange, IL 60525*<br><br>*Mary Dybas*<br>*300 South Stone Avenue*<br>*LaGrange, IL 60525* | *Birth certificates, Wills* | |

---

**13. Setoffs**

None ☒   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ⊠

List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ⊠

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ⊠

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ⊠

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ⊠

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ⊠

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If  the  debtor  is  a  corporation,  list  the  names,  addresses,  taxpayer  identification  numbers,  nature  of  the  businesses,  and  beginning  and  ending  dates  of all  businesses      in  which  the  debtor  was  a  partner  or  owned  5  percent  or  more  of  the  voting  or  equity  securities  within  six  years  immediately  preceding  the commencment  of  this  case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Maranna Inc.* | *ID: 36-4307224* | *39 South LaSalle Street Chicago, IL 60603* | *Marketing Services* | *1999 to 2013* |
| *Preferred Financial Solutions, Inc.* | *ID:* | *5674 West 74th Street, Indianapolis, IN 46278* | *Financial Services* | *2003 to 2013* |
| *Premium Auto Protection* | *ID:* | *39 South LaSalle #1420 Chicago, IL 60604* | *Automobile Warranty Sales* | *2010 to 2012* |

None

☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The  following  questions  are  to  be  completed  by  every  debtor  that  is  a  corporation  or  partnership  and  by  any  individual  debtor  who  is  or has  been,  within  six  years  immediately  preceding  the  commencement  of  this  case,  any  of  the  following:  an  officer,  director,  managing  executive,  or owner  of  more  than  5  percent  of  the  voting  or  equity  securities  of  a  corporation;  a  partner,  other  than  a  limited  partner,  of  a  partnership;  a  sole proprietor,  or  self-employed  in  a  trade,  profession,  or  other  activity,  either  full-  or  part-time.

(An  individual  or  joint  debtor  should  complete  this  portion  of  the  statement  only  if  the  debtor  is  or  has  been  in  business,  as  defined  above, within  six  years  immediately  preceding  the  commencement  of  this  case.    A  debtor  who  has  not  been  in  business  within  those  six  years  should  go directly  to  the  signature  page.)

### 19. Books, records and financial statements

None

☐

a. List all bookkeepers and accountants who within two years  immediately  preceding  the  filing  of  this  bankruptcy  case  kept  or  supervised  the  keeping  of books of account and records of the debtor.

NAME AND ADDRESS

DATES SERVICES RENDERED

*West Accounting Service*
*9 Lakeside Lane*
*North Barrington, IL 60010*

*Dates: 1999 to*
*Present*

None

☒

b. List all firms or individuals who within two years immediately  preceding  the  filing  of  this  bankruptcy  case  have  audited  the  books  of  account  and  records, or prepared a financial statement of the debtor.

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME

ADDRESS

**West Accounting Service**

**9 Lakeside Lane**
**North Barrington, IL 60010**

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

NAME

ADDRESS

DATES ISSUED

**BMO Harris**

**PO Box 6201**
**Carol Stream, IL 60197**

**Dates: 2010 to 2014**

## 20. Inventories

None ☒ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

## 21. Current Partners, Officers, Directors and Shareholders

None ☒ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☒ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *10/13/2014*    Signature  */s/ Steven Mlynski*
                       of Debtor

Date  _____    Signature  _____
                          of Joint Debtor
                          (if any)

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 34(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social-Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social-security number of the officer, principal,, responsible person, or partner who signs this document.*

_____

_____

Address

X _____          _____

   Signature of Bankruptcy Petition Preparer          Date

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Steven Mlynski*

Case No.
Chapter  7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Chase Home Finance* | *Residence at 300 South Stone Avenue* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Chase Home Finance* | *Residence at 300 South Stone Avenue* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

| Property No. 3 | |
| --- | --- |
| **Creditor's Name :** <br><br> *BMW Bank of North America* | **Describe Property Securing Debt :** <br><br> *2011 BMW 750 Li xDrive Sedan* |

Property will be (check one) :

☒ Surrendered      ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain _*Surrender*_                                    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt      ☒ Not claimed as exempt

**Part B -**   Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach
additional pages if necessary.)

| Property No. | | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
| --- | --- | --- |
| **Lessor's Name:** <br><br> *None* | **Describe Leased Property:** | ☐ Yes      ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt
and/or personal property subject to an unexpired lease.

Date: _10/13/2014_          Debtor: _/s/ Steven Mlynski_

Date: _____          Joint Debtor: _____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re *Steven Mlynski*

Case No.

Chapter *7*

_____ / Debtor

Attorney for Debtor:   *Jeff Whitehead*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a) For legal services rendered or to be rendered in contemplation of and in
       connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ *1,500.00*
    b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ _____ *1,500.00*
    c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . $ _____ *0.00*

3.  $ _____ *335.00* _____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
       file a petition under title 11 of the United States Code.
    b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
       court.
    c) Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: *10/13/2014*                         Respectfully submitted,

                                   X */s/ Jeff Whitehead* _____
            Attorney for Petitioner: *Jeff Whitehead*
                                   *Law Office of Jeff Whitehead*
                                   *700 W Van Buren*
                                   *Suite 1506*
                                   *Chicago IL  60607*
                                   *312-648-0473*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re *Steven Mlynski*

Case No.

Chapter   **7**

_____ / Debtor

Attorney for Debtor:   *Jeff Whitehead*

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the

best of our knowledge.

Date: *10/13/2014*_____

/s/ *Steven Mlynski*_____

Debtor

Aaron Dean
413 Othello Dr
Hampton, GA  30228

Aaron Jackson
5775 Preserve Circle
Alpharetta, GA  30005

Aaron Johnson
510 Ashland Manor Drive
Lawrenceville, GA  30045

Abreian Lawrence
6579 Valley Hill Dr. P.O. Box
Mableton, GA  30126

Adam Newman
PO Box 908
Claxton, GA  30417

Adrienne Flournoy
402 Gross Lake Pkwy
Covington, GA  30016

Aimee Green
100 Leochlyn Place Apt. 801
Bonaire, GA  31005

Alan Board
105 Brumby Road
Flintstone, GA  30725

ALAN DENSMORE
1502 Center Point Road
Temple, GA  30179

ALBERT CHAVOUS
PO BOX 14745
Augusta, GA  30919

Alberta Brash
223 Gause St.
Hinesville, GA  31313

Alex Gardner
500 South Macarthur Drive Apt.
Camilla, GA  31730

ALEXANDER GRIFFIN
793 DIAMOND CIRCLE
La Fayette, GA  30728

Alexander Stumpf
166 Shadybrook Dr.
Barnesville, GA  30204

Alexander Wilcher
1450 Hudson Rd P.O. Box 1349
Wadley, GA  30477

Alfonzo Alvarez
P.O. Box 344
Colbert, GA  30628

ALICE HOWELL
2522 TYUS-CARROLLTON RD
Carrollton, GA  30117

Allan Breiding
4803 Old Briar Trail
Douglasville, GA  30135

Alphonso Canty
101 Highpoint Crossing
Powder Springs, GA  30127

Alton Jarrett
1233 Well House Walk
Stone Mountain, GA  30088

Alvin McRoyal
1605 Vinebrook Terrace NW
Kennesaw, GA  30144

ALYSON LEVY
1076 AMSTERDAM AVE
Atlanta, GA  30306

Amanda Bryant
133 Fischer Spur
Newnan, GA  30265

Amanda Mills
121 West Stewart Ave.
Lyons, GA  30436

Amanda Watson
1767 Mountain Creek Church Rd.
Monroe, GA  30656

Amber Johnson
510 Ashland Manor Drive
Lawrenceville, GA  30045

Amiel Whyte
700 Lilly Glen Ln
Stockbridge, GA  30281

AMY BRANNEN
2791 M.P. MARTIN ROAD
Brooklet, GA  30415

Amy Parker
1718 Brandy Woods TR.
Conyers, GA  30013

Amy Rosko
3320 Stewart Rd.
Monroe, GA  30655

Ana Ybarra
1943 Utah St
Savannah, GA  31404

ANDRE MEIER
2801 TONY DR
Lawrenceville, GA  30044

Angela Beasley
3 Yarbrough Place
Hinesville, GA  31313

ANGELA LIAKAKIS
125 ROCKWOOD LANE
Fayetteville, GA  30215

Angela Morgan
5036 Club Vista Point
Stone Mountain, GA  30088

Angela Osbey
2615 Holcomb Spring Dr.
Alpharetta, GA  30022

Angela Whitlock
4788 Chafin Point Ct.
Snellville, GA  30039

Angelica Castro
803 Bright Morning Way
Stockbridge, GA  30281

Angelo Lewis
2524 E Kensington Dr.
Augusta, GA  30906

ANGIE JOHNSON-WHITEN
641 BLAIR RD
Mount Airy, GA  30563

Anissa Johnson
516 James Ridge Lane
Stockbridge, GA  30281

Anita Adams
6428 Church St.   Apt 14
Riverdale, GA  30274

Anita Bowden
611 Old Wheat St. NE
Atlanta, GA  30312

Anita Mims
3814 Tommy Lee Cook Rd
Newnan, GA  30263

Anita Ritchey
2530 Gateview Ct.
Cumming, GA  30040

Ann McCrackan
3550 Clack Rd.
Madison, GA  30650

Anna Batazhan
430 Mountainview Dr.
Covington, GA  30016

ANNE HENDERSON-BRIGMAN
900 LEGACY PARK DRIVE, APT. 12
Lawrenceville, GA  30044

Anne Hollingsworth
3906 Cornell Blvd. SW
Atlanta, GA  30331

Anne Peurifoy
1599 Rehoboth Rd.
Griffin, GA  30224

Annette Partridge
425 Wesley Park Dr.
Jonesboro, GA  30238

Annette Shaw
1211 Saint Andrews Dr.
Auburn, GA  30011

Annette Stewart
1944 S. Court St
Quitman, GA  31643

Annie Hall
900 Oregano Ct SE
Conyers, GA  30094

Annie Wylene Martin
P. O. Box 191
Douglas, GA  31534

Anthony Egnew
216 Odyssey Turn
Conyers, GA  30012

Anthony Jenkins
816 Evergreen Dr
Monroe, GA  30655

Anthony Midgett
5007 Registry Ct.
Kennesaw, GA  30152

ANTHONY WRIGHT
707 CHESTNUT HILL DR
Marietta, GA  30064

Antonio Benitez
1822 Patterson Park Dr.
Lawrenceville, GA  30044

Antonio Brown
611 Old Wheat St. NE
Atlanta, GA  30312

Antonio Clark
1406 Dogwood Circle
West Point, GA  31833

APRIL CHAVOUS
PO BOX 14745
Augusta, GA  30919

Arthur Ferguson
465 Lake Trace
Fairburn, GA  30213

Arturo Cooper
3516 Pecos Lane
Norcross, GA  30092

ASHEBIR ARAYA
2413 roosevelt highway
Atlanta, GA  30337

Ashraf Mohamed
833 Spindletop Way
Stockbridge, GA  30281

Austin McQueen
50 Emily Trace
Covington, GA  30016

Autley Salahuddin
2128 Stoneview Dr.
Lithia Springs, GA  30122

AVIS JENKINS
1723 Cumberland Valley Dr.
Smyrna, GA  30080

Baldemar Martinez
583 Harris Beamer Rd.
Calhoun, GA  30701

BARBARA DELKE
4350 EARNEY ROAD
Woodstock, GA  30188

BARBARA HULSEY
475 BANKHEAD HWY
Winder, GA  30680

BARBARA MILAM
4516 HEDINGHAM LANE
Columbus, GA  31907

Barbara Snellings
838 Buckner Rd
Junction City, GA  31812

BARBARA WHITE
3575 MORGAN ROAD
Hephzibah, GA  30815

Baxter Lee
3535 Lenox Dr
Valdosta, GA  31605

Beena Wilson
3395 Wellbrook Dr.
Loganville, GA  30052

Benesch
1 American Square
Suite 2300
Indianapolis, IN  46282

Bernard Howard
688 Wren Walk
Stone Mountain, GA  30087

Bernard Small
3857 Mercer St.
Macon, GA  31204

Bernice Branch
50 Buck Creek Dr
Carrollton, GA  30117

Bernice McLean
3203 Lenox Rd NE Apt 7
Atlanta, GA  30320

Bernice Russell
51 Dunnoman Dr.
Savannah, GA  31419

Bernice Wosk
3355 McDaniel Road # 5406
Duluth, GA  30096

Bertalan Lovasz
313 Pine Needle Trail
Villa Rica, GA  30180

Beth Ketchum
4168 Clark Circle
Acworth, GA  30102

BETHANY HENRY
551 CALDWELL RD.
Zebulon, GA  30295

Bethenta Terrell
PO Box 13
Leesburg, GA  31763

Betty Johnson
85 Thorn Thicket Way
Rockmart, GA  30153

Betty Odom
114 Dogwood Circle
Tallapoosa, GA  30176

Beverly Hilley
941 Harrington Bend Rd.
Calhoun, GA  30701

Bill Rigdon
3275 Embry Downs Court
Atlanta, GA  30340

Bill Sandstrom
281 Sommerbrook Rd.
Braselton, GA  30517

BILLY BASS
4201 HD ATHA RD
Covington, GA  30014

Billy Holcomb
4753 Hartwell Drive
Douglasville, GA  30135

Blanca Horan
12409 Largo Dr Apt 17
Savannah, GA  31419

Blessing Iyileh
375 Laurenton Circle
Lawrenceville, GA  30044

BMO Harris
PO Box 6201
Carol Stream, IL  60197

BMO Harris
141 West Jackson Blvd
Chicago, IL  60604

BMW Bank of North America
PO Box 78066
Phoenix, AZ  85062

Bobbie Bivens
1953 Slaisbury Way
Hinesville, GA  31313

BOBBY BRAND
1326 WHOOPING CREEK CHURCH RD
Carrollton, GA  30116

BOBBY VICKERS
553 MT. TABOR CHURCH RD
DALLAS, GA  30157

BONANZA EPPS
4257 E CHAPEL HILL ROAD
Douglasville, GA  30135

Bonita Abrams
1210 Lora Smith Rd.
Newnan, GA   30265

BOOKER HARPER
174 Sprtsman Club Rosd
Leesburg, GA   31763

BRAD MOORE
2434 WOODLAND DR N.W.
Kennesaw, GA   30152

BRAD SHIPMAN
266 GADDIS RD
Canton, GA   30115

BRADY BURNS
148 RED BIRD RD
Tifton, GA   31794

Brandi Cunningham
104 Grimes Rd.
Milledgeville, GA   31061

Brenda Bagley
4195 Briarwood Dr.
Macon, GA   31204

Brenda Burrell
10556 Almosa Ln
Jonesboro, GA   30238

BRENDA FRYE
PO Box 694
Danielsville, GA   30633

Brenda Rairigh
716 Crooked Creek Dr.
Dahlonega, GA   30533

BRENDA SANDERS
1412 ALTA VISTA DR
Columbus, GA   31907

Brenda Sellars
229 Highway 49 Lot F
Macon, GA   31211

BRENDA SZURMINSKI
3815 LANDING TERRACE
Loganville, GA   30052

Brenda Yancey
1930 Daffodil Dr.
Acworth, GA   30102

Brent Ratliff
2612 Bay Road
Blackshear, GA   31516

BRIAN HENDERSON
6045 GRANT FORD ROAD
Gainesville, GA  30506

Brian Kennedy
5656 Hunters Chase Dr.
Lithonia, GA  30038

BRIDGET GIVEN
2507 Waterford Lane
Woodstock, GA  30118

Brittany Taylor
96 Eastanollee School Road
Eastanollee, GA  30538

Bruce Flippins
654 Georgetown Ct
Jonesboro, GA  30236

Caleb Collins
527 Greenfield Dr.
Statham, GA  30666

Caleb Mohamed
2350 Brittany Terrace
Atlanta, GA  30349

Caliph Nelson
75 Westover Place
Covington, GA  30016

Callie Hicks
47 Atwood Dr
Rome, GA  30165

CALVIN JACKSON
10 WATERS CT
Covington, GA  30016

CALVIN WHITE
908 E. Brookwood PL
Valdosta, GA  31601

Camille Brewster
2955 Stone Crest LN
Lithonia, GA  30038

CARI WALTERS
7049 H RAMBLON CIR
Fort Stewart, GA  31315

CARL BEARD
1365 REGAL HEIGHTS DR
Lithonia, GA  30058

CARL DESPAGNI
2866 TYNEWICK DR NE
Roswell, GA  30075

Carl Hodge
378 Jenny Cove Rd.
Cleveland, GA  30528

Carl Waldron
2733 Lower Roswell Rd.
Marietta, GA  30068

Carlesha Currie
2701 Alandale Dr.
Macon, GA  31211

Carlos Highsmith
137 Summer Brooke Dr.
Peachtree City, GA  30269

Carlton Hagans
5513 Hood St.
Lula, GA  30554

Carlton Westberry
82 Partridge Place
Jesup, GA  31545

Carlton Yancey
1930 Daffodil Dr.
Acworth, GA  30102

CAROLINE HOWARD
2249 NORHT BROOK RIDGE
Kennesaw, GA  30152

CAROLYN BENITA WILLIAMS
PO BOX 2453
Clarkesville, GA  30523

Carolyn Coker
4601 Gordon Reynolds SE
Covington, GA  30014

CAROLYN DAILEY
315 DIAMOND DR
Clarkesville, GA  30523

CAROLYN POWELL
406 WHIPPOORWILL RD
Lyons, GA  30436

Carrie Howell
4007 Watkins Glen Dr.
Woodstock, GA  30189

Carrie Ogletree
224 Martha Ave NE
Atlanta, GA  30317

Casey Kersh
PO BOX 5124
Gainesville, GA  30504

Cassandra Neerman
3003 Heart Pine Lane
Buford, GA  30519

Cassandra Teegarden
6835 Glenlake Pkwy Apt H
Atlanta, GA  30328

Cassie Terrell
PO Box 13
Leesburg, GA  31763

CATHERINE POULTON
4405 Lake Side Way
Newnan, GA  30265

Catherine Worthy
P.O. Box 252
Edison, GA  39846

Cathey Rollins Brooks
1909 Reeves Ave.
Nashville, GA  31639

CATHY BINETTI
P.O. BOX 1467
Powder Springs, GA  30127

CATHY WOODARD
1377 SHOREHAM DR
Atlanta, GA  30349

Cecelia Morell
519 Savanah Town Road
Springfield, GA  31329

Celeste Hall
167 Dover Dr.
Waverly, GA  31565

CELINA LOCKE
207CHERRY HILL DRIVE
Calhoun, GA  30701

CELINA WILLIAMS
2160 ROCK QUARRY ROAD
Danielsville, GA  30633

CHAD ARASHIRO
2213 LAKE PARK DR APT G
SMYRNA, GA  30080

CHADWICK GREEN
106 BONAVENTURE PLACE
Locust Grove, GA  30248

Charlene Gillead
1557 Riverwood Ct.
Atlanta, GA  30349

Charles Avery
3194 Sandusky Dr.
Decatur, GA  30032

Charles Avery
15 Greenwood Dr.
Cartersville, GA  30120

CHARLES AYERS
1073 ANGEL LANE
Powder Springs, GA  30127

Charles Densford
2145 Westwind Dr.
Roswell, GA  30073

Charles Dupree
6128 Valley Green Rd.
Lithonia, GA  30058

Charles Giles
190 Alcovy Crossing Dr
Covington, GA  30014

Charles Haynes
1953 Washington Hwy
Elberton, GA  30635

Charles Johnson
218 Huffaker Rd.  Apt B
Rome, GA  30165

Charles Lundy
3194 Sandusky Dr.
Decatur, GA  30032

CHARLES MCINTOSH
1003 JOE STREET
Savannah, GA  31401

CHARLES NICHOLS
1412 ANONA PL
Woodstock, GA  30188

CHARLES POULTON
4405 Lake Side Way
Newnan, GA  30265

CHARLES ROBERTS
69 HELEN ROAD
Covington, GA  30016

Charles Trollinger
211 Cobblestone Ln.
Mcdonough, GA  30252

CHARLES WILLIAMS
ROUTE 1 BOX 27
Pearson, GA  31642

Charles Newell
1333 Lee Clarkson Rd.
Chickamauga, GA 30707

Charlie Bell
279 Pope Hill Cir.
Senoia, GA 30276

Charnique Slater
102 Verona St.
Warner Robins, GA 31088

Chase
PO Box 15298
Wilmington, DE 19850

Chase Home Finance
PO Box 24696
Columbus, OH 43224

Cheryl Mitchell
P.O. Box 853  230 Butts St.
Wadley, GA 30477

Chris Albright
5286 Harrison Davisboro Rd
Davisboro, GA 31018

Chris Branan
10 Wisteria Blvd
Covington, GA 30016

Chris Cruse
2081 Elmwood Circle
Snellville, GA 30078

CHRIS CUNNINGHAM
4045 BANUBE CIRCLE
Valdosta, GA 31605

CHRIS ROWELL
78 OAKLAND ST
Hartwell, GA 30643

CHRISTINA HARRINGTON
2491 BARTLEY ROAD
Lagrange, GA 30240

Christina Hernandez
609 Crestview Drive
Dalton, GA 30721

Christina Hopkins
1595 Dunton Green Way
Lawrenceville, GA 30043

Christina Nitz
4350 Autumn Ct.
Canton, GA 30114

Christine Penfield
15101 Birmingham Hwy.
Alpharetta, GA  30004

Christine Curry
201 W Ponce De Leon ave. Unit
Decatur, GA  30030

Christine Reid
PO Box 161
Pelham, GA  31779

CHRISTINE TEETERS
3110 N. MARBLETOP ROAD
Chickamauga, GA  30707

CHRISTINE VANDEVENTER
6484 CAMPBELLS WAY
Harlem, GA  30814

Christine Walsh
3460 Kingsboro Rd. NE  Unit 34
Atlanta, GA  30326

CHRISTINE WHITEACRE
3535 ROSWELL RD. J 4
Atlanta, GA  30305

CHRISTOPHER BECKOM
250 CEDAR HEIGHTS ROAD LOT 25
Carrollton, GA  30116

Christopher Evans
237 Taylors Farm Dr.
Canton, GA  30115

Christopher Worthy
321 Hillcrest St
Concord, GA  30206

Christy Baez
79 jeffco Drive
Jefferson, GA  30549

CHRISTY HALL
105 SHAMROCK CIRCLE
Byron, GA  31008

Christy McCoy
425 Ashly Way
Loganville, GA  30052

Chuck Ketchum
4168 Clark Circle
Acworth, GA  30102

Cicero Grace
1533 Pine St.
Marietta, GA  30060

CINDY DAVIS
137 SUMER LANE NORTH
Douglasville, GA  30134

Cindy DeAngelis
161 Woodland Cir
Bremen, GA  30110

Cindy Thurman
712 Pincrest Rd
Winder, GA  30680

Citicards
701 East 60th Street N
Sioux Falls, SD  57104

Clarence Markham
4716 Brookwood View
Atlanta, GA  30349

Clark and Smith Law Firm
3402 Vineville Avenue Suite A
Macon, GA  31204

CLAUDE SCOTT FISHER
1604 DEAN MTN RD
Cleveland, GA  30528

CLAUDIA JACKSON
10 WATERS CT
Covington, GA  30016

Claudia Sifflet
1144 Lakefield Walk
Marietta, GA  30064

CLEAVON BARTON
1386 GRAYMONT DR
Atlanta, GA  30310

CLIFTON PULLIAM
427 Misty Cove
Clarkesville, GA  30523

Clinton Hicks
245 Bethel Church Rd. NE
Dalton, GA  30721

CLORESEA WESSON
3045 ABBOTTS POINTE DR
Duluth, GA  30097

Columbia Sutton
263 Gulfport Ct.
Hampton, GA  30028

Community Tax Relief
6232 North Pulaski Road
#300
Chicago, IL  60646

Community Debt Relief

Connie Breitenbach
1240 Ridenour Blvd NW  Apt. 22
Kennesaw, GA  30152

CONNIE BURR
80 CHERUB LANE
Sharpsburg, GA  30277

Connie Hamilton
224 Hamilton Hill Lane
Pearson, GA  31642

Connie Johnson
501 Jarrett Ct.
McDonough, GA  30253

Copeland Gilpin
2876 Pacifica Ives Court
Snellville, GA  30039

Copilevitz and Canter, LLC
310 West 20th Street, Suite 30
Kansas City, MO  64108

CORA ROBINSON
5650 HUNTERS FOREST LANE
Atlanta, GA  30349

Coreen Davis
536 Broad Head Point
Suwanee, GA  30024

Corey Ford
6110 Cedar Crest Rd. Suite 350
Acworth, GA  30101

COREY LEWIS
11739 SAWGRASS CT
FAYETTEVILLE, GA  30215

CORNELIUS WOODARD
1377 SHOREHAM DR
Atlanta, GA  30349

Cory Watson Crowder and Degaris
2131 Magnolia Avenue
Birmingham, AL  35205

Craig Bowie
4432 Beaver Tree St.
Loganville, GA  30052

CRAIG NEWTON
635 Wynne Street
Chester, GA  31012

Cristi Hatcher
378 Jenny Cove Rd.
Cleveland, GA  30528

Crystal Lineh
4154 Crowder Drive
Kennesaw, GA  30152

Curtis Burrell
10556 Almosa Ln
Jonesboro, GA  30238

CURTIS SOUTH
295 DAY RD
Bowdon, GA  30108

CURTISS SOUTH
295 DAY RD
Bowdon, GA  30108

Cynthia Hall
398 Hwy 87 N.
Cochran, GA  31014

CYRENA LINDHORST
278 SUNNYSIDE DRIVE
Box Springs, GA  31801

Dakich and Associates
9425 North Meridian Street
Suite 161
Indianapolis, IN  46260

DALE KING
112 EDGEWATER WAY
Peachtree City, GA  30269

DANA JOHNSON
4892 RAVEN PLACE
Marietta, GA  30066

DANIEL COLLIER
123 JOHNSON RD EXT
Locust Grove, GA  30248

DANIEL LAVELLE
80 HELEN LANE
Stockbridge, GA  30281

DANIEL SHIELDS
6 Brown Place
Fort Stewart, GA  31315

Daniel Sorrow
119 Woodlands Drive
Jackson, GA  30233

Daniel Yuska
11825 Creekstone Way
Zionsville, IN  46077

Danielle Chadwick
1176 MasonLee Ave.
Loganville, GA  30052

DANNIKA COHEN
3034 STEEPLECHASE
Alpharetta, GA  30004

DARLEEN WODZENSKI
1331 PINE SHADOWS DR
DALLAS, GA  30132

Darlene Jackson
7141 Rhodes St.
Lithonia, GA  30058

DARLENE JONES
78 OAKLAND ST
Hartwell, GA  30643

DARLENE MEIER
2801 TONY DR
Lawrenceville, GA  30044

Darlene Sanders
2569 Dana Dr.
Gainesville, GA  30507

DARLIA MINARD
199 Dodd Drive
Summerville, GA  30747

DARRELL LONG
157 ROSEWOOD DR
Dawsonville, GA  30534

Darren Cooter
404 Glenn St.
La Fayette, GA  30728

D'Arri Moore
550 Wilkerson Rd.
Rex, GA  30273

Darryl Crenshaw
4846 Haymarket Trail
Decatur, GA  30035

Darryl Kerr
3514 Granite Way
Augusta, GA  30907

Dave Ramoutar
3098 Leyland Ct.
Decatur, GA  30034

David Ballew
184 Olympia Dr.
Newnan, GA  30265

David Barrett
127 Bertha Gragg Rd.
Alto, GA  30510

David Brown
5350 Redfield Way
Flowery Branch, GA  30542

David Carr
4006 Fairview Dr.
Columbus, GA  31907

David Cash
868 River Rd.
Monticello, GA  31064

DAVID CURRY
1052 JOHN LOWERY ROAD
Dublin, GA  31021

David Hilley
941 Harrington Bend Rd.
Calhoun, GA  30701

David Krich
5632 Nacoochee St.
Lula, GA  30554

David Krueger
6308 Westpoint Road
Lagrange, GA  30240

DAVID LOCKE
207CHERRY HILL DRIVE
Calhoun, GA  30701

DAVID MARX
4014 SUNHILL COURT
Woodstock, GA  30189

DAVID MCKAIG
1940 PEACH STREET
Rossville, GA  30741

DAVID MITCHELL
1377 JOHN W. BREEDLOVE RD
Monroe, GA  30656

David Ritchey
2530 Gateview Ct.
Cumming, GA  30040

David Shuler
30 Artie Court
Oxford, GA  30054

David Teague
5850 Swan Walk
Sugar Hill, GA  30518

Dawn Sifflet
1144 Lakefield Walk
Marietta, GA  30064

DEADRA SPEARS
4041 U.S. Hwy 37
Camilla, GA  31730

Debbie Joyner
208 Seines Landing Road D
Springfield, GA  31329

DEBBIE WILLIAMS
ROUTE 1 BOX 27
Pearson, GA  31642

Debora Ledford
5004 Peach Mtn Circle
Gainesville, GA  30507

DEBORAH BANKS
2311 NORTHPLACE WAY
Smyrna, GA  30080

Deborah Branan
10 Wisteria Blvd
Covington, GA  30016

DEBORAH BREWER
308 MEADOWRIDGE DR
Warner Robins, GA  31093

Deborah Folarin
1216 Bradford Park Ln
Auburn, GA  30011

Deborah Garner
2020 Pheasant Creek St.
Augusta, GA  30907

Deborah Glenn
812 W. 20th Ave
Cordele, GA  31015

DEBORAH GLOVER
3226 VALLEY VIEW STREET
Powder Springs, GA  30127

DEBORAH HOYMAN
160 OAK STREET #G
Roswell, GA  30075

DEBORAH JACKSON
1447 EAGLE TRACE
Jonesboro, GA  30238

Deborah Smith
238 Arbour Way
Suwanee, GA  30024

DEBRA FISHER
1604 DEAN MTN RD
Cleveland, GA  30528

DEBRA HOUZE
105 ABINGDON WAY
Atlanta, GA  30328

Debra Long
116 E Shaw St.
Rincon, GA  31326

Debra Porter
503 West Church St.
Fort Valley, GA  31030

Delbra Thomas
5337 Golfcrest Circle
Stone Mountain, GA  30088

Deloris Lewis
105 Bay Street
Claxton, GA  30417

Delpha Smith
221 Hennon Dr. NW
Rome, GA  30165

Denise Baughman
1627 Dewey Rose Rd.
Dewy Rose, GA  30634

Dennis Sanders
2569 Dana Dr.
Gainesville, GA  30507

Derek Mikulskis
20 Berkley Place
Sharpsburg, GA  30277

Derek Scott
2434 Skyline Ridge Dr.
Lithia Springs, GA  30122

Deric Godfrey
1022 Bacon Rd
Hinesville, GA  31313

Derick Hamilton
458 Wearscross Road, Lot 7
Lagrange, GA  30240

DERRICK KENT
727 MOROSGO DRIVE NE APT.#20
Atlanta, GA  30324

Desiree Denmark
504 E. Cherokee Court
Woodstock, GA  30188

Dewayne Newman
9213 Jimmy Lee Circle
Jonesboro, GA  30238

Diana Withrow
120 Lakeview Ct.
Temple, GA  30179

Diana Sikes
213 Fairlane Drive
Rossville, GA  30741

DIANE BRAND
1326 WHOOPING CREEK CHURCH RD
Carrollton, GA  30116

DIANE MCCLENDON
343 WELDON RD
Forsyth, GA  31029

Diane McCord
44 Rooney Rd SW.
Rome, GA  30165

Diane Roberts
106 Hamilton Dr.
Jefferson, GA  30549

DONALD BAGLEY
230 FLORA AVE
Rome, GA  30161

DONALD CAPE
121 QUAIL PLACE NE
Milledgeville, GA  31061

Donald Joyner
208 Seines Landing Road D
Springfield, GA  31329

DONNA BOGGS
404 STREAMVIEW LANE
Stockbridge, GA  30281

DONNA HINES
3941 CREST DR
HEPHZIBAH, GA  30815

DONNA MANRING
319 WEATHER STONE PLACE
Woodstock, GA  30188

DONNA MCDANIEL
912 CARSWELL AVENUE
Waycross, GA  31503

DONNA MITCHELL
1377 JOHN W. BREEDLOVE RD
Monroe, GA  30656

DOROTHY FLETCHER
343 CARLTON SEITZ ROAD
Dahlonega, GA  30533

Dorothy Wakefield
2047 Ashton Way
Bainbridge, GA   39819

Dorothy Yarbrough
3144 Hidden Pass
Gainesville, GA   30506

Douglas Elkins
1589 Creek Mill Trace
Lawrenceville, GA   30044

Douglas Martin
P. O. Box 191
Douglas, GA   31534

DRUSILLA ELIZABETH BERRIAN
209 EAST HALE STREET
Augusta, GA   30901

Dustin Brackett
286 Brindle Rd.
Resaca, GA   30735

Dustin Cavanah
117 Exley Rd. S
Rincon, GA   31326

Dwayne Shy
425 Kenridge Pkwy
Decatur, GA   30032

Dwight Friday
900 Legacy Park Dr Apt 2135
Lawrenceville, GA   30043

Earnestine Jackson
1002 C Logan Store Road
Smithville, GA   31787

EARNESTINE SMITH
3081 Bentley Dr.
Upatoi, GA   31829

EDDIE LOPEZ
1216 WOODBURN COURT
Columbus, GA   31907

Eddie Wells
564 Martin Luther King Dr.
Millen, GA   30442

Eddie Woodruff
137 Howard Perdue Rd.
Jackson, GA   30233

Edna Whitehead
1142 Holly Circle
Forest Park, GA   30297

Edward DeBeix
2640 Conley Drive
Cumming, GA  30040

Edward Dixon
6401 Tree Crest Pkwy Apt. 6401
Decatur, GA  30035

Edward Mitchell
942 Hubbard
Atlanta, GA  30310

Elaine Allmon
15 Preston Dr.
Summerville, GA  30747

ELAINE HENDRY
1090 MCDANIEL MILL RD
Conyers, GA  30094

ELAINE REECE
304 AMY BLVD
Temple, GA  30179

ELIAS HARDGE
979 PARK GATE PLACE
Stone Mountain, GA  30083

Elijah Powell
2220 E. Victory Dr; Apt. #24
Savannah, GA  31404

Elizabeth Edwards
1133 Causey Rd.
Knoxville, GA  31050

Elizabeth Folsome
5 Holiday Ct
Savannah, GA  31419

ELIZABETH LEWIS
11739 SAWGRASS CT
FAYETTEVILLE, GA  30215

ELIZABETH MARTIN
214-2ND AVE
Rochelle, GA  31079

ELLA JOHNSON
1123 WEST SHORE DR
Riverdale, GA  30296

Elmyra Hammett
235 James Allen Place
Temple, GA  30179

Elodie Ilunga
4338 E. Poncdeleon Ave.  Apt A
Clarkston, GA  30021

Eloise Cooper
503 Mt. Moriah St.
Eastman, GA  31023

Emanuel King
2382 Old Fountain RD
Lawrenceville, GA  30045

Embry McCray
9135 Loxford
Lithia Springs, GA  30122

EMMA BALDWIN
1134 E CHURCH ST
Monroe, GA  30655

Emolyn Rodefer
2008 Smith Dr.
Kennesaw, GA  30144

Eric Cleveland
4001 William Bridge Rd.
Toccoa, GA  30577

ERIC RUNYON
1756 DEAN CIRCLE
Marietta, GA  30067

Erich Seipp
284 Carrington Way
Canton, GA  30115

Ester Dunson
107 Willowcreek Rd.
Lagrange, GA  30241

ESTON PRICE
1182 DEER RUN TRAIL
Claxton, GA  30417

Ethan Davis
2240 Wildcat Cliffs Way
Lawrenceville, GA  30043

Ethel Finnie
2899 Panthersville Rd. Apt E
Decatur, GA  30034

EUGENE LEWIS
306 S. HUDSON ST (IP.O> BOx 39
Plains, GA  31780

Eva Stokes
5021 Mulberry Way
Loganville, GA  30052

Everett Bivens
1953 Slaisbury Way
Hinesville, GA  31313

Evonne Dean
401 Hickory Walk SW
Marietta, GA  30064

Ezekial Logan
1102 Harbor Pt. Pkwy.
Atlanta, GA  30350

FANNIE VINYARD
1827 SUSAN DR
Dalton, GA  30720

Felix Bobian
4180 Hopkins Bluff Way
Duluth, GA  30096

Felix Lindsey
402 Frank Cook Road
Cochran, GA  31014

FERNANDO MELO
7285 HWY 129 N
Cleveland, GA  30528

Flordeliza Stroud
155 Grove Creek Dr.
Locust Grove, GA  30248

FLORENCE KERSTING
2025 PEACHTREE RD NE; APT 615
Atlanta, GA  30309

FRANCES WHITE
908 E. Brookwood PL
Valdosta, GA  31601

Frank Peterson
940 13th Ave.
Augusta, GA  30901

Frankie Ward
2005 Lake Point Dr.
Stone Mountain, GA  30088

FRED AJIERO
P.O. BOX 2122
Smyrna, GA  30081

Fred Lockhart
1836 Penrose Ct
Powder Springs, GA  30127

Fred Stroud
155 Grove Creek Dr.
Locust Grove, GA  30248

Fred Sutton
263 Gulfport Ct.
Hampton, GA  30028

Gail Hendricks
14 Victoria Court
Pooler, GA  31322

Gail Howard
688 Wren Walk
Stone Mountain, GA  30087

Gail Mincey
312 Mincey Ln.
Baxley, GA  31513

GARRY RAY
2335 PRICE DR
Macon, GA  31206

Gary Barta
612 Northwoods Lake Ct., Apt.
Duluth, GA  30096

GARY KING
112 EDGEWATER WAY
Peachtree City, GA  30269

Gary Shaw
1211 Saint Andrews Dr.
Auburn, GA  30011

Gary Thurman
712 Pincrest Rd
Winder, GA  30680

GARY TSEGAI
4119 BRENDA DRIVE
Decatur, GA  30035

Gary Wheeler
251 Poplar Springs Rd.
Nashville, GA  31639

Gary Wilson
17 Lakeside Dr.
Rincon, GA  31326

Gayla Mathis
2867 Kathryn Circle
Atlanta, GA  30331

GENA BASS
4201 HD ATHA RD
Covington, GA  30014

GEOFFREY BEEBE
522 IOWA AVE
Warner Robins, GA  31093

GEOFFREY WALTERS
7049 H RAMBLON CIR
Fort Stewart, GA  31315

GEORGE ASHTON
3149 SWALLOW DR
Marietta, GA  30066

GERALD BOYTE
346 Mountain View Trail
Dahlonega, GA  30533

Gerald Carter
1005 Lawyers Ln.
Columbus, GA  31906

Gerald Hassell
3585 Mt. Vernon Ct.
Lawrenceville, GA  30044

Gerrit Palmer
80 Micheal Ryan Dr.
Covington, GA  30016

GINA CLOUD
220 Westwind Dr.
Ball Ground, GA  30107

Ginger Ragsdale
12 Boones Ridge Dr S.E.
Acworth, GA  30102

Gladys Reid
933 Greenvill St.
Lagrange, GA  30241

Glenda O'Donoghue
5316 Cayuga Ct.
Lithonia, GA  30038

Glenda St. Clair
#8 Wilkins St.
Rome, GA  30165

Glenn Byars
6989 HWY 81 SW
Monroe, GA  30656

Gloria Grant
348 Langshire Drive
Mcdonough, GA  30253

GLORIA KNIGHT
2815 OCEAN VALLEY ROAD
Atlanta, GA  30349

Gloria Lewis
2108 Alabama Ave
Savannah, GA  31404

Gloria Pettis
101 Adrian Dr.
Stockbridge, GA  30281

Gloria Thomas
358 Robert Taylor Rd.
Lagrange, GA  30240

Greg Smith
341 JD Garnto Rd
Wrightsville, GA  31096

Greg Sullivan
211 Harvey Rd.
Covington, GA  30016

GREGORY CLOER
4108 BARBARA DR
Marietta, GA  30066

GREGORY MODEST
5571 PANOLA PLACE
Lithonia, GA  30058

Guernica Cleveland
4001 William Bridge Rd.
Toccoa, GA  30577

Guy Bienaime
354 Cobblestone Ct.
Hampton, GA  30228

H. Robin Speering
P.O. Box 6943 27B Hodgson Dr.
Athens, GA  30604

Hamilton Partners
300 Park Boulevard Suite 500
Itasca, IL  60143

Harold Carter
42 Chipping Ct.
Riverdale, GA  30274

HAROLD STONE
1287 WAVERLY DRIVE
Forest Park, GA  30297

HATTIE CAMP
3247 HOLLYDALE DRIVE
Atlanta, GA  30311

HAYWARD DAILEY
315 DIAMOND DR
Clarkesville, GA  30523

HEATHER JONES
40 HOLDER ST
Temple, GA  30179

HEATHER SWINDLE
1030 WHISTLING SWAN PL
Marietta, GA  30066

Helen Seaquara
1807 Hickory St.
Conyers, GA   30013

Helena Rabb
1806 Clearwater Dr.
Marietta, GA   30067

Hellen Miller
4886 Cline Rd. SW
Resaca, GA   30735

Henry Bishop
2424 Hwy 305
Midville, GA   30441

Henry Boateng
4629 Elmridge Ct.
Stone Mountain, GA   30083

Henry Brown
170 Arnold Rd
Hampton, GA   30228

HENRY BURDETTE
1940 TANGLEWOOD DRIVE
Elberton, GA   30635

HENRY DAVIS
805 MAPLE STREET
Fort Valley, GA   31030

HENRY EASTMAN
300 EASTWOOD FOREST
Covington, GA   30014

HILDA KELLEY
105 MOBLEY STREET
GRIFFIN, GA   30223

Hilton Wood
151 Oak Drive
Hawkinsville, GA   31036

HOLLY BURMAN
6180 FIELDSTONE DR
Douglasville, GA   30134

Holly Roebuck
2202 Burt Creek Rd.
Dawsonville, GA   30534

HORACE MCCLENDON
343 WELDON RD
Forsyth, GA   31029

Hue Wu
604 Rayella Dr.
Stockbridge, GA   30281

HUGH HUENTH VARNADOE
520 PHILLIP CAUSEY RD
Doerun, GA  31744

Hull Barrett PC
PO Box 1564
Augusta, GA  30903

Hurt Stolz, PC
345 West Hancock Avenue
Athens, GA  30601

Isom Jackson
302 Grant Park Pl. SE
Atlanta, GA  30315

Iva Griggs
64 Candler Rd SE
Atlanta, GA  30317

Ivory Holliday
2051 E. Lotus Point Dr.
Lithia Springs, GA  30122

Jack McCord
44 Rooney Rd SW.
Rome, GA  30165

Jack Nitz
4350 Autumn Ct.
Canton, GA  30114

JACKIE BUCHANAN
21920 GEORGIA HIGHWAY 100
FRANKLIN, GA  30217

JACKIE EPPS
4257 E CHAPEL HILL ROAD
Douglasville, GA  30135

Jackqueline Means
2766 Green Marsh Ct.
Decatur, GA  30034

Jacob Montes
85 Settlers Mill Run
Hiram, GA  30141

Jacqueline Curtis
3374 N. Court
Ellenwood, GA  30294

Jacqueline Isbell
930 Brookdale Dr.
Atlanta, GA  30344

Jacqueline Smith
412 Providence Chruch Rd
Newnan, GA  30263

JACQUELYN CASE
121 QUAIL PLACE NE
Milledgeville, GA   31061

James Allen
71 Brooke Dr.
Dallas, GA   30157

James Cavanah
117 Exley Rd. S
Rincon, GA   31326

JAMES DAVIS
137 SUMER LANE NORTH
Douglasville, GA   30134

JAMES DEGEN
2632 Raymond Avenue
Augusta, GA   30904

James Dunson
107 Willowcreek Rd.
Lagrange, GA   30241

James Fleischman
365 Potts Cir.
Roopville, GA   30170

James Henderson
8273 Meridian Dr.
Riverdale, GA   30274

JAMES KELLEY
105 MOBLEY STREET
GRIFFIN, GA   30223

JAMES MANRING
319 WEATHER STONE PLACE
Woodstock, GA   30188

James McKissac
100 -B Claymore Drive
Marietta, GA   30060

James McMillan
37 A Ensign Rd.
Forsyth, GA   31029

JAMES ROBINSON
5650 HUNTERS FOREST LANE
Atlanta, GA   30349

James Smith
645 W Bonacre Rd.
Cataula, GA   31804

James Sprankel
1593 Winndale Rd.
Dallas, GA   30157

James Skinner
903 Windward Ct.
Winder, GA  30680

James Sullivan
337 Terrace Dr.
Smyrna, GA  30082

James Taylor
1181 Forest Glen
Jonesboro, GA  30238

James Walker
10 Five Knoch Drive
Bremen, GA  30110

James Wilcox
820 S Main St.
Surrency, GA  31563

Jamie Williams
230 Woodhue Forest Ln.
College Park, GA  30349

JANE CHAFFIN
165 WEST FOREST DR
Covington, GA  30016

JANE DAVIS
2660 COLD SPRING TRAIL
Marietta, GA  30064

JANE KUEBELBECK
19012 GARDNER DR
Alpharetta, GA  30004

Janet Wilson
17 Lakeside Dr.
Rincon, GA  31326

Janice Booth
7250 Campbellton Rd  Apt 711
Atlanta, GA  30331

Janice Casper
316 Phillips St.
Lawrenceville, GA  30045

Janice Mays
1312 Karen Ln.
Thomson, GA  30824

Janice Poole
453 Valley Rd
Byron, GA  31008

JANICE QUIGGLE
PO BOX 1803
THOMASVILLE, GA  31799

Janice Walkum
4696 St. James Way
Decatur, GA  30035

Janice Walker
5802 Blueridge Dr
Columbus, GA  39107

Janice Wheeler
251 Poplar Springs Rd.
Nashville, GA  31639

Janna Lockhart
2218 Honey Bee Circle Dr.
Griffin, GA  30224

JAROD JOHNSON
4866 BROWN BRANCH RD
Blackshear, GA  31516

Jason Davis
536 Broad Head Point
Suwanee, GA  30024

Jason Howell
131 Pine Cir.
Monroe, GA  30655

Jean Herrick
1177 Primrose Cir.
Greenville, GA  30222

Jeanette Bell
64 Sword Ln
Clayton, GA  30525

JEANNIE CORLEY
109 Thomas Street
Griffin, GA  30224

Jeff Whitehead
700 W Van Buren
Suite 1506
Chicago, IL  60607

Jeff Whitehead
79 West Monroe Street
Suite 1020
Chicago, IL  60603

Jeffery Lovelady
593 Glen Rd.
Hiawassee, GA  30546

Jeffery N Brooks
8905 Hunt Club Road
Zionsville, IN  46077

JEFFREY CLIFTON
1417 WHITFIELD PARK CIRCLE
Savannah, GA  31406

JEFFREY OWENS
1156 Harview Dr SW
Lilburn, GA  30047

JEFFREY GIVEN
2507 Waterford Lane
Woodstock, GA  30118

Jeffrey Miller
3260 Valley Bin Road
College Park, GA  30349

Jemal Hashim
2628 NE Express Way #L2
Atlanta, GA  30345

JENNIE EMORY
1474 BAILEY AVE
Macon, GA  31204

Jennifer Burchett
889 Buck Blvd.
Calhoun, GA  30701

Jennifer Holmes
5607 Cherokee Ave
Savannah, GA  31406

Jennifer Lowenstain Coido
3164 Parfait Place
Acworth, GA  30101

Jennifer Munford
2448 Hillsdale Dr.
Macon, GA  31206

Jennifer Page
155 McKibben St.
Jackson, GA  30233

JENNIFER POSEY
RT 2 BOX 121-B
Ludowici, GA  31316

Jennifer Thomas
3444 Pate Brook Ct.
Snellville, GA  30078

JENNIFER UNVERSAW
101 STANDARD CT
Ringgold, GA  30736

Jennifer Waddell
142 Ozora Rd.
Loganville, GA  30052

JENNY COLLIER
123 JOHNSON RD EXT
Locust Grove, GA  30248

JENNY TAYLOR GARBISH
3920 Wakefield Drive
Flowery Branch, GA  30542

JENNY PRICE
1182 DEER RUN TRAIL
Claxton, GA  30417

Jeremiah Carter
135 Benjamin Drive
Athens, GA  30606

JERRY BATES
P O BOX 528
Clermont, GA  30527

JERRY MABRY
4125 Hickory Dr.
Powder Springs, GA  30127

JERRY REECE
304 AMY BLVD
Temple, GA  30179

Jerry Ross
127 Deann Dr
Hinesville, GA  31313

JERVIS COWAN
74 TRINA AVE
Kennesaw, GA  30144

Jessica Harrison
4115 N. Highway 123
Toccoa, GA  30577

Jessica Johnson
462 Crestmont Lane
Canton, GA  30114

JILL SPILLIARDS
790 STILLBROOK DR
Monroe, GA  30655

Jim Bowen
154 Westshore Dr.
Americus, GA  31719

Jim Tangires
1620 Pirkle Rd.
Norcross, GA  30093

Jimmy Bowers
P.O. Box 1203
La Fayette, GA  30728

JIMMY GRAHAM
PO BOX 312070
Atlanta, GA  31131

JIMMY HOWARD
2249 NORHT BROOK RIDGE
Kennesaw, GA  30152

JIMMY NUTT
162 N. WHITE OAK DRIVE
Chatsworth, GA  30705

Jimmy Pope
P. O. Box 234
Glenwood, GA  30428

Jo Ann O'Neal
65 Line Lane
Chickamauga, GA  30707

JOANN BRANNEN
301 WASHINGTON AVENUE
Savannah, GA  31405

Joanne Corona
29 Rosemont Drive
Rome, GA  30161

Joanne Moss-Walker
1191 Bonnie Lane
Stapleton, GA  30823

Joanne Woodruff
137 Howard Perdue Rd.
Jackson, GA  30233

Joe Harris
2231 Cook St
Thomaston, GA  30286

JOE SANDERS
1412 ALTA VISTA DR
Columbus, GA  31907

Joe Young
1938 Cimmaron Street
Savannah, GA  31405

Joel Davis
2789 Joyce Ave.
Decatur, GA  30032

Joel Ray Smith
238 Arbour Way
Suwanee, GA  30024

John Bidek
2218 Honey Bee Circle Dr.
Griffin, GA  30224

JOHN COCKING
2909 GRAY HWY
Macon, GA  31211

John Dokes
4601 Gordon Reynolds SE
Covington, GA   30014

John Dunn
1193 Upper Salem Church Rd
Jasper, GA   30143

John Edwards
334 Alderman Trace
Austell, GA   30168

John Henderson
880 Chapel Hill Drive
Lawrenceville, GA   30045

JOHN LINDHORST
278 SUNNYSIDE DRIVE
Box Springs, GA   31801

JOHN MAIER
3220 MOORSTEAD WAY
Cumming, GA   30041

John O'neal
121 Twelve Oaks Dr.
Lagrange, GA   30241

John Pridemore
7555 Palmetto Way
Riverdale, GA   30274

John Wells
334 Knottingham Dr.
Athens, GA   30606

JOHNNY BOYD
1716 HWY 19 SOUTH
Dublin, GA   31021

Johnny Turner
307 Glouchester Dr.
Locust Grove, GA   30248

Jolon Chadwick
1176 MasonLee Ave.
Loganville, GA   30052

JOLYNDA BURDETTE
1940 TANGLEWOOD DRIVE
Elberton, GA   30635

Jones Walker LLP
1819 Fifth Avenue N, Suite 110
Birmingham, AL   35203

JONNIA SMITH
4208 WOODFARE LANE
Kennesaw, GA   30152

Jorge Menjivar
5537 Charmaine Bd.
Norcross, GA  30071

Jose Angel
1047 Lakeview Drive
Jonesboro, GA  30236

JOSEPH BARBOUR
2160 ROCK QUARRY RD
Danielsville, GA  30633

Joseph Dugan
6203 D Jones Rd. PO Box 1295
Flowery Branch, GA  30542

Joseph Gutzweiler
1145 Old Roswell Rd.
Roswell, GA  30076

Joseph Lockey
637 Walker
Waycross, GA  31503

Joseph Martin
155 Woodbridge Dr.
Dallas, GA  30157

JOSEPHUS WILLIS
3575 MORGAN ROAD
Hephzibah, GA  30815

Joyce Barron
4146 Wilbur Dr.
Columbus, GA  31909

JOYDINE HARMON
4032 EVELYN DR
Powder Springs, GA  30127

JP Morgan Chase
PO Box 33035
Louisville, KY  40232

Juanita Holmes
209 Remington Ct
Dallas, GA  30132

Judith Cundy
599 Plantation Dr.
Rincon, GA  31326

Judith Pearson
1137 Tamarock Trail
Forest Park, GA  30297

Judy Freeman
4673 Duncan Bridge Rd.
Cleveland, GA  30528

Judy Goss
4784 Shannon Rd
Loganville, GA  30052

Judy Shurtleff
3416 Dunnington Ct.
Augusta, GA  30909

Julian Brewster
2955 Stone Crest LN
Lithonia, GA  30038

Julie Branham
6981 Redbone Way
Lithonia, GA  30038

Julie Evans
237 Taylors Farm Dr.
Canton, GA  30115

Julie Mathis
1419 Summit Trl
Hiawassee, GA  30546

Justin Powell
121 Bower Ct.
Winder, GA  30680

KABBA FATTY
9116 Ashton Rd.
Jonesboro, GA  30238

Kamia Mance Atkinson
2534 Meadow Brook Ct.
Lithonia, GA  30058

Karen Chambley
516 Abbington Lane
Douglasville, GA  30134

KAREN HALL
4 NEST DR NW
Rome, GA  30165

Karen Ray
5676 Mountain Park Way
Douglasville, GA  30135

Karin Agnetti
4698 Liberty Square Dr.
Acworth, GA  30101

Karl Kessler
2720 Walker Street
Columbus, GA  31903

Kasey Rideout
2202 Burt Creek Rd.
Dawsonville, GA  30534

Katherine Herbert
36 Poole Bridge Ct.
Hiram, GA  30141

Katherine Ingram
6083 Twin Creeks Ct.
Riverdale, GA  30296

Katherine Mauldin
3300 Hutchinson Rd. A4
Cumming, GA  30040

KATHERINE SANDERS
107 WILSON AVENUE
ROME, GA  30161

KATHERINE SHIELDS
6 Brown Place
Fort Stewart, GA  31315

Kathleen Card
5626 Yeager Ridge Dr.
Douglasville, GA  30135

Kathleen Luna  Wren
110 Lexington Parke Dr.
Woodstock, GA  30189

Kathryn Smith
Route 10, Box 42
Morris, GA  39867

Kathy Clifton
4219 Twin River Dr.
Gainesville, GA  30504

KATHY RAMSEY
1216 WOODBURN COURT
Columbus, GA  31907

Katrina Denson
4002 Mansion Dr.
Marietta, GA  30062

Keesha White
137 Cardinal Lane
Jonesboro, GA  30238

Keisha Bannister
137 Barron Ct
Gray, GA  31032

Keith Ransom
724 Twin Brooks Court
Marietta, GA  30067

KEITH RICHARDSON
1904 SUMMERWIND DR.
Jonesboro, GA  30236

Kelle...Cox...
504 E Cherokee Court
Woodstock, GA  30118

KELLIE MAY
4830 LIBERTY PLAZA
Acworth, GA  30101

KELLY COTTON
74 HUNTINGTON CT
Newnan, GA  30265

KELLY THOMASON
651 WILLIAMS RD
Dallas, GA  30132

Kelwyn Thomas
3995 James Lake Dr.
Conley, GA  30288

Kendarlin McMillan
37 A Ensign Rd.
Forsyth, GA  31029

Kendrick Sanu
112 Grove Drive
Maysville, GA  30558

Kenee Anderson
P.O. Box 1253
Columbus, GA  31902

Kenneth Jones
3376 Macedonia Rd.
Powder Springs, GA  30127

Kenneth Macauley
3832 Holland Dr.
Snellville, GA  30039

Kenneth Marion
3014 Lia Hills Dr.
Norcross, GA  30071

Kenneth Miller
120 Lakeview Ct.
Temple, GA  30179

Kenneth Postell
290 Stallsworth Rd.
Mcdonough, GA  30252

Kennie Taylor
1181 Forest Glen
Jonesboro, GA  30238

KERRY GRIFFIN
3961 SCOTT DR
Forest Park, GA  30297

Kesha Ketchens
20 Shiver Ln
Covington, GA  30016

Kevin Lynn
649 Hamden Dr.
Evans, GA  30809

Kevin Mcelreath
181 Ingram Rd
Danielsville, GA  30633

Kevin Rea
470 Williamson Street
Marietta, GA  30060

Kevin Taylor
96 Eastanollee School Road
Eastanollee, GA  30538

KEYRA BARNHOUSE
27 Happy Robin Ct.
Dawsonville, GA  30534

Keysha Porte
1105 Pleasant Oak Court
Lawrenceville, GA  30044

KIM RICHARDSON
36 ST. PAUL CHURCH RD
Colquitt, GA  39837

KIMBERLY BARNES
P O BOX 528
Clermont, GA  30527

Kimberly Barrett
127 Bertha Gragg Rd.
Alto, GA  30510

Kimberly Hill
544 Zoie Ln
Palmetto, GA  30268

KIMBERLY RUNYON
1756 DEAN CIRCLE
Marietta, GA  30067

KIMBERLY THOMPSON
3915 Dawn Dr.
Kennesaw, GA  30144

Kristie Avery
15 Greenwood Dr.
Cartersville, GA  30120

Kyle Milroy
37 White Oak Dr.
Cartersville, GA  30121

Lacoste White
584 cody johnson rd
Sparta, GA  31087

Lamar Hancock
5750 Charlie B Johnson Rd
Hogansville, GA  30230

Lamar Wright
509 Judy Ann Dr.
Hahira, GA  31632

LaQuetta Pearson
612 Moreland Avenue SE
Atlanta, GA  30316

Lara Collins
527 Greenfield Dr.
Statham, GA  30666

Larry D Wilson
9139 Doubloon Road
Indianapolis, IN  46268

LARRY JONES
4171 KEHELEY RD NE
Marietta, GA  30066

LARRY LAMB
6055 Sunhill Grange Rd.
Davisboro, GA  31018

Larry Lambert
6342 Emerald Trail
Acworth, GA  30102

Larry Morris
1907 Treelodge Parkway
Lithia Springs, GA  30122

Larry Pearson
1137 Tamarock Trail
Forest Park, GA  30297

LARRY STEPHENS
PO BOX 806
Lilburn, GA  30048

Larry Webb
6934 Crest Highway
Molena, GA  30258

Larry Young
97 Nalley Drive
Jasper, GA  30143

Laura Millsaps
40 Dank Rd.
Jasper, GA  30143

LAURA SCHNELLBACHER
6603 TreeSummit Parkway
Duluth, GA  30096

Laura Weaver
109 Abbatis Rd Unit 5658
Ellijay, GA  30540

Lavon Morell
519 Savanah Town Road
Springfield, GA  31329

LAWONIA BAGLEY
230 FLORA AVE
Rome, GA  30161

LAWRENCE (ED) WILSON
3712 Wild Meadow Cir
Valdosta, GA  31605

Lawrence Scott
50 Snapdragon Lane
Covington, GA  30014

Lawrence Thomas
5337 Golfcrest Circle
Stone Mountain, GA  30088

Lennette Upshaw
9805 Ivey Ridge Circle
Jonesboro, GA  30238

Lenora Purdie
2529 St. Paul Dr. SW
Atlanta, GA  30331

Lenora Van Pelt
3468 Johnson Hill Dr.
Valdosta, GA  31606

LEONARD MORANO
2312 Azalea Dr
Valdosta, GA  31602

Leopoldo Corona
29 Rosemont Drive
Rome, GA  30161

LERA MCKINNIS-TSEGAI
4119 BRENDA DRIVE
Decatur, GA  30035

LESA BELCHER
118 Chase Court NE
Calhoun, GA  30701

LESLIE JOHNSON
4866 BROWN BRANCH RD
Blackshear, GA  31516

Leslie Walker
10 Five Knoch Drive
Bremen, GA  30110

Lester Flowers
3053 Rockview Dr.
Loganville, GA  30052

LEVIN CAMP
4125 ZOAR CHURCH RD
Snellville, GA  30039

Lewis Dempsey
120 35A Williams Blvd.
Albany, GA  31705

Lewis Hudson
255 Wagon Wheel Trail
Senoia, GA  30276

LI QUANTOR RAY
2335 PRICE DR
Macon, GA  31206

Lidia Stover
55 Ashley Pointe Dr.
Hiram, GA  30141

LILIA MELO
7285 HWY 129 N
Cleveland, GA  30528

Lillie Brown
1496 Oakland Ave
Macon, GA  31204

LINDA CASSADY
3783 GA HIGHWAY 33 NORTH
Sylvester, GA  31791

Linda Damiani
1914 Barrington Oaks Place
Roswell, GA  30075

Linda Dewees
475 Fitzgerald PL.
Atlanta, GA  30349

LINDA GAMMON
5184 ARBOR LANE
Lilburn, GA  30047

Linda Lovasz
313 Pine Needle Trail
Villa Rica, GA  30180

Linda Ogilvie
55 w Knight Dr.
Carrollton, GA  30116

LINDA HEPPNER
P.O. Box 345
Royston, GA  30662

Linda Rendon
2662 Herndon Rd.
Lawrenceville, GA  30043

Linda Stevens
935 Old 41 Hwy
Milner, GA  30257

Linda Yashinski
3329 Country Creek Dr. NW
Kennesaw, GA  30152

LINDSAY FRADY
5605 Oconee ST
Lula, GA  30554

Lindsey Hammons
3535 Roswell Road A-3
Atlanta, GA  30305

Lisa Brooks
527 Pointe South Drive
Savannah, GA  31410

Lisa Cooperman
3345 Trails End Rd.
Roswell, GA  30075

Lisa Jenkins
816 Evergreen Dr
Monroe, GA  30655

LISA STEEVES
6625 HWY 53 E; STE: 410-96
Dawsonville, GA  30534

Lloyd Watson
1767 Mountain Creek Church Rd.
Monroe, GA  30656

Lonette Henderson
8273 Meridian Dr.
Riverdale, GA  30274

Lonnie Poole
453 Valley Rd
Byron, GA  31008

LONNY PROSSER
1963 BRUSHY MTN RD
Rockmart, GA  30153

Lorenzo Dickey
4000 Ryegate Ct.
Conyers, GA  30094

Loretta Johnson
960 Fellowship Rd
Fairburn, GA  30213

Lori Guss
413 Othello Dr
Hampton, GA  30228

Lori Lambert
6342 Emerald Trail
Acworth, GA  30102

LORRIE DEMERS
1156 Harview Dr SW
Lilburn, GA  30047

Lucas O'Neal
65 Line Lane
Chickamauga, GA  30707

Lucia Chan
413 Atlantic Drive
Saint Simons Island, GA  31522

Luis Barboza
5350 Garvey Dr.
Fairburn, GA  30213

LYDIA HARPER
174 Sprtsman Club Rosd
Leesburg, GA  31763

LYNDA BEARD
1365 REGAL HEIGHTS DR
Lithonia, GA  30058

LYNN NOVOSEL
328 DOUBLEGATE DRIVE
Bonaire, GA  31005

MABLE STEWARD
2929 LANDRUM DR SW K-77
Atlanta, GA  30311

MADELYN CUMBY
126 Highway 520
Cusseta, GA  31805

Major Carson
10329 Wisteria Ln
Jonesboro, GA  30238

Manor Gilmer
635 Beulah Ln
Thomson, GA  30824

Maranna Inc.
39 South LaSalle Street
Suite 1420
Chicago, IL  60603

Marcia Gomes
635 Beulah Ln
Thomson, GA  30824

Marcie Gardner
500 South Macarthur Drive Apt.
Camilla, GA  31730

MARCY RUBEN
10170 WYNDHAM CT
Suwanee, GA  30024

MARGIE POWELL
69 HELEN ROAD
Covington, GA  30016

MARIA DEL PILAR MC COMMON
4209 PENTWORTH LN
Kennesaw, GA  30144

Maria Jones
1766 York Rd.
Canton, GA  30114

MARIANNE AYERS
1073 ANGEL LANE
Powder Springs, GA  30127

Marie Fleischman
365 Potts Cir.
Roopville, GA  30170

Marie Livingston
PO Box 232
Eastanollee, GA  30538

MARIEL POTTS
137 STOCKBRIDGE DR
Savannah, GA  31419

Marilia Casey
6851 Roswell Rd., Unit M 11
Atlanta, GA  30328

MARIO SIMMONS
3670 EMILY WAY
COLLEGE PARK, GA  30349

Maritza Elkins
1589 Creek Mill Trace
Lawrenceville, GA  30044

Marjorie Breiding
4803 Old Briar Trail
Douglasville, GA  30135

MARJORIE COCKING
2909 GRAY HWY
Macon, GA  31211

Marjorie O'Connell
2107 Club Lake Parkway
Lawrenceville, GA  30044

Marjorie O'Connell
35 Hickory Knoll Trial
Kennesaw, GA  30152

Mark Charles
456 Bridgestone Ln.
Douglasville, GA  30134

MARK DELKE
4350 EARNEY ROAD
Woodstock, GA  30188

Mark Johnson
1504 Marigold Dr.
Bethlehem, GA  30620

MARK KUEBELBECK
19012 GARDNER DR
Alpharetta, GA  30004

MARK MCCOMMON
4209 PENTWORTH LN
Kennesaw, GA  30144

Mark Pope
182 Grandiflora Dr
Mcdonough, GA  30253

MARK SKIDMORE
157 Smith Path
Hiram, GA  30141

Mark Stovall
12161 Highway 301 South #37
Statesboro, GA  30458

Mark Williams
7204 Meadow Circle
Atlanta, GA  30349

Marketta Harris
6098 Hunter Ridge Cir.
Columbus, GA  31907

Markoff Law LLC
29 North Wacker Drive
Suite 550
Chicago, IL  60606

Marsha McCleery
485 Baldwin Rd.
Rockmart, GA  30153

MARTHA CUNNINGHAM
4045 BANUBE CIRCLE
Valdosta, GA  31605

Martha Hughes
255 Wagon Wheel Trail
Senoia, GA  30276

Martin Brown
300 Oak Park Sq.
Atlanta, GA  30349

Marvin Brooks
1909 Reeves Ave.
Nashville, GA  31639

Marvin Kerr (Deceased)
623 Glendale Forest Dr.
Woodstock, GA  30189

Mary Allen
71 Brooke Dr.
Dallas, GA  30157

MARY ANN LAWTON
1563 BASCOM ROAD
Sylvania, GA  30467

MARY CAPPIELLO-DINGWALL
3045 BINGHAMPTON LANE
LAWRENCEVILLE, GA  30044

Mary Carter
135 Benjamin Drive
Athens, GA  30606

Mary Dupree
6128 Valley Green Rd.
Lithonia, GA  30058

Mary Dybas
300 South Stone Avenue
La Grange, IL  60525

Mary Long
1994 Highway 82
Statham, GA  30666

Mary McCallum
173 New Rosedale NE
Armuchee, GA  30105

Mary Mills
5605 Ryan Way
Flowery Branch, GA  30542

MARY PARKER
205 S SYCAMORE
Rome, GA  30165

Mary Ruff
P. O. BOX 561
Louisville, GA  30434

Mary McLellan
201 Parkstone Way
Marietta, GA  30066

Matt McCall
47 Wade McCall Rd.
Denton, GA  31532

Matthew Howell
4007 Watkins Glen Dr.
Woodstock, GA  30189

Mattie Carter
42 Chipping Ct.
Riverdale, GA  30274

Maurice Braddy
12875 Dolphin Point
Hampton, GA  30228

Maurice Dunaway
P.O. Box 178
Eden, GA  31307

Mavis Mignott
168 Babbling Brook Dr.
Mcdonough, GA  30252

Max St. Clair
#8 Wilkins St.
Rome, GA  30165

MAXWELL WEBB
1606 SHADOWBROOK DR
Acworth, GA  30102

McCarthy Burgess and Wolff
26000 Cannon Road
Bedford, OH  44146

Melane Dubois
4198 Forturne Pointe
Atlanta, GA  30349

Melanie Bryson
62 Lamar St.
Ringgold, GA  30736

MELANIE CLIFTON
1417 WHITFIELD PARK CIRCLE
Savannah, GA  31406

Melanie Ranger
PO Box 6464
Marietta, GA  30065

Melanie Ranger
580 E. Lake Dr.
Marietta, GA  30062

Melinda Bone
2394 Old Rex Morrow Road
Ellenwood, GA  30294

Melinda Bomar
127 Bomer Lane
La Fayette, GA  30728

Melinda Farmer
449 Gene Bell Rd
Monroe, GA  30655

Melinda George
1695 Lakeview Circle
Gainesville, GA  30501

Melisa Bryan
110 Hazel Wood Dr.
Mount Airy, GA  30563

Melisha Junco
80 Newnan Lakes Blvd. Apt 125
Newnan, GA  30263

MELISSA BOYD
1716 HWY 19 SOUTH
Dublin, GA  31021

Melissa Wilbanks
5519 Hood St.
Lula, GA  30554

Melton Gardner
4202 Medford Lane
Tifton, GA  31793

Melvin Burchett
889 Buck Blvd.
Calhoun, GA  30701

Meredith Azar
170 Wynfield Dr.
Covington, GA  30016

Merland Felton
5973 Village Green Dr. Lot 82
Macon, GA  31206

Merry Lynn
649 Hamden Dr.
Evans, GA  30809

Michael Bradley
534 Old Monticello Road
Milledgeville, GA  31061

Michael Bruce
2805 Lower Fayetteville
Newnan, GA  30265

Michael Clark
4218 Wyndham Park Dr
Decatur, GA  30034

Michael Fine
131 South Dearborn Street
Chicago, IL  60604

MICHAEL FOREMAN
5535 ELDERBERRY LN
Flowery Branch, GA  30542

MICHAEL HOWELL
2522 TYUS-CARROLLTON RD
Carrollton, GA  30117

Michael Hughes
1935 Williams Dr.
Augusta, GA  30906

Michael Johnson
462 Crestmont Lane
Canton, GA  30114

Michael Johnson
519 Lee Drive
Thomson, GA  30824

Michael Kirby
PO BOX 767072
Roswell, GA  30076

Michael McCoy
425 Ashly Way
Loganville, GA  30052

Michael Pickett
5879 Sable Chase Lane
Atlanta, GA  30301

MICHAEL PURKEY
126 ASHMORE COURT S.E.
Calhoun, GA  30701

MICHAEL SCHNELLBACHER
6603 TreeSummit Parkway
Duluth, GA  30096

Michael Seckinger
1217 Munro Ave
Columbus, GA  31906

MICHAEL THOMASON
651 WILLIAMS RD
Dallas, GA  30132

Michael Wooten
62 Rocking Chair Lane
Chickamauga, GA  30707

MICHELE BLACK
6289 SHALLOW CREEK LANE
Douglasville, GA  30135

Michele Chodnicki
1850 Jerry Hall Rd
Statesboro, GA  30461

Michele Tuten
117 Gar Rd.
Twin City, GA  30471

Mike Cowger
6506 US Highway 41 North
Hahira, GA  31632

Miladys Espinoza
2615 4th Ave.
Columbus, GA  31904

Steven Mlynski
300 South Stone Avenue
La Grange, IL  60525

Mohammad Aljundi
4048 St George Walk
Hiram, GA  30141

Monica Delcroix
2640 Conley Drive
Cumming, GA  30040

Monica Gichuhi
4913 Lightwood Ct. NW
Acworth, GA  30102

Mozelle Hawkins
P.O. Box 104
Gillsville, GA  30543

Nadestra Benson
412 Chicamauga Ct.
Loganville, GA  30052

Nakita Williams
2839 DaVinci Blvd
Decatur, GA  30034

NAME
STREET_1
CITY, STATE  ZIP

Nancy McRoyal
1605 Vinebrook Terrace NW
Kennesaw, GA  30144

Nancy Sanders
Route 1 Box 1980
Newton, GA  39870

NATHANIEL HANDY
ROUTE 1 BOX 194
Morris, GA  39867

Ndiaye Guisse
2800 Camp Creek Parkway Apt. H
Atlanta, GA  30337

NEAL THOMPSON
328 MOCK ST
Sylvania, GA  30467

Neng Moua
818 Low Falls Ct.
Jefferson, GA  30549

Neville Grant
276 Upper Riverdale Rd.  apt13
Jonesboro, GA  30236

Neville Riley
5458 Forest East Ln
Stone Mountain, GA  30088

NEZEL LAWTON
1563 BASCOM ROAD
Sylvania, GA  30467

NICHOLAS BAKER
318 NEW ECHOTA WAY
Woodstock, GA  30189

NICHOLAS DEIGNAN
155 Nancy Dr
Marietta, GA  30067

Nick Azar
170 Wynfield Dr.
Covington, GA  30016

NICK MORRIS
5605 Oconee ST
Lula, GA  30554

Nicole Coon
82 Patricia Terrace
Grayson, GA  30017

Nidia Bowie
4432 Beaver Tree St.
Loganville, GA  30052

Nikke Postell
290 Stallsworth Rd.
Mcdonough, GA  30252

NINA MCNIEL
155 Condra Rd.
Ringgold, GA  30736

Niwornwu Jwe
2318 Paul Avenue  NW
Atlanta, GA  30318

Noah Fordham
4354 Forest Road
Columbus, GA  31907

Noel Espinoza
2615 4th Ave.
Columbus, GA  31904

NORMA HAMILTON
12590 SILVER FOX CT
Roswell, GA  30075

NORMAN BROWN
1968 DAVIS ROAD
Davisboro, GA  31018

Norman Herrick
1177 Primrose Cir.
Greenville, GA  30222

Norris Henry
1151 Dunlap Rd
Milledgeville, GA  31061

Omnisure Group LLC
440 North Wells Street
Chicago, IL  60654

Orlando Melendez
1105 Lake Knoll Dr.
Lilburn, GA  30047

Owoahene Boachie
6166 Ridge Way
Douglasville, GA  30135

PAMELA BEECH
36 RED FOX TRAIL
Kingston, GA  30145

Pamela Blevins
330 Merchants Dr.
Dallas, GA  30132

Pamela Braswell
201 Wood Duck Way
Springfield, GA  31329

PAMELA BURNS
148 RED BIRD RD
Tifton, GA  31794

PAMELA GRIFFIN
793 DIAMOND CIRCLE
La Fayette, GA  30728

Pamela Robertson
24102 Plantation Dr.
Atlanta, GA  30324

Pamela Samlal
515 Huntington Dr.
Alpharetta, GA  30004

Papa Guisse
2800 Camp Creek Parkway Apt. H
Atlanta, GA  30337

Particia Board
105 Brumby Road
Flintstone, GA  30725

Pat Nelson
75 Westover Place
Covington, GA  30016

PATRICE CURRY
1052 JOHN LOWERY ROAD
Dublin, GA  31021

Patrice Lewis
6467 River Run Road
Riverdale, GA  30274

Patricia Coleman
1145 Mount Gilead Rd.
Tennille, GA  31089

PATRICIA HENDERSON
6045 GRANT FORD ROAD
Gainesville, GA  30506

Patricia Maxon
207 Buck Creek Circle
Griffin, GA  30224

PATRICIA PURKEY
126 ASHMORE COURT S.E.
Calhoun, GA  30701

PATRICIA TAYLOR
1353 Litchfield court
Snellville, GA  30078

Patricia Winfrey
131 Bond Lake Drive
Ellenwood, GA  30294

Patrick Cox
1621 Old Alabama Rd.
Austell, GA  30168

PATRICK O'NEILL
2646 HILL CT
Duluth, GA  30096

PATSY DENNINGER
1502 Center Point Road
Temple, GA  30179

Paul Beaver
8889 Ochil Lane
Winston, GA  30187

PAUL BEQUETTE
1 ANDERSON STREET
Fort Stewart, GA  31315

PAUL CARTER
7646 Granite Drive
Douglasville, GA  30134

Paul Folsome
5 Holiday Ct
Savannah, GA  31419

PAUL HAMILTON
12590 SILVER FOX CT
Roswell, GA  30075

PAUL KEELEY
114 BOY SCOUT COURT
Augusta, GA  30909

Paul Yashinski
3329 Country Creek Dr. NW
Kennesaw, GA  30152

PAULETTE JONES
682 IVES WAY
Lilburn, GA  30047

Paylink
150 North Wacker Drive Suite 2
Chicago, IL  60606

Paylink Payment Plans
300 South Wacker Drive
Suite 2250
Chicago, IL  60606

Peggy Davis
2789 Joyce Ave.
Decatur, GA  30032

Peggy Sandstrom
281 Sommerbrook Rd.
Braselton, GA  30517

PETER BATTERSBY
115 OAK ST; SUITE 202 B
Roswell, GA  30075

Peter Gathore
4913 Lightwood Ct. NW
Acworth, GA  30102

Peter Simmons
80 Newnan Lakes Blvd. Apt 125
Newnan, GA  30263

Phillip Nolan
103 Buckeye Circle
Sylvester, GA  31791

PHILLIP STRANGE
1021 WOODRIDGE DR
Atlanta, GA  30339

Phillip Waddell
142 Ozora Rd.
Loganville, GA  30052

Phyllis Wilcher
1450 Hudson Rd P.O. Box 1349
Wadley, GA  30477

Pierre Innocent
1025 Northwest 129th Street
Miami, FL  33168

Ponder Braswell
201 Wood Duck Way
Springfield, GA  31329

Portfolio Recovery
120 Corporate Blvd
Norfolk, VA  23515

Preferred Financial Solutions
PO Box 519
Zionsville, IN  46077

Priscilla Epps
4400 Martin Rd.
Blakely, GA  39823

Quill Osbey
2615 Holcomb Spring Dr.
Alpharetta, GA  30022

Rachael Browne
5350 Redfield Way
Flowery Branch, GA  30542

Rachel Newsome
41 Mill Creek Estates
Statesboro, GA  30461

Radiya Mohamed
833 Spindletop Way
Stockbridge, GA  30281

Ragnhild Bucht
417 Bradford St.  NW
Gainesville, GA  30501

RALPH DELOSSNE
2705 Due West Rd
Dallas, GA  30157

Randall Melton
2818 Jack Bryant Circle
Gainesville, GA  30507

Randy Veal
367 Arthur Storey Rd.
Newnan, GA  30263

RANIA MARX
4014 SUNHILL COURT
Woodstock, GA  30189

Rayfield Hudson
105 42nd St.
Washington, GA  30673

Reginald Batts
72 P.O. Box
Tifton, GA  31793

REGINALD LOWE
8048 BIRCH WALK DR
Riverdale, GA  30274

REGINALD MOORE
2804 MACON RD
Griffin, GA  30224

Rekitta McCain
6240 Walker Rd
Riverdale, GA  30296

RENE WOLFE
111 ELM DRIVE
Lagrange, GA  30240

Reta Brown
170 Arnold Rd
Hampton, GA  30228

RevShare
32836 Wolf Store Road
Temecula, CA  92592

Rhonda Gay
4632 Christi Ct.
Lithonia, GA  30038

Rhonda Roell-Taylor
165 1st Street
Macon, GA  31201

Rhonda Roell-Taylor
152 New Street #109
Macon, GA  31201

RICHARD BEACH
36 RED FOX TRAIL
Kingston, GA  30145

Richard Blevins
330 Merchants Dr.
Dallas, GA  30132

Richard Butler
151 Cherokee Trail
Cochran, GA  31014

Richard Coleman
1145 Mount Gilead Rd.
Tennille, GA  31089

Richard Dennis
2034 Regestry Place
Hampton, GA  30228

RICHARD HARRINGTON
2491 BARTLEY ROAD
Lagrange, GA  30240

RICHARD RUBEN
10170 WYNDHAM CT
Suwanee, GA  30024

Rick Damiani
1914 Barrington Oaks Place
Roswell, GA  30075

Rick Murrell
P.O. Box 865
Barnesville, GA  30204

RICK WHALEY
P O Box 403
Oakwood, GA  30566

Rickey Gaines
6436 Alpine Rd.
Rex, GA  30273

Rickey Rodefer
2008 Smith Dr.
Kennesaw, GA  30144

Ricky Clems
1043 Hartwell St.
Atlanta, GA  30314

RICKY POTTS
137 STOCKBRIDGE DR
Savannah, GA  31419

Rita Milroy
37 White Oak Dr.
Cartersville, GA  30121

Robby Ingram
P.O. Box 2345
Carrollton, GA  30112

ROBERT BALDWIN
1134 E CHURCH ST
Monroe, GA  30655

ROBERT BARBINE
3920 Wakefield Drive
Flowery Branch, GA  30542

Robert Branch
50 Buck Creek Dr
Carrollton, GA  30117

Robert Cooperman
3345 Trails End Rd.
Roswell, GA  30075

Robert Doom
7250 Campbelton Rd. Apt. 902
Atlanta, GA  30331

Robert Farmer
449 Gene Bell Rd
Monroe, GA  30655

ROBERT JUHL
1525 Station Center Blvd. Apt.
Suwanee, GA  30024

Robert Mallory
255 Stonewall Apt 5
Fayetteville, GA  30215

Robert Maus
4650 Brittany Dr.
Evans, GA  30809

Robert McCormick
105 Winter Ct.
Perry, GA  31069

Robert Mitchell
3550 Clack Rd.
Madison, GA  30650

Robert Neal
39 Cherry Cove
Dallas, GA  30157

Robert Peurifoy
1599 Rehoboth Rd.
Griffin, GA  30224

ROBERT STOCK
RT 4 BOX 1775
Hawkinsville, GA  31036

ROBERT THORPE
PO BOX 7253
Atlanta, GA  30357

Robert Welch
4221 Hasty Lane
Austell, GA  30106

Robert Winfrey
131 Bond Lake Drive
Ellenwood, GA  30294

Robert Young
1943 Utah St
Savannah, GA  31404

Robert Zimmerman
217 Green Oak Dr.
Savannah, GA  31419

ROBERTA HARDEN
2312 ALASKA ST
Savannah, GA  31404

ROBIN MORANO
2312 Azalea Dr
Valdosta, GA  31602

Rocco Leach
4154 Crowder Drive
Kennesaw, GA  30152

Rodrigo Chan
413 Atlantic Drive
Saint Simons Island, GA  31522

Roger Brown
2725 Sardis Dr.
Buford, GA  30519

Roger Williams
399 Waburn Walk
Dallas, GA  30132

RONALD BARNES
3780 Ferncliff Rd
Snellville, GA  30039

Ronald Bey
PO Box 161941
Atlanta, GA  30321

RONALD CHAFFIN
165 WEST FOREST DR
Covington, GA  30016

Ronald Kearse
2721 Vernon Dr. N.
Augusta, GA  30906

RONALD MCNAIR
1563 EASTERN SUNRISE LANE
Decatur, GA  30034

Ronald Means
2766 Green Marsh Ct.
Decatur, GA  30034

Ronald Rairigh
716 Crooked Creek Dr.
Dahlonega, GA  30533

Ronald Smith
412 Providence Chruch Rd
Newnan, GA  30263

Ronald Zipf
200 Thomas St.
Odum, GA  31555

Ronnie Snellings
838 Buckner Rd
Junction City, GA  31812

RONY KACHOUH
5261 PINNACLE POINT CT
Norcross, GA  30071

ROOSEVELT JACKSON
1077 Glendale Drive, Right Sid
East Point, GA  30344

Rosa Aguirre
5350 Garvey Dr.
Fairburn, GA  30213

Rosa Jackson
302 Grant Park Pl. SE
Atlanta, GA  30315

Rosalinda Poe
5631 North Lake Dr.
Lake City, GA  30260

Rosalyn McCrary
3353 Peachtree Corners Cir.  #
Norcross, GA  30092

Rosetta Baker
2302 Old Lower River Rd.
Douglasville, GA  30135

Roxanna Gabaldon
501 Summit Dr.
Albany, GA  31707

ROXANNE MARTIN
1750 BRIARWOOD RD  APT GG-12
Atlanta, GA  30329

ROY MURRAY
1027 ELROD ST
Cornelia, GA  30531

Roy Pettis
101 Adrian Dr.
Stockbridge, GA  30281

ROYAL HALL
P.O. BOX 112
Tunnel Hill, GA  30755

Ruby Andrews
3014 Pine Manoro Ct.
Atlanta, GA  30316

Ruby Baxter
157 Water Tank Rd
Dallas, GA  30132

Rudolph Brown
356 McCook Cir NW
Kennesaw, GA  30144

Rudolph Macon
217 Walter Way
Stone Mountain, GA  30083

Russell Bell
6350 Wellsley Dr.
Riverdale, GA  30296

RUSSELL POWELL
406 WHIPPOORWILL RD
Lyons, GA  30436

Ruth Wilson
119 Old Doerun Rd.
Moultrie, GA  31768

RYAN KRAMER
2335 HUNTINGTON DR
Loganville, GA  30052

Salud Hernandez
609 Crestview Drive
Dalton, GA  30721

SAM PARKER
205 S SYCAMORE
Rome, GA  30165

SAMANTHA WHITLEY
702 IVES WAY
Lilburn, GA  30047

Samuel Chester
25 Papershell Dr.
Fort Valley, GA  31030

Samuel Freeman
3932 David Dr.
Forest Park, GA   30297

Sandra Argo
1144 Branch Rd.
Baxley, GA   31513

Sandra Fryer
300 Fincherville Rd
Jackson, GA   30233

Sandra Moore
407 Rose Creek Pl
Woodstock, GA   30189

Sandra Sosa
401 Mill Creek Rd.
Rocky Face, GA   30740

Sandy Dobbs
173 Cedar Creek Crossing
Cedartown, GA   30125

Sara Cash
868 River Rd.
Monticello, GA   31064

Sarah Allen
108 Arbor Shade Dr.
Jesup, GA   31546

Sarah Dorsch
30 Fenwick Pl NE
Atlanta, GA   30328

Sarah Fisher
P.O. Box 16444
Savannah, GA   31416

Scott Brooks
527 Pointe South Drive
Savannah, GA   31410

Scott Mackey
115 New Farm Dr.
Locust Grove, GA   30248

Scott Perdue
210 Nashport Lane
Dawsonville, GA   30534

Scottie Johnson
38 Camelot Dr.
Cartersville, GA   30121

Sean Baughman
1627 Dewey Rose Rd.
Dewy Rose, GA   30634

SEAN HAMMOND
1641 HWY 52 ALT. APT. B
Chatsworth, GA  30705

Seconda Stroud
903 Windward Ct.
Winder, GA  30680

SERENITY KINES
277 ROCKINGHAM DR
Loganville, GA  30052

Sergey Batazhan
430 Mountainview Dr.
Covington, GA  30016

SERIGNE GOUMBALA
PO BOX 831086
STONE MOUNTAIN, GA  30083

Shane Miller
1600 Alexander Dr Apt 201
Canton, GA  30114

Shaneka Holmes
4158 Mountain Glen Trce
Snellville, GA  30039

Shanna Curtis
3374 N. Court
Ellenwood, GA  30294

SHANNON LARSON
800 Sycamore Lane  #202
Woodstock, GA  30188

SHANNON ZERANGUE
158 BALDWIN COURT
Newnan, GA  30263

Sharolette Rogers
520 Fling Rd
Lagrange, GA  30240

SHARON BICKNELL
722 MUIRFIELD DR
Winder, GA  30680

Sharon Herbert
PO Box 2187
Mcdonough, GA  30253

SHARON LONG
157 ROSEWOOD DR
Dawsonville, GA  30534

Sharon Taylor
1910 Cornerstone Pass
Conyers, GA  30012

SHEILA JEFFERY
180 FIELDVIEW LN
Covington, GA  30016

Sheila Kerr
623 Glendale Forest Dr.
Woodstock, GA  30189

SHEILA SKIDMORE
157 Smith Path
Hiram, GA  30141

Sheila Vanenburg
1531 Fairhaven Dr.
Riverdale, GA  30296

SHELBY BOYTE
346 Mountain View Trail
Dahlonega, GA  30533

Shelby McCleery
138 Cliffview Dr
Rockmart, GA  30153

Sheleina Griggs
64 Candler Rd SE
Atlanta, GA  30317

Shelia Tilley
1935 Williams Dr.
Augusta, GA  30906

Sheri Veal
367 Arthur Storey Rd.
Newnan, GA  30263

Sherley Wilson
1877 Don Juan Lane
Decatur, GA  30032

SHERON DAVID
13354 MARRYWOOD DR
Alpharetta, GA  30004

Sherry Dunaway
5861 Hwy 100
Summerville, GA  30747

SHERRY MOORE
2804 MACON RD
Griffin, GA  30224

SHERRY WILSON
3712 Wild Meadow Cir
Valdosta, GA  31605

Shilena Smith
341 JD Garnto Rd
Wrightsville, GA  31096

Shirley Bryant
P.O. Box 1203
La Fayette, GA   30728

Shirley Cheeley
3232 Deer Pause Ln.
Decatur, GA   30034

Shirley Cobb
79 Holley Lane
Griffin, GA   30223

Shumba Soanes
4399 Yellow Rose Dr.
Austell, GA   30106

Sidney Allen
108 Arbor Shade Dr.
Jesup, GA   31546

Sim Bunleang
2107 Club Lake Parkway
Lawrenceville, GA   30044

SONJI GREEN
106 BONAVENTURE PLACE
Locust Grove, GA   30248

Sonnia Ramos
740 Sidney Marcus BLVD
Atlanta, GA   30324

SONYA THOMPSON
328 MOCK ST
Sylvania, GA   30467

Son-Ye Kim
364 Vista Lake Terrace
Suwanee, GA   30024

STACEY BARNES
3780 Ferncliff Rd
Snellville, GA   30039

STACEY BEQUETTE
1 ANDERSON STREET
Fort Stewart, GA   31315

Stacey Wooten
62 Rocking Chair Lane
Chickamauga, GA   30707

Stacy Harkins
733 Watkins Farm Rd.
Nicholson, GA   30565

Stan Ledford
5004 Peach Mtn Circle
Gainesville, GA   30507

Stanley Lement
P.O. Box 1264
Conley, GA  30288

Stanley Lewis
6467 River Run Road
Riverdale, GA  30274

STANLEY POSEY
RT 2 BOX 121-B
Ludowici, GA  31316

Stephen Amoah
782 Lynnfield Dr.
Lawrenceville, GA  30045

Stephen Aniambossou
1725 Lincoln Trace Circle
Smyrna, GA  30080

STEPHEN EDWARDS
247 VILLAGE DR
Mcdonough, GA  30253

STEPHEN JONES
40 HOLDER ST
Temple, GA  30179

STEPHEN TEETERS
3110 N. MARBLETOP ROAD
Chickamauga, GA  30707

Steve Atkins
312 Wexford Way
Hinesville, GA  31313

Steve Garner
2020 Pheasant Creek St.
Augusta, GA  30907

STEVE TUCK
2791 M.P. MARTIN ROAD
Brooklet, GA  30415

STEVE WODZENSKI
1331 PINE SHADOWS DR
DALLAS, GA  30132

STEVEN EVANS
16 N. Pine Place
Villa Rica, GA  30180

STEVEN HENSON
188 NORTHSIDE DR
Toccoa, GA  30577

Steven Herron
8085 Chapman Terrace
Mcdonough, GA  30252

Steven Bercu
262 Village Dr.
Mcdonough, GA  30253

Stinson Wakuk
269 Napa Drive
Augusta, GA  30909

Sulaiman Lawal
355 Rippling Brook Pl
Palmetto, GA  30268

Susan Juhasz
4149 Deer Springs Way
Gainesville, GA  30506

Susan Martin
155 Woodbridge Dr.
Dallas, GA  30157

SUSAN PADGETT
1287 WAVERLY DRIVE
Forest Park, GA  30297

Susan Perdue
210 Nashport Lane
Dawsonville, GA  30534

Susan Pope
P. O. Box 234
Glenwood, GA  30428

Suzanne Buchanan
210 Walnut Road
Jasper, GA  30143

Sydonie James
604 Eagle Springs Way
Stone Mountain, GA  30083

Sylvia Welch
4221 Hasty Lane
Austell, GA  30106

Tamara Johnson
1504 Marigold Dr.
Bethlehem, GA  30620

Tammy Carter
235 Singley Rd.
Jackson, GA  30233

TAMMY DALTON
975 Old Wildcat Bridge Road
Danielsville, GA  30633

TAMMY EVANS
16 N. Pine Place
Villa Rica, GA  30180

Tammy Pennello
135 Haley Rd.
Jackson, GA  30233

Tammy James
3372 Dewberry Rd NW A
Acworth, GA  30101

Tammy Robertson
1108 Walden Crossing Dr.
Canton, GA  30115

Tammy Shiver
323 Morton Rd.
Gray, GA  31032

Tangela Mallory
255 Stonewall Apt 5
Fayetteville, GA  30215

TANYA FITZGERALD
2721 COLQUITT HWY
Colquitt, GA  39837

Tarece Johnson
3585 Mt. Vernon Ct.
Lawrenceville, GA  30044

TEDA FATTY
9116 Ashton Rd.
Jonesboro, GA  30238

Terence McMillian
2787 Appaloosa Run
Ellenwood, GA  30294

Teresa Bradberry
296 Mcginnis Chandler Rd.
Commerce, GA  30530

TERESA DEGEN
2632 Raymond Avenue
Augusta, GA  30904

Terrell Worthy
358 Robert Taylor Rd.
Lagrange, GA  30240

Terrence Knighton
20 Shiver Ln
Covington, GA  30016

Terry Blackmon
3363 Fayetteville Rd SE
Atlanta, GA  30316

TERRY DALTON
975 Old Wildcat Bridge Road
Danielsville, GA  30633

Terry Nance
1239 Lecounte RD SW
Townsend, GA  31331

THAD RICHARDSON
36 ST. PAUL CHURCH RD
Colquitt, GA  39837

Thelma Wright
509 Judy Ann Dr.
Hahira, GA  31632

Theo Coido
3164 Parfait Place
Acworth, GA  30101

THEODORE FOURNILLIER
1584 LONGMONT DR
Lawrenceville, GA  30044

THERESA FOERSTER
6162 LOLLIS CRK HWY
Flowery Branch, GA  30542

Theresa Golson
1753 Rhonda Lane
Stone Mountain, GA  30087

Therese Tangires
1620 Pirkle Rd.
Norcross, GA  30093

THOMAS CAMP
3247 HOLLYDALE DRIVE
Atlanta, GA  30311

Thomas Davis
1440 Perryman Rd.
Hartsfield, GA  31756

THOMAS HALL
105 SHAMROCK CIRCLE
Byron, GA  31008

Thomas Horton
4623 Burnt Fork circle
Douglasville, GA  30135

Thomas Long
116 E Shaw St.
Rincon, GA  31326

THOMAS MINARD
199 Dodd Drive
Summerville, GA  30747

Thomas P Dakich
9425 North Meridian Street
Indianapolis, IN  46260

Thomas White

30 Camden Way
Fairburn, GA  30213

Tiahra Chandler
1501 Cathy St.
Savannah, GA  31415

Tiffany Brown
2725 Sardis Dr.
Buford, GA  30519

Tim Dogins
559 Simonton Oak Lane
Lawrenceville, GA  30045

TIMOTHY COTTON
74 HUNTINGTON CT
Newnan, GA  30265

Timothy Cundy
599 Plantation Dr.
Rincon, GA  31326

TIMOTHY DAVIS
2660 COLD SPRING TRAIL
Marietta, GA  30064

TIMOTHY LARSON
800 Sycamore Lane  #202
Woodstock, GA  30188

Timothy McCallum
173 New Rosedale NE
Armuchee, GA  30105

Timothy McCormack
3003 Heart Pine Lane
Buford, GA  30519

Timothy Snow
1900 Glenn Club Dr.  Apt 314
Stone Mountain, GA  30087

Timothy Ware
PO Box 1215
Albany, GA  31701

TIMOTHY ZERANGUE
158 BALDWIN COURT
Newnan, GA  30263

Tina Green
384 Scuffleboro Rd.
Eatonton, GA  31024

Tina Krueger
6308 Westpoint Road
Lagrange, GA  30240

Todd McCleary
164 Jeremiah Way
Dallas, GA  30132

Todd McCleery
138 Cliffview Dr
Rockmart, GA  30153

TODD OSGOOD
6484 CAMPBELLS WAY
Harlem, GA  30814

TODD SPILLIARDS
790 STILLBROOK DR
Monroe, GA  30655

Tom Smith
Route 10, Box 42
Morris, GA  39867

Tommie Hudgens
218 Bluebird Ln.
Perry, GA  31069

Tommie Mosby
8003 Brodick Lane
Lithia Springs, GA  30122

TOMMY KNIGHT
2815 OCEAN VALLEY ROAD
Atlanta, GA  30349

TONGIA ISHMAN
1517 QUEEN ELIZABETH DR
Locust Grove, GA  30248

TONI SWEAT
3810 NARCISSUS TRAIL
Millwood, GA  31552

Tony Bradberry
296 Mcginnis Chandler Rd.
Commerce, GA  30530

Tony Hall
P.O Box 402
Pembroke, GA  31321

TONY MCDANIEL
912 CARSWELL AVENUE
Waycross, GA  31503

Tori Hobby
120 Wiggins Rd
Brunswick, GA  31523

TRACEY BOHANNAN
6398 OLD SHADBURN FERRY ROAD
Buford, GA  30518

Traci Blackwell
340 Heatherwood Dr
Auburn, GA  30011

TRACY CLOER
4108 BARBARA DR
Marietta, GA  30066

Tracy Davis
31 Fling Rd.
Lagrange, GA  30240

TROY DRUDGE
PO BOX 535
Waycross, GA  31502

Tuesday Hammontree
1663 Bethany Rd.
Jasper, GA  30143

Tyrone Fannin
1017 Barton St Apt A
Lagrange, GA  30241

US Small Business Administrati
409  3rd Street SW
Washington, DC  20416

Valarie Gendron
1459 Raintree Dr. Apt #J
Roswell, GA  30076

Valencia Axson
820 Scranton Rd Apt 509
Brunswick, GA  31525

Valerie Warren
PO Box 5428
Macon, GA  31208

Van Heflin
35 Wood Circle
Villa Rica, GA  30180

Van Pham
PO Box 556
Montezuma, GA  31063

Vanessa Bruce
95 Headrick Lane
Ringgold, GA  30736

Vasily Petrenko
3965 Chasatee Dr.
Duluth, GA  30097

VERA CALDWELL
14 TUMLIN DR
Rome, GA  30161

Veronica Baker
2145 Stockbridge Dr.
Atlanta, GA  30316

VERONICA MAIER
3220 MOORSTEAD WAY
Cumming, GA  30041

Victoria Johnson
218 Huffaker Rd.  Apt B
Rome, GA  30165

Vijaya Venkatesh
5065 Tahoe Pines Way
Alpharetta, GA  30005

VINCENT MIDDLETON
2020 Howell Mill Road NW Ste C
Atlanta, GA  30318

VINCENT RIZZI
2303 WALDEN CROSSING DR
Canton, GA  30115

Virgie Anderson
2701 Lee Street
Brunswick, GA  31520

Virgil Logan
121 Hillview Rd.
Tunnel Hill, GA  30755

Virginia Lewis
266 Shearouse Rd.
Guyton, GA  31312

Vorcie Holt
PO Box 17573
Atlanta, GA  30316

W. ANTHONY CARY
4193 CAREY TOWN RD
Royston, GA  30662

Walle Shonekan
5489 Sweet Springs Dr.
Powder Springs, GA  30127

WANDA (JAN) VICKERS
553 MT. TABOR CHURCH RD
DALLAS, GA  30157

Wanda Crowder
130 Valley Circle
Carrollton, GA  30117

Wanda George
3650 Ashford Dunwoody Rd NE #1
Atlanta, GA  30319

Wanda Wenger
4392 Saxon
Hephzibah, GA   30815

Wanda Spurlin
1103 Colbert Hollow Road
Rock Spring, GA   30739

Wanda Webb
535 Rehoboth Rd
Bowman, GA   30624

Wanda Young
97 Nalley Drive
Jasper, GA   30143

Waverly Kelly
3635 Munich Dr.
Augusta, GA   30906

Wavers Smith
802 Alta Ct.
Lithonia, GA   30058

WAYNE MARTIN
479 ASKA RD
Blue Ridge, GA   30513

Wendy Holcomb
4753 Hartwell Drive
Douglasville, GA   30135

Wendy Mathis Crossing
PO Box 73631
Newnan, GA   30271

West Accounting Service
9 Lakeside Lane
Barrington, IL   60010

Westin Lee
428 Mountain View Drive
Dahlonega, GA   30533

WILBUR HINES
3941 CREST DR
HEPHZIBAH, GA   30815

WILEY GAMMON
5184 ARBOR LANE
Lilburn, GA   30047

Wilhelmenia Green
140 Breakwater Way
Fayetteville, GA   30214

Will Partridge
425 Wesley Park Dr.
Jonesboro, GA   30238

William Abernett
375 Ralph McGill Blvd. NE, #12
Atlanta, GA  30312

William Anderton
2155 Highland Gate Dr.
Cumming, GA  30040

William Bond
184 Huston Dr.  NW
Lawrenceville, GA  30044

William Bryant
133 Fischer Spur
Newnan, GA  30265

William Clifton
4219 Twin River Dr.
Gainesville, GA  30504

WILLIAM CUMBY
126 Highway 520
Cusseta, GA  31805

William Franklin
1145 Hall Memorial NW
Resaca, GA  30735

William Fryer
300 Fincherville Rd
Jackson, GA  30233

William Harrison
4115 N. Highway 123
Toccoa, GA  30577

William Lewis
266 Shearouse Rd.
Guyton, GA  31312

WILLIAM MCCAIN
15 FAWN VIEW TRAIL
EUHARLEE, GA  30145

William Ogilvie
55 w Knight Dr.
Carrollton, GA  30116

William Pacifico
1214 Treat Creek Parkway
Lawrenceville, GA  30043

WILLIAM PEEPLES
500 Windy Hill Road
Royston, GA  30662

William Pinkney
194 Ashley Trace Dr
Locust Grove, GA  30428

William Coker
5676 Mountain Park Way
Douglasville, GA   30135

William Smith
61 Sherry Ct.
Chickamauga, GA   30707

William Spadafora
1807 Hickory St.
Conyers, GA   30013

WILLIAM STAMM
5232 AUDUBON PLACE
Norcross, GA   30093

William Stevens
935 Old 41 Hwy
Milner, GA   30257

WILLIAM SWINDLE
1030 WHISTLING SWAN PL
Marietta, GA   30066

William Syx
622 Blackwater Ridge
Canton, GA   30114

William Worthan
1725 Hampton Pass
Douglasville, GA   30134

Williams Hutchinson
3569 Hopkins Ct.
Powder Springs, GA   30127

Willie Barnes
318 Delane Dr.
Dallas, GA   30157

Willie Cummings
7128 Old Winfield Rd.
Appling, GA   30802

Willie Lawrence
3696 Wisteria Ln.
Atlanta, GA   30331

Willie Smiley
3815 Village Dr.
Atlanta, GA   30331

Willie White
1732 S. Timark Dr.
Macon, GA   31206

Yevgeniy Semenikhin
975 Windhaven Drive
Alpharetta, GA   30005

Yolanda Talent
523 Ledbetter Rd.
Villa Rica, GA  30180

Yvonne DeLay
102 Park Circle
Woodstock, GA  30188

Zaneta Scott
50 Snapdragon Lane
Covington, GA  30014

Zelalem Taye
1558 Great Shoals Circle
Lawrenceville, GA  30045

FB 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total fee $306)**
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny

your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.  Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time.  You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings.  The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**NOTICE TO ASSISTED PERSON ON
HOW TO PROVIDE ALL THE INFORMATION REQUIRED
UNDER THE BANKRUPTCY CODE PURSUANT TO 11 U.S.C. § 521
(Pursuant to 11 U.S.C. § 527(c))**

A.     Assets and Income.

    1.     Valuation:

        Examples of how to value assets at replacement value include:

        a.     Vehicles
- Nadaguides.com retail value.
- Written replacement value from a dealer or insurance agent.
- Newspaper advertisements.
- Tax records (online or request copy from tax assessor)

        b.     Real Estate
- Obtain a realtor to provide you with a written value.
- Obtain the recent appraisal of your home. If you purchased your home recently, your lender may have a copy.
- Check the MLS listings.
- Use your best estimate based upon your purchase price.
- Improvements, amount you would accept to sell your home.
- Online tax records or request copy from tax assessor.

        c.     Personal property

- Think of what you would pay to replace the item with an exact match.
- Online tax records or request copy from tax assessor.
- Insurance policies may contain replacement value.

    2.     Current monthly income

        a.     Means the average monthly income from all sources that the debtor receives (or in a joint case the debtor and the debtor's spouse receive) without regard to whether such income is taxable income, derived during the six-month period ending on:

           (i)     the last day of the calendar month immediately preceding the date of the commencement of the case if the debtor files the schedule of current income required by § 521(a)(1)(B)(ii); or

    (ii)    the date on which current income is determined by the court for purposes of this title if the debtor does not file the schedule of current income required by § 521(a)(1)(B)(ii); and

    (iii)    includes any amount paid by any entity other than the debtor (or in a joint case the debtor and the debtor's spouse), on a regular basis for the household expenses of the debtor or the debtor's dependents (and in a joint case the debtor's spouse if not otherwise a dependent), but excludes benefits received under the Social Security Act, payments to victims of international terrorism (as defined in § 2331 of title 18) on account of their status as victims of such terrorism.

    b.    Provide a copy of your last six-month's income.

    c.    Provide proof of alimony or child support.

    d.    Provide proof of other financial assistance.

    e.    Provide all information correctly and completely as requested on your Debtor Questionnaire and answer our follow up questions completely, accurately and timely.

3.    Complete lists of creditors

    Provide copies of the previous two pieces of correspondence you have received from each creditor.

4.    Exempt property

    We will attempt to determine the extent of your available exemptions.

I have received a copy of this notice

/s/ Steven Mlynski                       300 South Stone Avenue La Grange, IL  60525

Signature of Assisted Person         Date               Address

Steven Mlynski                             La Grange, IL  60525

Printed Name of Assisted Person                   City, State, Zip

9661

Last 4 Digits of Social Security Number